Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
Attorneys for Debtor

Filed On
12/30/05

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| ERA AVIATION, INC., ) | |
| ) | Case No. 05-02265-DMD |
| Debtor. ) | Chapter 11 |
| ) | |

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR DEBTOR**

The Court having reviewed the application for employment of counsel filed by the debtor on December 28, 2005:

IT IS HEREBY ORDERED:

1. That Cabot Christianson, 911 W. 8th Ave., Suite 201, Anchorage, Alaska, 99501, is authorized as counsel for the debtor.

2. No attorney fees shall be paid by the debtor unless pursuant to a further order of this court. Any application for attorney fees shall be based upon an hourly itemization of legal services rendered and shall comply with Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

DATED this 30th day of December, 2005.

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: C. Christianson, Esq.
D. Oesting, Esq.
K. Hill, Esq.

12/30/05

EXHIBIT B
PAGE 1 of 1