**Dave Devine**
___

| | |
|---|---|
| **From:** | Cabot Christianson [cabot@cslawyers.net] |
| **Sent:** | Thursday, January 26, 2006 2:29 PM |
| **To:** | William Brattain |
| **Cc:** | 'Mariani, Raymond'; Dave Devine; Jon A. Kodani; Jeffrey A. William; 'Polesak, Rick'; Paul Landis; Marcia Davis; Mills, Mike |
| **Subject:** | Re: In Re: ERA Aviation |

Bill -
My understanding is that this suit was filed in 2002 by Era's insurer with respect to losses arising out of the crash of a helicopter. At the time, Era Aviation, Inc. was a wholly owned subsidiary of Rowan Drilling. On December 31, 2004, Rowan sold all of its stock in Era Aviation, Inc. to Seacor Holdings, Inc. This suit remained an Era asset before and after the sale from Rowan.

On July 18, 2005, Seacor sold its stock in Era to an investor group (EAIG) and a lender. As part of that transaction, Seacor Holdings, Inc. retained all the benefit of this litigation.

I don't know why there wasn't a substitution of parties - perhaps there is no good reason. In any event, Era Aviation, Inc., now in Chapter 11, has no involvement with this suit and does not regard it as property of the bankruptcy estate.

Mike Mills represents Seacor in the Chapter 11 case, and I am copying him with this email. It seems to me that Seacor, or some other entity designated by Seacor, should be substituted for Era Aviation as the real party in interest in this litigation. I don't believe you need relief from the automatic stay on this, though you may want to get a comfort order authorizing the substitution. It's up to you - Era is indifferent on the point, since it has no stake in the outcome of the suit.

Let me know if you have any more questions.

Best regards, Cabot


Cabot Christianson, Esq.
Christianson & Spraker
911 West 8th Ave., Suite 201
Anchorage AK 99501
907/258-6016 phone
907/258-2026 fax
cabot@cslawyers.net

> ----- Original Message -----
> **From:** William Brattain
> **To:** cabot@cslawyers.net
> **Cc:** 'Mariani, Raymond' ; 'Dave Devine' ; Jon A. Kodani ; Jeffrey A. William ; 'Polesak, Rick'
> **Sent:** Thursday, January 26, 2006 1:51 PM
> **Subject:** In Re: ERA Aviation
>
> Cabot,
>
> Following along our brief conversation, I represent Pratt Whitney Canada which is a defendant in a lawsuit suit filed by ERA Aviation, the caption and certificate of service for which is appended. ERA Aviations seeks monetary damages for loss of use of a helicopter

EXHIBIT C
PAGE 1 of 2

1/26/2006

which crashed during fire suppression operations in Nevada, in claiming Dallas Airmotive (a co-defendant) negligently repaired one of its engines and/or Pratt Whitney's design of a sprag clutch was also a contributory factors. All of theses contentions have been hotly contested.

The question I ask of you, as attorney for ERA, within its bankruptcy case is whether ERA is the owner of this claim or was it originally purchased and retained by the third party purchaser of ERA's operations several months ago?

Out of concern that an automatic stay may be existent in the bankruptcy case ( although I have received no notice of any stay automatic or otherwise) I wanted to inquire of you as to the exact status of the claim. From my client's perspective, it has an unliquiated and potential claim for attorney fees and costs exceeding $350,000. I am confident that Dallas Airmotive has spent a similar amount as well. Naturally, both Dallas and PWC are concerned that ERA Aviation is still the real party in interest and liable for any adverse judgment which might be entered against it. PWC will, if appropriate file a notice of claim, for these fees and expenses.

By copy of this to ERA's litigation counsel, Jon Kodani and Jeffrey Williams, of Santa Monica, I am requesting production of a verified copy of the sales agreement referencing this claim, if any.

Of course, if you need any additional information from me, please let me know. Dallas Air motive's New York counsel is Ray Mariani whose email address appears above. Dave Devine is local counsel for Dallas Airmotive.

Best regards,


Bill Brattain

EXHIBIT C
PAGE 2 of 2

1/26/2006