## Dave Devine

| | |
|---|---|
| **From:** | Dave Devine |
| **Sent:** | Monday, January 30, 2006 2:55 PM |
| **To:** | Kodani, Jon A.; Williams, Jeffrey |
| **Cc:** | Mariani, Raymond; 'William Brattain' |
| **Subject:** | Era v UNC - Draft Motion to Require Substitution of Real Party in Interest |

Jon and Jeff:

Attached is a DRAFT copy of a motion to require the substitution of the real party in interest in this lawsuit now that Era Aviation, Inc. has filed bankruptcy and admitted that it has no stake in the outcome of this litigation. We would like to give you the opportunity to substitute the real party in interest without having us file this motion with the Court. Please advise within one week if you will voluntarily substitute Seacor as the real party plaintiff. Thanks.

Dave

David A. Devine
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

The information contained in this email message and any attachments is confidential information intended only for the use of the individual or entity named above and may be protected by attorney-client privilege or as attorney work product. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, retention, dissemination, distribution, or copying of this communication, or any attachment, is STRICTLY PROHIBITED. If you are not the intended recipient of this communication, your receipt shall not be deemed a waiver of the attorney-client or work product privileges, and you are requested to immediately notify us by reply email and then delete or destroy the original message, including attachments, and all copies. Thank you.

*************************************************************

EXHIBIT __D__
PAGE __1__ of __2__

2/6/2006

**Dave Devine**

| | |
|---|---|
| From: | lojak@kodanilaw.com |
| To: | Dave Devine |
| Sent: | Monday, January 30, 2006 2:52 PM |
| Subject: | Return Receipt (displayed) - Era v UNC - Draft Motion to Require Substitution of Real Party in Interest |

Your message

| | |
|---|---|
| To: | Kodani, Jon A.; Williams, Jeffrey |
| Cc: | Mariani, Raymond; William Brattain |
| Subject: | Era v UNC - Draft Motion to Require Substitution of Real Party in Interest |
| Sent: | 1/30/2006 2:47 PM |

was read on 1/30/2006 2:52 PM.

1

EXHIBIT __D__
PAGE __2__ of __2__