David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044

Raymond L. Mariani, NY Bar No. RM2077
Monica L. Irel, Fla. Bar No. 142395
DOMBROFF & GILMORE, P.C.
40 Broad Street, Suite 2000
New York, N.Y. 10004-2382
Phone: (212) 612-9550
Fax:    (212) 625-3150

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA AVIATION, INC., a Washington Corporation,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive,<br><br>    Defendants.| Case No. A02-0131 CV (JKS)<br><br><br><br><br><br>**(Proposed) ORDER REQUIRING SUBSTITUTION OF REAL PARTY IN INTEREST OR IN THE ALTERNATIVE DISMISSING COMPLAINT** |

  Having reviewed the motion filed by Defendants UNC Airwork Corporation and Dallas Airmotive, Inc., as well as any opposition thereto, and it appearing to the Court that Era Aviation, Inc. no longer has any interest or stake in this litigation,

1

**IT IS ORDERED** that the real party in interest be substituted for Era Aviation, Inc. as plaintiff in the above captioned case within \_\_\_\_ days from the date of this Order. If the real party in interest is not substituted as plaintiff within the time allotted, then all claims asserted by plaintiff in this case shall be dismissed with prejudice.

Dated at Anchorage, Alaska this \_\_\_\_\_ day of _____, 2006.

_____
James K. Singleton
United States District Judge

I HEREBY CERTIFY that on February 6, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI
Attorneys for Plaintiff Era

and by **first class mail** on:

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC
821 N Street, Suite 101
Anchorage, AK 99501
Attorney for Defendant Pratt & Whitney

s/ David A. Devine

2