## Dave Devine

**From:** Cabot Christianson [cabot@cslawyers.net]
**Sent:** Wednesday, February 22, 2006 11:33 AM
**To:** Jon A. Kodani
**Cc:** Dave Devine; 'Mariani, Raymond'; Bill Brattain; Marcia Davis; Paul Landis
**Subject:** Era Aviation v UNC Airwork et al, Case No. A02-0131

Dear Jon A. Kodani -

My name is Cabot Christianson, bankruptcy attorney for Era Aviation, Inc. I called your office today, and your secretary advised that you were in trial today in Arizona. Accordingly, I am sending you this email.

I have reviewed your opposition to the defendants' motion to require substitution of real party in interest in the above litigation. You have signed this pleading on behalf of Era Aviation, Inc. You have no authority to do so. Era specifically objects to remaining even a nominal party to this suit or signing any other documents on behalf of Era Aviation, Inc. Remaining a party to this suit provides no benefit to Era Aviation, Inc., and poses an administrative burden to Era Aviation, Inc.

Please call me to discuss this matter.

Cabot Christianson, Esq.
Christianson & Spraker
911 West 8th Ave., Suite 201
Anchorage AK 99501
907/258-6016 phone
907/258-2026 fax
cabot@cslawyers.net

EXHIBIT A
PAGE 1 of 1

2/28/2006