IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA AVIATION, INC., a Washington Corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, inclusive,<br><br>              Defendants. | Case No. 3:02-cv-00131-JKS<br><br><br>O R D E R |

      Having reviewed the Motion filed by Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. at Docket No. 389, as well as the opposition thereto at Docket No. 390, and it appearing to the Court that Era Aviation, Inc., having filed a voluntary petition under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court, District of Alaska, Case No. 05-02265-DMD, and the debtor in possession by and through its counsel having disclaimed any interest or stake in this litigation,

      **IT IS ORDERED** that the real party in interest be substituted for Era Aviation, Inc. as plaintiff in the above captioned case within 30 days from the date of this Order. If the real party in interest is not substituted as plaintiff within the time allotted, then all claims asserted by plaintiff in this case shall be dismissed with prejudice.

      Dated at Anchorage, Alaska, this 10th day of March 2006.

      /s/ James K. Singleton, Jr.

**JAMES K. SINGLETON, JR.**
United States District Judge