MAR 27 '06 13:20

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Aviation, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA AVIATION, INC.**, a Washington corporation,   )<br>)<br>Plaintiff,   )<br>)<br>)<br>vs.   )<br>)<br>)<br>**UNC AIRWORK CORPORATION** a/k/a   )<br>DAI Airwork Corporation, a Delaware corporation;   )<br>**DALLAS AIRMOTIVE, INC.** d/b/a   )<br>UNC Airwork Corporation and DAI Airwork   )<br>Corporation, a Delaware corporation;   )<br>**PRATT & WHITNEY CANADA, INC.**,   )<br>a Canadian corporation; and   )<br>**DOES 1 through 500**, Inclusive,   )<br>)<br>Defendants.   )<br>_____)  | Civil Case No.<br>**A02-0131 CV (JKS)** |



### NOTICE OF SUBSTITUTION OF REAL PARTY IN INTEREST
### PER COURT ORDER
### (FED.R.CIV.P. 25(c))



Era v. UNC Airwork et al.                    Notice re Substitution of Real Party in Interest
ERA Av 4EH/PO/WO Lg23900/20060327

**TO ALL INTERESTED PARTIES: PLEASE TAKE NOTICE** that pursuant to the Court's order (Docket #392) and Rule 25(c) of the Federal Rules of Civil Procedure, Era Helicopters, LLC, a Delaware limited liability company with its principal places of business in Alaska and Louisiana, is hereby substituted in place of Era Aviation, Inc. as the Real Party in Interest (plaintiff) in this matter.

Respectfully Submitted,

Dated: March 27, 2006

          s/ Jeffrey J. Williams
        Jon A. Kodani, Esq. (*pro hac vice*)
        Jeffrey J. Williams, Esq. (*pro hac vice*)
        **LAW OFFICES OF JON A. KODANI**
        2200 Michigan Avenue
        Santa Monica, CA 90404
        Tel. (310) 453-6762

        Attorneys for Plaintiff
        Era Aviation, Inc.

## CERTIFICATE OF SERVICE
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____**March 27, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*


_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

ERA Av 4EH/PO/WO Lg23900/20060327

## CERTIFICATE OF SERVICE
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on ____**March 27, 2006**,
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*–Via FedEx Overnight Delivery –*

**For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.**
Monica L. Irel, Esq.
DOMBROFF & GILMORE, PC
First Union Financial Center
200 S. Biscayne Blvd., Suite #1050
Miami, FL 33131
Tel. (305) 670-4843
Fax (305) 670-4846

Raymond L. Mariani, Esq.
DOMBROFF & GILMORE, PC
40 Broad Street, Suite 2000
New York, NY 10004-2382
Tel. (212) 612-9500
Fax (212) 742-0161

*–Via FedEx Overnight Delivery –*

**For Defendant Pratt & Whitney Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK 99501
Tel. (907) 277-3232
Fax (907) 272-4850

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*