MAR 27 '06 13:19

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA AVIATION, INC.**, a Washington corporation, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Case No. ) **A02-0131 CV (JKS)** |
| **UNC AIRWORK CORPORATION** a/k/a DAI Airwork Corporation, a Delaware corporation; **DALLAS AIRMOTIVE, INC.** d/b/a UNC Airwork Corporation and DAI Airwork Corporation, a Delaware corporation; **PRATT & WHITNEY CANADA, INC.**, a Canadian corporation; and **DOES 1 through 500**, Inclusive, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED]
## ORDER RE SUBSTITUTION OF REAL PARTY IN INTEREST
## (FED.R.CIV.P. 25(c))



Era v. UNC Airwork et al.                                                    Order
ERA Av 4EH/PO/WO Lg23900/20060327

Pursuant to the Court's order (Docket #392) and Rule 25(c) of the Federal Rules of Civil Procedure, Era Helicopters, LLC is hereby substituted in place of Era Aviation, Inc. as the Real Party in Interest (plaintiff) in this matter.

**IT IS SO ORDERED.**

Dated: _____          _____

                                          Hon. James K. Singleton
                                          United States District Judge

## CERTIFICATE OF SERVICE
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)


[XXXX]    I hereby certify that on _____**March 27, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*


                              _____s/ Jeffrey J. Williams_____

                              Jeffrey J. Williams, Esq.
                              LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

**CERTIFICATE OF SERVICE**
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]  I hereby certify that on _____**March 27, 2006**,
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*-Via FedEx Overnight Delivery –*

**For Defendants UNC Airwork Corp.
and Dallas Airmotive, Inc.**
Monica L. Irel, Esq.
DOMBROFF & GILMORE, PC
First Union Financial Center
200 S. Biscayne Blvd., Suite #1050
Miami, FL  33131
Tel. (305) 670-4843
Fax (305) 670-4846

Raymond L. Mariani, Esq.
DOMBROFF & GILMORE, PC
40 Broad Street, Suite 2000
New York, NY  10004-2382
Tel. (212) 612-9500
Fax (212) 742-0161

*-Via FedEx Overnight Delivery –*

**For Defendant Pratt & Whitney
Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK  99501
Tel. (907) 277-3232
Fax (907) 272-4850


_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
Email: *lojak@kodanilaw.com*