David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044

Raymond L. Mariani, NY Bar No. RM2077
Monica L. Irel, Fla. Bar No. 142395
DOMBROFF & GILMORE, P.C.
40 Broad Street, Suite 2000
New York, N.Y. 10004-2382
Phone: (212) 612-9550
Fax:    (212) 625-3150

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., a New York Corporation; and ERA AVIATION, INC., a Washington Corporation, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A02-0131 CV (JKS) <br><br><br><br><br><br>**DAI'S AND UNC'S OPPOSITION TO PLAINTIFF'S NOTICE OF SUBSTITUTION OF REAL PARTY IN INTEREST** |

　　　　COME NOW Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. (jointly hereinafter "DAI") and file this Opposition to Plaintiff's Notice of Substitution of

Real Party in Interest per Court Order. (Docket No. 393). The Notice and proposed Order submitted with that Notice are deficient in that plaintiff does not in any way explain or set forth the facts that entitle the new plaintiff, Era Helicopters, LLC, to substitute in place of Era Aviation, Inc. as the real party in interest plaintiff. The failure to set forth such facts is especially troubling given past conflicting explanations of who was supposedly the successor to Era Aviation, Inc. for purposes of this litigation.

As the Court is well aware, DAI filed its motion to require substitution of real party in interest after Era Aviation, Inc. filed for bankruptcy protection and disclaimed all interest in this litigation. Era Aviation's bankruptcy attorney advised defendants that when Seacor Holdings, Inc. sold its stock in Era Aviation, Inc., "Seacor Holdings, Inc. retained all the benefit of this litigation." *See* Ex. C at 1 to DAI's Motion to Require Substitution of Real Party in Interest (Docket No. 389). Plaintiff opposed DAI's motion, and in doing so stated that "plaintiff Era Aviation, Inc.'s interests in this lawsuit were assigned to Offshore Aviation, Inc. as part of a corporate transaction." *See* Plaintiff's Opposition at 2 (Docket No. 390).

Despite conflicting admissions as to whether Era Aviation, Inc.'s interests in this lawsuit were assigned to Seacor Holdings, Inc. or to Offshore Aviation, Inc., plaintiff now comes forward with yet a third entity in its Notice of Substitution of Real Party in Interest. (Docket No. 393). In its proposed Order accompanying that Notice, plaintiff seeks the Court's stamp of authority on this substitution. Given the conflicting reports of who really owns the claims asserted in this litigation, DAI submits that any new plaintiff must set forth the factual basis for its ownership of these claims and its right to assert them in this action.

At a minimum, plaintiff should submit copies of the corporate documentation showing how the claims of Era Aviation, Inc. were transferred and assigned to whatever plaintiff is now asserting them. Absent such an explanation, the Court should not approve the substitution, and plaintiff's complaint should be dismissed pursuant to the Order at Docket 392.

Respectfully submitted this 6th day of April, 2006.

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By:   s/ David A. Devine
      David A. Devine (AK Bar No. 7906015)
      GROH EGGERS, LLC
      3201 C Street, Suite 400
      Anchorage, AK 99503
      Phone: (907) 562-6474
      Fax: (907) 562-6044
      E-Mail: devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
Monica L. Irel, Fla. Bar No. 142395
DOMBROFF & GILMORE, P.C.
40 Broad Street, Suite 2000
New York, N.Y. 10004-2382

I HEREBY CERTIFY that on April 6, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI
Attorney for Plaintiff

and by **first class mail** on:

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC
821 N Street, Suite 101
Anchorage, AK 99501
Attorney for Defendant Pratt & Whitney

  s/ David A. Devine
Opposition to Notice of Substitution            *Era Aviation, Inc. v. UNC et al.*
Page 3 of 3            Case No. A02-0131 CV (JKS)