Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Aviation, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA AVIATION, INC.**, a Washington corporation, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Case No.<br>) **A02-0131 CV (JKS)**<br>) |
| **UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork<br>Corporation, a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |



**PLAINTIFF'S RESPONSE TO DEFENDANTS' "OPPOSITION TO
PLAINTIFF'S NOTICE OF SUBSTITUTION OF REAL PARTY IN INTEREST"**

In Docket #394, the defendants ask the Court to dismiss this case, unless the plaintiff submits "copies of the corporate documentation showing how the claims of Era Aviation, inc. were transferred and assigned to whatever plaintiff is now asserting them." (Docket #394, p. 3.) Plaintiff responds as follows:

1. First, to the extent the defendants' arguments are based on statements made by Era's bankruptcy lawyer (See, e.g., Docket #394, p. 2), those statements are unverified hearsay from a witness with no personal knowledge of the issue of which entity now controls this claim.

2. Second, neither the defendants' motion which sought the substitution of the real party in interest, nor the Court's order that directed the substitution of the real party in interest, required the submission of any corroborating documentation. Because such corroborating documentation was not required by the Court's order, it has not been submitted.

3. Third, to the extent the Court believes there is a legitimate issue as to the identity of the proper real party in interest, plaintiff will (of course) gladly submit supporting documentation.

/ / /

/ / /

Based on the foregoing, plaintiff respectfully submits that the Court should substitute the real party in interest identified by plaintiff (Era Helicopters, LLC) under Rule 25(c) of the Federal Rules of Civil Procedure. If the Court believes it would be appropriate to do so, plaintiff will provide corroborating documentation as requested by defendants.

Respectfully Submitted,

Dated: April _7_, 2006               _____s/ Jeffrey J. Williams_____
                                     Jon A. Kodani, Esq. (*pro hac vice*)
                                     Jeffrey J. Williams, Esq. (*pro hac vice*)
                                     **LAW OFFICES OF JON A. KODANI**
                                     2200 Michigan Avenue
                                     Santa Monica, CA  90404
                                     Tel. (310) 453-6762

                                     Attorneys for Plaintiff
                                     Era Aviation, Inc.

## CERTIFICATE OF SERVICE
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____**April 7, 2006**,_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

**CERTIFICATE OF SERVICE**
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**April 7, 2006**,
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*-Via FedEx Overnight Delivery –*

**For Defendants UNC Airwork Corp.
and Dallas Airmotive, Inc.**
Monica L. Irel, Esq.
DOMBROFF & GILMORE, PC
First Union Financial Center
200 S. Biscayne Blvd., Suite #1050
Miami, FL 33131
Tel. (305) 670-4843
Fax (305) 670-4846

Raymond L. Mariani, Esq.
DOMBROFF & GILMORE, PC
40 Broad Street, Suite 2000
New York, NY 10004-2382
Tel. (212) 612-9500
Fax (212) 742-0161

*-Via FedEx Overnight Delivery –*

**For Defendant Pratt & Whitney
Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK 99501
Tel. (907) 277-3232
Fax (907) 272-4850

                    s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
Email: *lojak@kodanilaw.com*