Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Aviation, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA AVIATION, INC.**, a Washington corporation, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | **A02-0131 CV (JKS)** |
| vs. ) | |
| ) | |
| **UNC AIRWORK CORPORATION** a/k/a ) | |
| DAI Airwork Corporation, a Delaware corporation; ) | |
| **DALLAS AIRMOTIVE, INC.** d/b/a ) | |
| UNC Airwork Corporation and DAI Airwork ) | |
| Corporation, a Delaware corporation; ) | |
| **PRATT & WHITNEY CANADA, INC.**, ) | |
| a Canadian corporation; and ) | |
| **DOES 1 through 500**, Inclusive, ) | |
| ) | |
| Defendants. ) | |

---

## DECLARATION OF ANNA GOSS IN SUPPORT OF
## PLAINTIFF'S NOTICE OF SUBSTITUTION OF REAL PARTY IN INTEREST

I, Anna Goss, declare as follows:

1.0  I am the Chief Financial Officer of Era Helicopters, LLC.  I have personal knowledge of the following facts.

2.0  Era Helicopters, LLC is a Delaware limited liability company.

3.0  A majority interest of Era Helicopters, LLC is owned by Offshore Aviation, Inc.

4.0  A minority interest of Era Helicopters, LLC is owned by Tex-Air Helicopters, Inc.

5.0  Both Offshore Aviation, Inc. and Tex-Air Helicopters, Inc. are wholly-owned subsidiaries of SEACOR Holdings, Inc.

6.0  In July 2005, Era Aviation, Inc. assigned all of its rights, liabilities, and interests in this litigation to Offshore Aviation, Inc.  Thereafter, Offshore Aviation, Inc. transferred those same rights, liabilities, and interests to Era Helicopters, LLC.

/ / /

/ / /

ERA Av4EH/PO/WO Lg23900/20060407

7.0 Era Helicopters, LLC is the entity that presently controls the sole right to compromise and settle this litigation, and the entity that will receive any and all recoveries and/or damages resulting from the adjudication, settlement or other resolution of this litigation.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _7th_ day of April, 2006, at _4:00 pm_

_____

Anna Goss

ERA Av4EH/PO/WO Lg23900/20060407

## CERTIFICATE OF SERVICE

*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]     I hereby certify that on _____ **April 7, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF
system which will send notification of such filing to the following e-mail
addresses:

David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

ERA Av:\EH/PO/WO Lg23900/20060407

## CERTIFICATE OF SERVICE

*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]     I hereby certify that on _____ **April 7, 2006,**
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*–Via FedEx Overnight Delivery –*

**For Defendants UNC Airwork Corp.
and Dallas Airmotive, Inc.**
Monica L. Irel, Esq.
DOMBROFF & GILMORE, PC
First Union Financial Center
200 S. Biscayne Blvd., Suite #1050
Miami, FL 33131
Tel. (305) 670-4843
Fax (305) 670-4846

Raymond L. Mariani, Esq.
DOMBROFF & GILMORE, PC
40 Broad Street, Suite 2000
New York, NY 10004-2382
Tel. (212) 612-9500
Fax (212) 742-0161

*–Via FedEx Overnight Delivery –*

**For Defendant Pratt & Whitney
Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK 99501
Tel. (907) 277-3232
Fax (907) 272-4850

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
Email: *lojak@kodanilaw.com*

ERA Av4EH/PO/WO Lg23900/20060407