

William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES AVIATION UNDERWRITERS, )
INC., a New York Corporation; and )
ERA AVIATION, INC., a Washington )
Corporation, )
                                    )
            Plaintiffs,             )  Case No.A02-0131 CV (JKS)
                                    )
vs.                                 )
                                    )
PRATT & WHITNEY CANADA, INC., )
et. al.                             )
            Defendants.             )
_____ )

JOINDER IN DALLAS AIRMOTIVE' OPPOSITION TO PLAINTIFF'S
NOTICE OF SUBSTITUTION OF REAL PARTY-IN-INTEREST

Pratt Whitney Canada joins Dallas Airmotive's opposition to plaintiff's attempt to have Era Helicopters, LLC substituted for Era Aviation, Inc., a the real party in interest.

For months, in a spirit of collegial cooperation and without wishing to impose further burdens on a court whose efforts to impose order in a veritable mêlée of *Daubert* motions and other pretrial stratagems, PWC has asked the plaintiff's counsel for something that would document who, if anyone, owned this claim; how it was acquired, from whom and for how much. See, Exhibits A- *Production Requests To Plaintiff Era Aviation, Inc .By*

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

*Defendant Pratt & Whitney Of Canada, Inc.,* January 30, 2006. Despite repeated attempts to obtain this information, no documentation has been forthcoming. *See, Exhibits B & C, Correspondence: Brattain/Williams*

Yet, in an affidavit filed by Anna Gross, who claims to be the Chief Financial Officer for Era Helicopters, LLC, she asserts: *6.0 In July, 2005, Era Aviation, Inc. assigned all of its rights, liabilities, and interests in this litigation to Offshore Aviation, Inc. Thereafter, Offshore Aviation, Inc transferred those same rights, liabilities and interests to Era Helicopters, LLC.*

Based upon this averment, it seems Ms. Gross does have access to some sort of documents which leads her to these conclusions. The question is: Should Era Helicopters LLC be allowed to be willy-nilly substituted for Era Aviation on this scant record and after PWC has made timely requests for this very same information? The answer is, of course, no.

PWC asks this court, prior to allowing this substitution, to require the owner of the claim (whomever that may be) to produce the documents previously requested by PWC and allow it a reasonable opportunity, after production, to further respond to the motion to substitute Era Helicopters, LLC.

Date: April 14, 2006                BAKER BRATTAIN LLC

By: _____
                    William F. Brattain
                    Alaska Bar Association 7305007
                    Attorney for PWC

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

## CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were mailed, first postage prepaid, on April 14, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340

David A. Devine (ABA 7906015)
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Tel: 562-6474  Fax: 562-6044

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK  99513-7564
A02-0131 CV (JKS)

William F. Brattain II