William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES AVIATION UNDERWRITERS, )
INC., a New York Corporation; and )
ERA AVIATION, INC., a Washington )
Corporation, )
                               Plaintiffs, ) Case No. A02-0131 CV (JKS)
vs. )
PRATT & WHITNEY CANADA, INC., )
et. al. )
                               Defendants. )

### ORDER

The Court having considered the substitution of Era Helicopters, LLC as plaintiff, real part in interest, and the opposition filed, hereby orders:

1. Plaintiff's motion is denied, without prejudice;

2. Plaintiff will respond to PWC Discovery requests within thirty days of this order.

Within 15 days after production of the requested documents, any party may file a supplemental pleading advising the court of its position.

IT IS SO ORDERED.

DATED:_____                    _____
                                  Hon. James K. Singleton
                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340
Email: **lojak@kodanilaw.com**

David A. Devine
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Email: devined@groheggers.com

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were mailed, first postage prepaid, on April 14, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340

**Baker Brattain**
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

David A. Devine (ABA 7906015)
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Tel: 562-6474  Fax: 562-6044

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK  99513-7564
A02-0131 CV (JKS)

_____
William F. Brattain II

**Baker Brattain**
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323