Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Aviation, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA AVIATION, INC., a Washington corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a ) <br> DAI Airwork Corporation, a Delaware corporation; ) <br> **DALLAS AIRMOTIVE, INC.** d/b/a ) <br> UNC Airwork Corporation and DAI Airwork ) <br> Corporation, a Delaware corporation; ) <br> **PRATT & WHITNEY CANADA, INC.**, ) <br> a Canadian corporation; and ) <br> **DOES 1 through 500**, Inclusive, ) <br> ) <br> Defendants. ) <br> _____) | Civil Case No. <br> **A02-0131 CV (JKS)** |

**PLAINTIFF'S RESPONSE TO PRATT & WHITNEY'S JOINDER (Docket #396)**

Era v. UNC Airwork et al.                Response to Opposition re Real Party in Interest
ERA Av 4EH/PO/WO Lg23900/20060417

## 1.0 Pratt & Whitney Is Not Entitled To Delay The Substitution Of The Real Party In Interest By Seeking An Order Compelling Compliance With Untimely Document Requests.

In Docket #396, defendant Pratt & Whitney makes the following statement: "*The question is: Should Era helicopters LLC be allowed to be willy-nilly substituted for Era Aviation on this scant record and after PWC has made timely requests for this very same information?*" But the substitution is not "willy nilly." Rather, the record includes a clear, unambiguous and uncontroverted declaration (under penalty of perjury) establishing that Era Helicopters, LLC is the proper real party in interest.

In Docket #396, defendant Pratt & Whitney also "*asks this court, prior to allowing this substitution, to require the owner of the claim (whomever that may be) to produce the documents previously requested by PWC and allow it a reasonable opportunity, after production, to further respond to the motion to substitute Era Helicopters, LLC.*" But discovery closed a very long time ago, and Pratt & Whitney never asked the court for permission to serve post-cutoff discovery requests. In short, Pratt & Whitney wants to bypass this Court's own orders and the Federal Rules of Civil Procedure, and leapfrog directly to an order compelling the production of documents even though no timely document requests have ever been served.

**Whether the plaintiff is (or is not) obligated to produce documents in response to Pratt & Whitney's invalid and untimely document requests is an issue that is *not* included within the scope of the present motion to substitute the real party in interest.** *If* Pratt & Whitney wishes to obtain an order requiring the production of documents, it is free to file a motion to compel after it has complied with the procedural requirements for such a

motion, and after it has obtained the Court's permission to serve discovery requests at this stage of the proceedings. It has not yet done so.

## 2.0  Conclusion.

In summary, plaintiff respectfully submits that it has fully complied with the Court's order (Docket #392), and Era Helicopters, LLC is should be promptly substituted in place of Era Aviation, Inc. as the Real Party in Interest (plaintiff) in this matter. To the extent Pratt & Whitney has an issue regarding the production of documents, that issue is a matter for another motion, and another day.

Respectfully Submitted,

Dated: April  17 , 2006                     s/ Jeffrey J. Williams

Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)

**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

Attorneys for Plaintiff
Era Aviation, Inc.

ERA Av 4EH/PO/WO Lg23900/20060417

**CERTIFICATE OF SERVICE**
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**April 17, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

## CERTIFICATE OF SERVICE
*Era Aviation, Inc. v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**April 17, 2006**,
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*-Via FedEx Overnight Delivery –*

**For Defendants UNC Airwork Corp.
and Dallas Airmotive, Inc.**
Monica L. Irel, Esq.
DOMBROFF & GILMORE, PC
First Union Financial Center
200 S. Biscayne Blvd., Suite #1050
Miami, FL  33131
Tel. (305) 670-4843
Fax (305) 670-4846

Raymond L. Mariani, Esq.
DOMBROFF & GILMORE, PC
40 Broad Street, Suite 2000
New York, NY  10004-2382
Tel. (212) 612-9500
Fax (212) 742-0161

　　　　　　　　　　　　　　　　　　s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*