William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., a New York Corporation; and ERA AVIATION, INC., a Washington Corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PRATT & WHITNEY CANADA, INC., *et. al.*<br><br>　　　　Defendants. | Case No. A02-0131 CV (JKS) |

MOTION BY PRATT WHITNEY CANADA TO REOPEN DISCOVERY

　　The defendant, Pratt Whitney Canada ("PWC") seeks an order of this court allowing additional discovery to be conducted on the sale of plaintiff to a third party.

　　The defendant promulgated limited discovery to Era Aviation with the expectation that, despite discovery being closed, Era Aviation, would recognize the legitimacy of the requested information and comply with its production. See, Exhibit A. Despite several phone calls and letters seemingly supporting that understanding, the

plaintiff now states to the court and counsel that it will not participate in any additional discovery unless ordered to do so.

The discovery propounded by PWC to the plaintiff merely seeks production of documents supporting the recent sale of Era Aviation, in general, and in particular, how the instant lawsuit was transferred, if at all.

Date: May 1, 2006            BAKER BRATTAIN LLC

By: _____
William F. Brattain
Alaska Bar Association 7305007
Attorney for PWC

## CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were electronically filed and mailed, first postage prepaid, on May 1, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
**LAW OFFICES OF JON A KODANI**
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340

David A. Devine (ABA 7906015)

GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Tel: 562-6474  Fax: 562-6044


Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK  99513-7564
A02-0131 CV (JKS)

_William F. Brattain II_

**Baker Brattain**
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323