William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., a New York Corporation; and ERA AVIATION, INC., a Washington Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PRATT & WHITNEY CANADA, INC., et. al.<br><br>Defendants. | Case No. A02-0131 CV (JKS) |

ORDER (Proposed) REOPENING DISCOVERY

The Court having considered the motion filed by PRATT WHITNEY CANADA and the opposition filed, hereby orders:

1.  The motion filed by Pratt Whitney Canada is granted;

2.  Plaintiff will respond to PWC Discovery (Exhibit A to its motion) requests within thirty days of this order.

**IT IS SO ORDERED.**

1

DATED:_____

_____
Hon. James K. Singleton
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340
Email: **lojak@kodanilaw.com**

David A. Devine
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Email: devined@groheggers.com

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were mailed, first postage prepaid, on May 1, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762
Fax: 310 829 3340

David A. Devine (ABA 7906015)
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

Tel: 562-6474  Fax: 562-6044

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK  99513-7564
A02-0131 CV (JKS)

_____
William F. Brattain II

**Baker Brattain**
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

3