William F. Brattain
Alaska Bar Association 7305007
BAKER BRATTAIN, LLC
N Street Plaza
821 N Street Suite 101
Anchorage, Alaska  99501
(907) 277-3232
brattain@bakerbrattain.com

Attorneys for Defendant
Pratt & Whitney Canada, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA AVIATION, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNC AIRWORK CORP., et.al. | ) ) ) |
| Defendants. | ) ) |

Case No. A02-0131 CV (JKS)

PRODUCTION REQUESTS TO PLAINTIFF ERA AVIATION, INC.
BY DEFENDANT PRATT & WHITNEY OF CANADA, INC.

COMES NOW defendant Pratt & Whitney Canada, Inc., pursuant to Rules 26, 33 and 34, Fed. R.Civ.P., REQUESTS the defendant, ERA Aviation, Inc., to PRODUCE, within thirty (30) days, the following documents requested for inspection and copying at the offices of BAKER BRATTAIN, LLC, N Street Plaza, 821 N Street Suite 101, Anchorage, Alaska.

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**     1
P&WC Request For Production To ERA
January 30, 2006
Page 1 of 7

## Request for Production

This request is directed to ERA AVIATION, INC. and its attorneys. It calls for production of documents or things in your possession, custody or control, and for documents or things that are in the possession, custody or control of your agents, employees, attorneys, representatives, or other persons who have documents deemed to be in your possession, custody or control.

These requests are deemed to have continuing effect, so that if after production or supplemental production are served and filed, further facts or information on the subject of any of the requests for production should come to the knowledge of the plaintiffs, their employees, agents, representatives or attorneys, such additional information or data will be promptly supplied as required by Rule 26(e), Alaska Rules of Civil Procedure.

A motion for protective order will be made in advance of the time of trial to exclude any and all evidence which is requested in these requests for production and not timely answered either originally or by supplementation.

## OBJECTIONS TO DISCOVERY

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**
P&WC Request For Production To ERA
January 30, 2006
Page 2 of 7

2

It is not intended that these requests for production require the disclosure of any information that is protected against disclosure as work product of attorneys or information protected by privilege. Accordingly, whenever information requested herein is claimed to be protected against disclosure as "work product" or "privileged" and is withheld on that ground, please provide a written response with the following information:

a. A description of the information sufficiently particular to identify it and to enable plaintiff to identify, disclose or produce it in response to an order of the court;

b. The nature of the protection claimed; and

c. A list of all persons with knowledge of the information.

## INSTRUCTIONS AND DEFINITIONS

1. Each request calls not only for the knowledge of the plaintiff, but also for all information that is available to the plaintiffs by reasonable inquiry of their agents, employees, representatives, attorneys, or others acting on their behalf.

2. As used in these requests, the following terms are defined as follows:

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**   3
P&WC Request For Production To ERA
January 30, 2006
Page 3 of 7

a. "Document" means any tangible thing upon which has been placed handwriting, typewriting, printing, photographing, or any other form of recording, communication or representation including letters, words, pictures, sounds, symbols or combination thereof.

b. The masculine includes the feminine and the singular includes the plural.

c. "Person" means any natural person, corporation, partnership, joint venture, association or other legal entity.

d. "Communication" means any transfer of information, ideas, opinions, or thoughts by any means at any time or place, under any circumstance, and is not limited to transfers between persons, but includes other transfers such as records and memoranda to files.

e. "Statement" means any oral, written, stenographic, or recorded declaration of any kind or description.

f. "Incident" refers to the events described in your complaint.

Request No. 7: PLEASE PRODUCE all documents including by way of description and not limitation, all contracts of sale by and between Era Aviation, Inc., and Seacor Holdings Inc. relating to the sale of stock; and/or assets of Era Aviation, Inc.

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY** 4
P&WC Request For Production To ERA
January 30, 2006
Page 4 of 7

1   Response:

2

3   Request No. 8: PLEASE PRODUCE all documents including by
4   way of description and not limitation, all contracts of sale by and
5   between Era Aviation, Inc., and Capital Source Finance, Inc.,
6   relating to the financing arrangement between it and Era Aviation,
7   Inc.

8   Response:

9

10   Request No. 9: PLEASE PRODUCE all documents between Era
11   Aviation, Inc., and Capital Source Finance, Inc., which refer to this
12   lawsuit (*Era Aviation, Inc v. UNC Airworks, et. al.* Case No. A02-
13   0131 CV (JKS)) directly or indirectly.

14   Response:

15

16   Request No. 10: PLEASE PRODUCE all documents between Era
17   Aviation, Inc., and Seacor Holdings Inc., which refer to this lawsuit
18   (*Era Aviation, Inc v. UNC Airworks, et. al.* Case No. A02-0131 CV
19   (JKS)) directly or indirectly.

20   Response:

21

22   Request No. 11: PLEASE PRODUCE all documents between Capital
23   Source Financing, Inc., and Seacor Holdings Inc which refer to this
24   lawsuit (*Era Aviation, Inc v. UNC Airworks, et. al.* Case No. A02-0131

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**   5
P&WC Request For Production To ERA
January 30, 2006
Page 5 of 7

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907-277-3232 Facsimile: 907-279-2323

1  *CV (JKS))* directly or indirectly, and which are in possession of Era
2  Aviation, Inc.
3          Response:
4
5          Request No. 12: PLEASE PRODUCE all documents between Capital
6  Source Financing, Inc.; Seacor Holdings Inc.; and/or Era Aviation,
7  Inc. which purport to transfer, by sale, assignment or otherwise,
8  an interest in this lawsuit (*Era Aviation, Inc v. UNC Airworks, et.
9  al.* Case No. A02-0131 CV (JKS).
10         Response:
11
12
13 DATED: January 30, 2006
14                                      BAKER BRATTAIN, LLC
15
16                                      By: /s/
17                                      _____
18                                      William F. Brattain
                                        Alaska Bar Association 7305007
                                        Attorneys for Defendant
19                                      Pratt Whitney Canada
20
21
22
23
24
25          **EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**                6
   P&WC Request For Production To ERA
26 January 30, 2006
   Page 6 of 7

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

## CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were mailed, first postage prepaid, on January 30, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404


David A. Devine
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967

Raymond L Mariani
Dombroff & Gilmore, P.C.
40 Broad Street  Suite 2000
New York NY 10004-2382


/s/
_____
William F. Brattain II

**EXHIBIT A TO PWC MOTION TO REOPEN DISCOVERY**          7
P&WC Request For Production To ERA
January 30, 2006
Page 7 of 7