David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044

Raymond L. Mariani, NY Bar No. RM2077
Monica L. Irel, Fla. Bar No. 142395
DOMBROFF & GILMORE, P.C.
40 Broad Street, Suite 2000
New York, N.Y. 10004-2382
Phone: (212) 612-9550
Fax:    (212) 625-3150

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., a New York Corporation; and ERA AVIATION, INC., a Washington Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. A02-0131 CV (JKS) |
| UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) ) | **DAI'S AND UNC'S JOINDER IN PRATT & WHITNEY'S MOTION TO RE-OPEN DISCOVERY** |

COME NOW Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. (jointly hereinafter "DAI") and join in Pratt & Whitney's motion at Docket 398 to re-open

discovery into the limited issue of who is the real plaintiff in interest in this case and the basis of that party's right to assert the claims. Discovery is needed because plaintiff has not yet in any way tried to explain or set forth the facts that supposedly entitle the new potential plaintiff, Era Helicopters, LLC, to substitute in place of Era Aviation, Inc. as the real plaintiff in interest.

As the Court is well aware, DAI filed a motion to require substitution of real party in interest after Era Aviation, Inc. filed for bankruptcy protection and disclaimed all interest in this litigation. Era Aviation's bankruptcy attorney advised defendants that when Seacor Holdings, Inc. sold its stock in Era Aviation, Inc., "Seacor Holdings, Inc. retained all the benefit of this litigation." *See* Ex. C at 1 to DAI's Motion to Require Substitution of Real Party in Interest (Docket No. 389). Plaintiff opposed DAI's motion, and in doing so stated that "plaintiff Era Aviation, Inc.'s interests in this lawsuit were assigned to Offshore Aviation, Inc. as part of a corporate transaction." *See* Plaintiff's Opposition at 2 (Docket No. 390). After this Court ordered the real party in interest to appear in this case, plaintiff then came forward with yet a third entity to prosecute this suit. (Docket No. 393).

Given the conflicting reports of who supposedly owns the claims asserted in this litigation, DAI submits that the parties should be permitted to re-open discovery on the limited issues of who, if anyone, now owns the claims, how he/she/it acquired the right to assert them, the consideration given in connection with that acquisition, and any valuation of the claims acquired.

Respectfully submitted this 11th day of May, 2006.

    Defendants Dallas Airmotive, Inc. and
    UNC Airwork Corporation

By:   s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    3201 C Street, Suite 400
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

    Raymond L. Mariani, NY Bar No. RM2077
    Monica L. Irel, Fla. Bar No. 142395
    DOMBROFF & GILMORE, P.C.
    40 Broad Street, Suite 2000
    New York, N.Y. 10004-2382

I HEREBY CERTIFY that on May 11, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI
Attorney for Plaintiff

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC
Attorney for Defendant Pratt & Whitney

 s/ David A. Devine