William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., a New York Corporation; and ERA AVIATION, INC., a Washington Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRATT & WHITNEY CANADA, INC., *et. al.*<br><br>    Defendants. | Case No. A02-0131 CV (JKS) |

PWC'S REPLY MEMORANDUM IN SUPPORT OF
MOTION TO REOPEN DISCOVERY

1. ***Summary of Reply Argument.***

The plaintiff (in whatever form) asserts various arguments to support its contention that PWC's motion is nothing more than a vexatious attempt to delay trial of this matter. None of its arguments have merit. PWC's motion should be granted because important, not inconsequential, evidence is being sought and which simply did not exist when discovery closed.

2. ***Prejudice.***

The *plaintiff du jour* claims if the motion is granted then actual prejudice will be suffered by it because, one armed with newly discovered evidence, defendant will then surely seek further discovery. The question which must be asked, when confronted with this sort of argument is, simply, *"What evidence could now be discovered that would cause such concern by the non-moving party?"*

3.  *Good Cause.* PWC has reason to believe that during the course of negotiations between Era Aviation and various third parties (including the ultimate purchaser of its assets) Era's officers, who have already testified as to Era's loss of income arising out of loss of use of the accident helicopter, based upon its value and cost of replacement, took a materially different view when negotiating with these third parties.

Now, if you were on a jury would you want to know (a) what Era's own self serving estimates of loss of use damages were or (b) what value was actually paid by an astute purchaser in a voluntary arm's length transaction? Further, if you were on a jury would you want to know how Era valued this lawsuit when it sold it to an astute purchaser in a voluntary arm's length transaction?

4.  *Daubert Analysis Delay.* If there were delay, such delay is of Era's own making. As early as January, PWC asked Era to produce informally the evidence now being requested. [Docket # 398 Exhibit A] The plaintiff strung PWC along until, even to the dullest mind, it became obvious, despite assertions of diligent and thoughtful inquiry, noting was going to be produced. Docket # 398 Exhibits B & C]

Hence, this motion.

2

### 5. "Subject Matter"

The plaintiff argues that additional discovery is improper because "... *it seeks information that is outside the scope of permissible discovery.*" It suggest since this lawsuit arose out of a helicopter crash only discovery related to helicopter crashes is permissible. This lawsuit is about money damages: who, if anyone is entitled, to claim them and, if so, in what amount? Era has said, in the past, that it is entitled to claim money damages in excess of $2,000,000. For sure, we know that Era now says someone else ( the identity of whom remains something of a mystery despite the Anna Goss Affidavit [Docket # 395] is entitled to make this claim. What we don't know is whether Era also changed its tune on the valuation of this claim when it was selling it. The parties and, in particular, the jury is entitled to know how Era really valued the claim in a legitimate third party, arms-length transaction.

### 6. Conclusion.

Based upon the foregoing, PWC's motion should be granted.

Date:   May 19, 2006

BAKER BRATTAIN LLC

By: /s/ William F. Brattain
William F. Brattain
Alaska Bar Association 7305007
Attorney for PWC

3

# CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were electronically filed on May 19, 2006 to:

Jon A. Kodani, Esq.
Jeffrey J. William
**LAW OFFICES OF JON A KODANI**
2200 Michigan Avenue
Santa Monica CA 90404
Tel: 310 453 6762 Fax: 310 829 3340

David A. Devine (ABA 7906015)
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967
Tel: 562-6474  Fax: 562-6044

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK 99513-7564
A02-0131 CV (JKS)



William P. Brattain II

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323