# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Era Helicopter, LLC v. UNC Airwork Corp. et al.*
Case No. 3:02-cv-00131-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

      The Court has reviewed the record and concludes that Plaintiff has complied with Fed. R. Civ. P. 25(c) as interpreted in this Court's Order at Docket No. 392.  *See* Notice at Docket No. 393.  The opposition at **Docket No. 394**, which the Court will treat as a motion to dismiss, and the motion at **Docket No. 398** to reopen discovery will therefore be **DENIED**.

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 23, 2006

\*     ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.