David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:     (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:     (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, <br><br> Defendants. | Case No. A02-0131 CV (JKS) <br><br><br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR FILING CORRECTED DIRECT TESTIMONY OF EXPERTS** |

COME NOW the Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. (jointly "DAI"), by and through counsel, and file this **unopposed** motion to extend by one

month the deadline for filing corrected proposed direct testimonies of expert witness testimony, making such corrected direct testimonies due on Monday, November 27, 2006.

This extension of time is necessary due to counsels' conflicting commitments in other cases, including out of town deposition travel by DAI's counsel during the next two weeks. Counsel for Plaintiff and counsel for Pratt & Whitney have both indicated that this motion is **not** opposed.

Respectfully submitted this 20th day of October, 2006.

> Defendants Dallas Airmotive, Inc. and
> UNC Airwork Corporation
>
> By:   s/ David A. Devine
> David A. Devine (AK Bar No. 7906015)
> GROH EGGERS, LLC
> 3201 C Street, Suite 400
> Anchorage, AK 99503
> Phone: (907) 562-6474
> Fax: (907) 562-6044
> E-Mail: devined@groheggers.com
>
> Raymond L. Mariani, NY Bar No. RM2077
> NIXON PEABODY LLP
> 50 Jericho Quadrangle, Suite 300
> Jericho, N.Y. 11753
> Phone:  (516) 832-7520
> Fax:     (516) 832-7555
> E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on October 20, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney


  s/ David A. Devine