IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC,<br>a Delaware Company,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNC AIRWORK CORPORATION a/k/a DAI<br>Airwork Corporation, a Delaware corporation;<br>DALLAS AIRMOTIVE, INC., d/b/a UNC<br>Airwork Corporation and DAI Airwork, a<br>Delaware corporation; PRATT & WHITNEY<br>CANADA, INC., a Canadian corporation; and<br>DOES 1 THROUGH 500, Inclusive,<br><br>        Defendants. | Case No. A02-0131 CV  (JKS)<br><br><br><br>**PROPOSED<br>ORDER EXTENDING TIME<br>FOR FILING CORRECTED<br>DIRECT TESTIMONY OF EXPERTS** |

Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. filed an unopposed motion to extend by one month the deadline for filing corrected proposed direct testimonies of expert witness testimony. The motion is granted, making such corrected direct testimonies due on Monday, November 27, 2006.

Dated at Anchorage, Alaska this ____ day of _____, 2006.

 

_____
James K. Singleton, Jr.
United States District Judge

2

I HEREBY CERTIFY that on October 20, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney


  s/ David A. Devine