Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762
**Attorneys for Plaintiff**
Era Helicopters, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware company,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>UNC AIRWORK CORPORATION a/k/a  )<br>DAI Airwork Corporation, a Delaware corporation;  )<br>**DALLAS AIRMOTIVE, INC.** d/b/a  )<br>UNC Airwork Corporation and DAI Airwork Corporation,  )<br>a Delaware corporation;  )<br>**PRATT & WHITNEY CANADA, INC.**,  )<br>a Canadian corporation; and  )<br>**DOES 1 through 500**, Inclusive,  )<br>  )<br>    Defendants.  )<br>_____ ) | Civil Case No.<br>**A02-0131 CV (JKS)** |

### CERTIFICATION OF READINESS FOR TRIAL

Pursuant to the Court's Order dated October 12, 2006 (Doc. 404), the plaintiff, after consultation with counsel for defendants, certifies that this case is ready for trial.

The parties jointly propose the following dates for a trial that is expected to last 5-10 court days:



| | |
|---|---|
| USAU v. UNC Airwork et al. | Certification of Readiness for Trial |
| | ERA Av/PO/WO Lg24159/20061020 |

1. March 12, 2007

2. March 19, 2007

3. May 7, 2007 (*first preference*)

4. May 14, 2007 (*second preference*)


Respectfully Submitted,

Dated: October _____20___, 2006          **LAW OFFICES OF JON A. KODANI**

                                                                       s/ Jeffrey J. Williams

By:   Jon A. Kodani, Esq.
       Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

Attorneys for Plaintiff
Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**October 20, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

**For Defendant Pratt & Whitney Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK  99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____ **October 20, 2006**,
I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*-Via E-Mail –*

**For Defendants UNC Airwork Corp.
and Dallas Airmotive, Inc.**
Raymond L. Mariani, Esq.
NIXON PEABODY, LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY  11753
Tel. (516) 832-7520
Fax (516) 832-7555
EMail *rmariani@nixonpeabody.com*


                                s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*