OCT 20 '06  15:59

Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, | ) |
| | ) |
|     Plaintiffs, | ) |
| | )    Civil Case No. |
| vs. | )    **A02-0131 CV (JKS)** |
| | ) |
| **UNC AIRWORK CORPORATION** a/k/a | ) |
| DAI Airwork Corporation, a Delaware corporation; | ) |
| **DALLAS AIRMOTIVE, INC.** d/b/a | ) |
| UNC Airwork Corporation and DAI Airwork Corporation, | ) |
| a Delaware corporation; | ) |
| **PRATT & WHITNEY CANADA, INC.,** | ) |
| a Canadian corporation; and | ) |
| **DOES 1 through 500**, Inclusive, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

---

**REVISED DIRECT EXAMINATION TESTIMONY OF PLAINTIFF'S
EXPERT WITNESS LAWRENCE A. SCANLAN**

---

/ / /

/ / /

Era Aviation v. UNC Airwork et al.    Revised Direct Examination, Scanlan

ERA Av/PO/WO Lg24159/20061020

Pursuant to the Court's Order dated October 12, 2006 (Docket #404), plaintiff Era Helicopters, LLC, respectfully submits the attached *revised* direct examination testimony of plaintiff's expert witness, **Lawrence A. Scanlan, Ph.D.**

Respectfully Submitted,

Dated: October _____20___, 2006          **LAW OFFICES OF JON A. KODANI**

                                              _____s/ Jeffrey J. Williams_____

                                          By:     Jon A. Kodani, Esq.
                                                  Jeffrey J. Williams, Esq.

                                          2200 Michigan Avenue
                                          Santa Monica, CA  90404
                                          Tel. (310) 453-6762

                                          Attorneys for Plaintiff
                                          Era Helicopters, LLC

ERA Av/PO/WO Lg24159/20061020

**WRITTEN TESTIMONY**
*Direct Examination*
*Plaintiff's Expert Witness Lawrence A. Scanlan, Ph.D.*

## TABLE OF CONTENTS

1.0 BACKGROUND, EXPERIENCE AND QUALIFICATIONS . . . . . . . . . . . . . . . . . . . . .    2

2.0 BASES FOR OPINIONS AND CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . .    10

3.0 ANALYSIS OF FLIGHT MISSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    12

4.0 ANALYSIS OF ACCIDENT EVENT SEQUENCE . . . . . . . . . . . . . . . . . . . . . . . . .    16

5.0 OPINIONS AND CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    20

20061020

## 1.0  BACKGROUND, EXPERIENCE AND QUALIFICATIONS

101   **Q:  Would you please state and spell your name?**

*A:  Yes.  My name is Lawrence Scanlan, and my last name is spelled S-C-A-N-L-A-N.*

102   **Q:  Dr. Scanlan, what is your profession?**

*A:  I am a human factors engineer.*

103   **Q:  What is that?**

*A:  It is the scientific study of how people interact with machines.*

104   **Q:  Can you be more specific?**

*A:  Sure.  Engineering psychology, human factors, ergonomics, are generally names for the same thing.  It is the science that studies the interaction of people with equipment.  It involves their ability to receive information, make sense out of the world, make decisions, and then act on that information and manipulate controls and so forth.*

105   **Q:  You mentioned "controls."  Can you give us an example of how human factors engineering might be applied to the study of controls that are used in a helicopter?**

*A:  Sure.  Someone involved in the field of human factors engineering might study things like where the controls should be located in relation to the reach of an average pilot; what direction a lever should move to meet the pilot's expectations; and how rapidly an average pilot can assimilate and react to data.*

106   **Q:  What specific scientific disciplines are involved in human factors engineering?**

*A:  As I said earlier, the field deals with the interaction of man and machine, and how to use machines that people can use.  So it's really a combination of engineering and psychology.*

107   **Q:  Do you have any college degrees in the fields of psychology or engineering?**

*A:  Yes, I have three college degrees.  I have a Bachelors of Science degree in electrical engineering;; a Masters degree in engineering psychology; and a Ph.D. in engineering psychology.*

108   **Q:  Dr. Scanlan, how long have you been involved in the field of human factors engineering?**

*A:  For more than thirty-five years.*

109   **Q:  Do you teach and do research in a University?**

*A:  Yes, I have been a Principal Scientist at UCLA since 1999.*

110   **Q:  What is the name of the company you currently work for?**

*A:  Since 1976, I have worked for my own company called Larry Scanlan & Associates.*

111   **Q:  What kind of work do you do at that company?**

*A:  I do consulting work on human factors issues relating to product design, safety, and hazard warnings.*

112   **Q:  Do you do any work involving crashes?**

*A:  Yes, I have many cases involving human factors issues in automobile, aircraft and other accidents.*

113   **Q:  How many airplane and helicopter crashes have you worked on as a human factors consultant since 1976?**

*A:  Dozens.*

114   **Q:  Before today, have you ever testified as an expert witness with regard to your investigation of a helicopter crash?**

*A:  Yes, many times.*

115   **Q:  Were you asked to work on a case involving the crash of an Era Aviation helicopter on August 13, 2000?**

*A:  Yes, I was.*

116   **Q:  As a result of that work, did you formulate some opinions and conclusions regarding that crash?**

*A:  Yes, I did.*

<u>Direct Examination (*revised*)</u>                                    <u>Lawrence Scanlan, Ph.D.</u>

117   **Q:  What opinions and conclusions did you reach with respect to the crash of the Era helicopter?**

*A:  First, it is my opinion that the pilot demonstrated a good balance between mission accomplishment and safety.*

*Second, in my opinion, the pilot exhibited good decision-making and good piloting skill when confronted with the sequential loss of two engines.*

*And third, in my opinion, the initial cause of the crash was the first engine failure followed by the failure of the second engine.*

118   **Q:  I want to ask you some more questions about your background in the field of human factors engineering, alright?**

*A:  OK*

119   **Q:  Have you ever been employed as a scientist in the field of human factors engineering?**

*A:  Yes, for about 35 years between 1968 and 2002, I worked for Raytheon, which used to be called Hughes Aircraft.*

120   **Q:  What kind of work did you do at Raytheon and Hughes?**

*A:  I was the Head of Human Factors Research.*

121   **Q:  What kind of work did you do as head of Human Factors research for Raytheon and Hughes?**

*A:  I directed research to understand human operator behavior in complex man-machine systems, like advanced fighter jet cockpits.  I also managed the design, implementation and maintenance of a state-of-the-art flight simulation and computing facility that was used for designing systems and measuring pilot performance.*

122   **Q:  Do you have any training as a pilot?**

*A:  Yes, I am an instrument-rated private pilot.*

20061020

Direct Examination (*revised*)                            Lawrence Scanlan, Ph.D.

123   **Q:  What other work did you do while you were at Raytheon and Hughes?**

*A:  I was manager or associate manager for a number of aviation systems and programs involving airborne radar, ground-based radar, and reconnaissance radar.  I was also worked for many years on the development of night vision systems and Forward Looking Infrared technology that is now commonly used on military airplanes and helicopters.*

124   **Q:  Did any of your work at Raytheon or Hughes require you to study how helicopter pilots interface with their equipment?**

*A:  Yes, a lot of it did.*

125   **Q:  Have you authored any studies or publications in the field of human factors engineering?**

*A:  Yes, I have authored or co-authored more than 30 different articles, treatises and studies in the field.*

126   **Q:  Do you have some knowledge of how helicopters work?**

*A:  Yes.*

127   **Q:  Do you have some knowledge of how pilots fly helicopters?**

*A:  Yes, I do.*

128   **Q:  Where did you obtain this knowledge about helicopters and helicopter pilots?**

*A:  The work I did for Raytheon and Hughes involved some pretty complex systems for military helicopters, and in order to work on those systems, I had to learn a great deal about how helicopters operate in general, and how pilots fly those helicopters.*

129   **Q:  Based on your background and experience in the field of human factors engineering, can you apply your knowledge of helicopters and pilots to study how a particular pilot interacted with his machine in case where a helicopter has crashed?**

*A:  Yes. I can.*

          20061020

Direct Examination (*revised*)                                      Lawrence Scanlan, Ph.D.

130   **Q: Can you give us some examples of how human factors engineering might be used in a case involving a helicopter crash?**

*A: In a case involving a helicopter crash, the application of human factors principles can explain how the pilot interacted with the helicopter in the moments leading up to the crash. For example, it might explain whether the pilot had little or no time to react if the designer of the helicopter or its component parts assumed unrealistically short human-reaction times, or failed to consider that many tasks may be imposed on the pilot simultaneously.*

*Or, as another example, it might also show that some of the helicopter's controls were placed too near one another, or that the crash was unavoidable if the safe operation of the helicopter required a greater sensory capacity than normally possessed by an average pilot.*

131   **Q: How did Raytheon and Hughes use your expertise in the field of human factors engineering when you worked for those companies?**

*A: Essentially, human factors engineering was used to help anticipate and prevent accidents, as well as to improve the effectiveness of systems that were being designed or manufactured by the company.*

132   **Q: Can human factors engineering principles be used to anticipate or prevent accidents like a helicopter crash?**

*A: Yes. Pilots are human beings, so we know that human error is inevitable in certain situations, and pilots will invariably make mistakes in certain situations. So, recognizing these facts, human factors principles tell us that a potentially dangerous machine, like a helicopter, must be designed to eliminate or reduce the risk of human error occurring, or at least to minimize the hazardous consequences if human error does occur.*

133   **Q: Does the study of human factors engineering also require an understanding of the environment in which a particular machine is operating?**

*A: Yes, especially with a complicated machine like a helicopter, the environment in which a machine is being operated is a very important factor.*

20061020

Direct Examination (*revised*)                                    Lawrence Scanlan, Ph.D.

134  **Q:  Can you be more specific?**

A:  *Sure.  A pilot who is flying a helicopter in level flight over flat terrain in clear weather might have a relatively low workload.  But the same pilot flying the same helicopter in bad weather over rough terrain at night might have a much higher workload.  If all other things are equal, the application of human factors principles would suggest that the pilot with the lower work is less likely to make a mistake than the pilot with the higher workload.*

135  **Q:  Given sufficient data, can a human factors engineer look back on a helicopter crash, and reconstruct how the pilot of that helicopter probably behaved in the moments leading up to the crash?**

A:  *Yes.*

136  **Q:  Have you ever done that yourself?**

A:  *Yes, many times.*

137  **Q:  What kind of information do you typically look for if you are trying to reconstruct how the pilot of a helicopter behaved in the moments leading up to a crash?**

A:  *The information generally falls in two broad categories.*

*First, we can analyze the mechanical and environmental demands the pilot was facing in the moments leading up to the crash.*

*Second, we consider variable human capabilities, like hearing discrimination, visual acuity, eye-hand coordination, reaction time to warning signals, manual dexterity, reading speed and others.*

138  **Q. Is human reaction time one of the factors you mentioned?**

A. *Yes.*

139  **Q. What is human reaction time?**

A. *The time that it takes a particular individual to respond to any given stimulus.  While human reaction time can be measured, we have to remember at the outset that there are several different reaction times, not just one.*

20061020

140   **Q. Can you explain?**          *A. There are as many different reaction times as*
*there are degrees of complexity and*
*unexpectedness of the event that a person is*
*reacting to.*

141   **Q. Can you give us some**      *A. Yes. If you're told to press a button every time*
      **examples?**                    *a light in front of you comes on, you can do that*
*quite quickly, in a fraction of a second. This is*
*because there is only one stimulus--the light--*
*one response--pressing the button --and you are*
*not required to do anything except sit there and*
*watch the light, knowing it will come on soon.*
         *On the other hand, if you are driving a car*
*along a road and are told that a sign might pop*
*out of the ditch on the side of the road, that the*
*sign would have a circle on it, and that you*
*should hit the brakes if the circle is larger than a*
*basketball and accelerate if it is smaller than a*
*basketball, then your response to such stimuli is*
*much more complex and your reaction time,*
*should the object appear, might take seconds.*

142   **Q. What are the factors**     *A. First, there is the time required simply to*
      **that cause the reaction time** *become aware that something is there.  If the*
      **to be longer or shorter?**     *thing is obvious, the time may be only a fraction*
*of a second.  A firecracker going off in front of*
*you on a dark night is an example.  If the thing is*
*very inconspicuous, on the other hand, like a*
*dark-colored car parked on an unlighted*
*blacktop road, it will take longer.*

143   **Q. What is the second**       *A. The second factor is that it takes time to*
      **factor?**                     *figure out just exactly what that thing out there*
*is.  Is it a firecracker?  The flash of a gun being*
*fired?  A discoloration of the pavement?  An oil*
*stain?  A car?  Figuring out what it is that's*
*there is a more complicated psychological*
*process than simply becoming aware that*
*something is there, and consequently it tends to*
*take more time.*

144    **Q. And the next step?**

*A. After you have figured out what the thing is, there is usually some decision to be made. In the case of the car on the road, the decision may be whether to put on the brakes, turn the wheel, or do both. Making the decision about what to do can be the most complicated of all of the psychological processes involved in reaction time.*

*After you have recognized something and decided what to do about it, you have to go ahead and do it--get your foot on the brake pedal, or actually turn the wheel, or whatever the appropriate reaction is. This, too, takes time.*

## 2.0 BASES FOR OPINIONS AND CONCLUSIONS

201 **Q: What data and facts did you consider in forming your opinions and conclusions?**

*A: This exhibit number P36.03 summarizes the data and facts I used in forming my opinions.*

202 **Q: What did you consider under the heading "Documents and Data Related to Accident" on this exhibit?**

*A: These included various depositions, expert reports, Bell 412 specifications, documents related to CT disk rework, various photographs, Era Operations Manual, Bambi Bucket Manual, topographic maps of crash area, and various metallurgy reports.*

203 **Q: What is the second item on this list, the "Bell 412 Flight Manual?**

*A: That item is the Flight Manual for the helicopter that crashed. It provides important information about aircraft performance and operating procedures including emergency procedures.*

204 **Q: Item three says "Witness Statements." Can you tell us what was included there?**

*A: There were a number of individuals who observed all or part of the accident including Mr. Hanberg, the pilot of a second helicopter also performing the fire suppression mission with the accident aircraft. I considered all of these accounts in forming my opinions.*

205 **Q: What did the "Bell 412 Simulator tests" involve?**

*A: These tests involved configuring a Bell 412 simulator at Flight Safety International in Dallas, TX to match the aircraft and environmental conditions existing at the time of the accident and "flying the simulator" to assess the expected performance. Several test runs were completed and documented on video tape including sequential engine failures with delays between 1st and 2nd failures of 0.8 and 2 seconds.*

206 **Q: Did you use that information to test the accuracy of your opinions and conclusions?**

*A: Yes.*

207  **Q:  What was the purpose of these demonstrations in the flight simulator?**

*A: The flight simulator allowed me to safely observe how the helicopter reacted under certain conditions, such as the loss of power from one engine during flight.*

208  **Q:  Did the flight simulator recreate all of the exact same conditions Mr. Shadrick encountered on the day of the crash?**

*A: No, that would be impossible. But the flight simulator computer was programmed with information that closely approximated the temperature, winds, and altitude at the crash site, and also the weight of the helicopter and its water bucket.*

209  **Q:  This next item listed here refers to an examination of the bucket and water drop demonstration, is that correct?**

*A: Yes. I performed a ground examination of a Bambi Bucket and observed it being attached to the hook on a Bell 412 in Lake Charles, LA. I also observed several bucket water filling operations and water drops.*

210  **Q:  Did you use that information to test the accuracy of your opinions and conclusions?**

*A: Yes.*

211  **Q:  And the last item on this list refers to a crash site visit, is that correct?**

*A: Yes.*

212  **Q:  What was accomplished during your visit to the crash site?**

*A: I observed the crash site and supervised a survey of the terrain elevation from the top of the ridge to the bottom of the hill. I also took video tape of the site to document my observations.*

213  **Q:  Did you use that information to test the accuracy of your opinions and conclusions?**

*A: Yes.*

### 3.0  ANALYSIS OF FLIGHT MISSION

301  **Q:  Have you completed all of your work with respect to your assignment in this case?**

*A:  Yes I have.*

302  **Q:  Did you prepare any exhibits that describe the crash site?**

*A:  Yes, this exhibit number P36.04 shows the crash site and the flight path of the helicopter coming across the ridge and down the slope.*
*I also have this exhibit number P36.05 which shows the elevation of the hillside where the crash occurred, and I have noted on here the point where the helicopter first impacted the ground.*

303  **Q:  When did this crash occur?**

*A:  On August 13, 2000, at about 4:45 p.m. in the afternoon.*

304  **Q:  Where did the crash occur?**

*A:  The crash occurred on federal government property in the Nevada desert east of Reno.*

305  **Q:  What kind of mission was this helicopter flying when the crash occurred?**

*A:  It was on a fire suppression mission.  There were some fires burning in the area, and the helicopter was being used to drop water in the area of those fires.*

306  **Q:  Was the helicopter equipped with any kind of special equipment or attachments that were used in the fire suppression mission?**

*A:  Yes, the helicopter was equipped with a water bucket that is sometimes known as a "Bambi bucket."*

307  **Q:  How is the bucket attached to the helicopter?**

*A:  There is a hook on the underside of the helicopter, and the bucket is attached to the hook with long cables.  The bucket swings underneath the helicopter while it is flying.*

308  **Q:  Can you be more specific in describing the analysis tasks you undertook to reach your three main opinions?**

*A:  Yes, I have prepared a chart, marked as exhibit number P36.06 and this chart describes my analysis tasks.*

309   **Q: Can you explain these analysis tasks for the jury, please?**

*A: The first analysis dealt with the fire suppression mission being flown by the two aircraft the day of the accident. The second analysis examined the sequence of events leading up to the crash.*

310   **Q: This chart you prepared, exhibit P36.06, refers to a "blacklining" mission. What is that?**

*A: On the day of the accident a two aircraft team was assigned to drop water on the junction between burned and unburned areas to extinguish any smoldering remnants of fire. Flames were not present and they were not working with any ground crew so no time stress existed. They were flying a race track pattern with Mr. Hanberg trailing behind the accident helicopter by a mile or two. At the southern end of the race track the two aircraft filled their buckets at a dip pond, climbed to a safe altitude as they flew northeast and then turned left to fly toward the hills and the water drop site on the northern end of the race track.*

311   **Q: When you refer to a race track pattern, does that mean the two helicopters were literally racing each other?**

*A: No, as I said a moment ago, there was no time stress involved here, because most of the fire had already been extinguished, and there were no flames, the helicopters were just dropping water on areas that were still smoldering.*

*The term "race track pattern" just means the helicopters were flying a pattern that was shaped like a race track.*

312   **Q: After the two helicopters turned toward the hills, what did they do?**

*A: As they flew toward the hill their height above the ground diminished and they slowed their speed to allow them to accurately position their aircraft to allow the water to fall on the blackline at the junction of the burned and unburned areas. Piloting under these conditions of low-altitude, slow-speed, and high-weight demanded a high level of attention from the pilots.*

313  **Q:  Did the pilots sacrifice safety while accomplishing the blacklining mission?**

*A:  No, these pilots did everything they could to minimize the risks associated with water drop missions that require low-altitude, slow-speed, and high-weight flight operations.  They used a helicopter with two engines so as to always have a good engine in an emergency and they operated it within the specified operating limits.*

*Finally, they exercised caution in their low-altitude, slow-speed operations to maintain safety and to keep an emergency escape route.  In this particular case they had a turn down the hill available as an emergency option that quickly increased their height above the ground.*

314  **Q:  What do you mean it would quickly increase their height above the ground?**

*A:  If the pilot was faced with an emergency situation, he could turn the helicopter to the left so that it was flying over the downslope of the hill, and by flying over the downslope, the distance between the ground and the helicopter would naturally increase so that the pilot would have more time to execute an emergency procedure, if he needed to.*

315  **Q:  What other examples of safety consciousness can you provide, if any?**

*A:  They flew toward the ridge in level flight at a moderate airspeed and at an altitude that kept them as high above the ground as long as possible.  They slowed as late as possible and maintained an altitude above the ground that kept them in the safe region of the height-velocity curve for flight with One Engine Inoperable.*

316  **Q:  What do you mean by a height-velocity curve?**

*A:  Every helicopter has a diagram that is published in its flight manual, and that diagram is known as the Height Velocity Curve.*

*This exhibit number P36.07 reproduces the height-velocity diagram for the Bell 412 helicopter.*

*Height is shown on the vertical axis and airspeed or velocity on the horizontal axis.  It identifies combinations of height above the ground and airspeed that should be avoided as indicated by the shaded region.*

*The flight manual states that a safe single engine landing... cannot be assured from the shaded area.*

*As an example, a combination of 30 kt airspeed and 150 ft above the ground lies just outside the AVOID area meaning that a safe landing with One Engine Inoperative can be accomplished.*

*A lower altitude or slower speed or both will result in operation in the AVOID area meaning that a safe landing with only one engine cannot be assured.*

317  **Q:  Can you summarize the result of your analysis of the mission this helicopter was flying before it crashed?**

*A:  The pilots maintained a high level of safety while still accomplishing their assigned task. Had only one engine failed the accident would have been avoided.*

- 15 -

## 4.0 ANALYSIS OF ACCIDENT EVENT SEQUENCE

401   **Q:  I think you said the second part of your analysis related to the accident event sequence, is that correct?**

*A:  Yes, that's correct.*

402   **Q:  What time period and physical location did you use in that analysis?**

*A:  The analysis time period began 0.7 seconds before the start of the left turn described by Mr. Hanberg and continued until the helicopter impacted the terrain.*

*Physically, the starting point was 150 ft above the ridge of the hill with the aircraft heading up the ridge with an airspeed of approximately 30 kts and a head wind of 10 to 15 kts as estimated by Mr. Hanberg.*

*The end was the impact point 896 ft down the hill and at an elevation 425 ft below the ridge as determined by the site survey.  Exhibit P36.08 depicts the accident site, approximate aircraft path, and the terrain elevation along the flight path.*

403   **Q:  What were the results of your analysis of the accident event sequence?**

*A:  Based on the analysis, I developed a chronology of events that included pilot actions and decisions.*

404   **Q:  Can you describe that chronology for the jury, please?**

*A:  Yes, I have prepared another chart that is marked as exhibit P36.09.  This chart summarizes the seven chronological events in the accident sequence beginning with the failure of the first engine and concluding with terrain impact.*

405   **Q:  What is this first item listed here that says "1st engine fails"?**

*A:  As described earlier when discussing the blacklining mission, the helicopter was heading up the ridge at approximately 30 kts at 150 ft above the ground when the first engine failed.  This is time zero in the analysis sequence.  The pilot would have heard an explosion followed by noise and vibration.*

406   **Q:  The next item on the list refers to a 0.7 second delay.  What occurred during that time?**

*A:  This is the time required for the pilot to assess the situation, determine the problem, and initiate a response.*

*During this time the pilot would have looked at the Caution and Warning panel to see a red engine fail light, he would have verified that the RPM on the failed engine was dropping, and would have concluded he was in a One Engine Inoperative (OEI) condition.*

*He would have performed a single engine failure procedure as described in the Flight Manual including reduction of collective, if required, and increasing the RPM of the good engine.*

*He would have then assessed the situation and decided to turn down slope to gain altitude so he could then increase airspeed to the recommended 55 to 65 kts.*

*He also decided not to immediately drop the water bucket because the increased altitude resulting from a turn down slope would move him further into the safe region of the height-velocity diagram.*

407   **Q:  What is this next item that says "Initiate turn"?**

*A:  Once the pilot assessed the situation and decided to turn down slope, he initiated a left turn.*

*During this time, the pilot would have been looking outside the cockpit gauging the turn and his position relative to the ground.*

408   **Q:  How long would be required to complete the turn under these conditions?**

*A:  At 30 kts airspeed and 30 degree bank a 90 degree turn would require a little more than 4 seconds.*

409    **Q:  What occurred next in the event sequence?**

*A:  The second engine fails during the left turn. Based on testimony of engine experts, the delay between the failure of the first and the second engines could be between approximately one and two seconds.  This corresponds to sometime during the first third of the turn.*

*As noted previously, the pilot will be looking outside the aircraft and significant noise and vibration will already be present due to the first engine failure.  Given these conditions, the pilot may not have been immediately aware of the second engine failure, and he probably thought he had only lost power from one engine.*

410    **Q:  The next item on the chart refers to low rotor RPM.  What is the significance of that?**

*A:  With both engines failed, no power is being supplied to the main rotor, so the main rotor blades will begin to slow and the RPM or revolutions per minutes will decrease.*

*When the RPM reaches 95% a warning alarm alerts the pilot that he is in serious danger.  This was probably the first time the pilot recognized that both engines had failed.*

411    **Q:  Was the aircraft still in the left turn when the alarm sounded?**

*A:  Yes, based on simulator testing, the time from the second engine failure to 95% rotor RPM takes approximately a half second.  The turn would be about half completed when the low-rotor RPM warning sounded.*

412    **Q:  The next to last item on this chart again refers to rotor RPM.  What does that refer to?**

*A:  The pilot will complete the turn.  Once completed, he cannot take advantage of the altitude he gained from the down-sloping terrain.*

*However, based on simulator tests, the rotor RPM has already decayed below 80% by this time, and according to the flight manual, autorotation cannot be accomplished regardless of gross weight.  Regardless of pilot action, a crash will result.*

413    **Q:  Can you summarize the result of your analysis of the accident event sequence?**

*A:  The initiating cause was the first engine failure.  The pilot properly decided to turn down slope to return to base on a single engine.  The failure of the second engine doomed the helicopter.*

## 5.0  OPINIONS AND CONCLUSIONS

**501**  **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on all of your experience, education, training and background in the fields of engineering, psychology, and human factors?**

*A:  Yes.*

**502**  **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on objectively reliable data?**

*A:  Yes.*

**503**  **Q:  Do you believe your conclusions are reliable and accurate to a reasonable degree of engineering certainty?**

*A:  Yes.*

**504**  **Q:  Did you prepare any charts that summarize the main conclusions you have reached in this case?**

*A:  Yes, I prepared a chart that is marked as exhibit P36.10.*

*First, it is my opinion that the pilot demonstrated a good balance between mission accomplishment and safety.*

*Second, in my opinion, the pilot exhibited good decision-making and good piloting skill when confronted with the sequential loss of two engines.*

*And third, in my opinion, the initial cause of the crash was the first engine failure followed by the failure of the second engine.*

## <u>CERTIFICATE OF SERVICE</u>

*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____ **October 20, 2006** _____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF
system which will send notification of such filing to the following e-mail
addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp.**<br>**and Dallas Airmotive, Inc.**<br>David A. Devine, Esq.<br>Ken Eggers, Esq.<br>GROH EGGERS, LLC<br>3201 C Street, Suite 400<br>Anchorage, AK  99503<br>Tel. (907) 562-6474<br>Fax (907) 562-6044<br>EMail *devined@groheggers.com* | **For Defendant Pratt & Whitney**<br>**Canada Corp.**<br>William F. Brattain II<br>BAKER BRATTAIN, L.L.C.<br>N Street Plaza<br>821 N Street Suite 101<br>Anchorage, AK  99501<br>Tel. (907) 277-3232<br>Fax (907) 272-4850<br>EMail *brattain@bakerbrattain.com* |

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

ERA Av/PO/WO Lg24159/20061020

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]      I hereby certify that on _____ **October 20, 2006**,
I have mailed or served the document or paper to the following non CM/ECF
participants in the manner (mail, hand delivery, etc.) indicated by the non-
participant's name:

*–Via E-Mail –*

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
Raymond L. Mariani, Esq.
NIXON PEABODY, LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY  11753
Tel. (516) 832-7520
Fax (516) 832-7555
EMail *rmariani@nixonpeabody.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

- 4 -