OCT 20 '06  15:59

Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762
**Attorneys for Plaintiff**
Era Helicopters, LLC

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Case No. |
| vs. | ) **A02-0131 CV (JKS)** |
| | ) |
| **UNC AIRWORK CORPORATION** a/k/a | ) |
| DAI Airwork Corporation, a Delaware corporation; | ) |
| **DALLAS AIRMOTIVE, INC.** d/b/a | ) |
| UNC Airwork Corporation and DAI Airwork Corporation, | ) |
| a Delaware corporation; | ) |
| **PRATT & WHITNEY CANADA, INC.**, | ) |
| a Canadian corporation; and | ) |
| **DOES 1 through 500**, Inclusive, | ) |
| | ) |
| Defendants. | ) |

## REVISED DIRECT EXAMINATION TESTIMONY OF PLAINTIFF'S
## EXPERT WITNESS DAVID RUPERT

/ / /

/ / /

Era Aviation v. UNC Airwork et al.          Revised Direct Examination, Rupert

Pursuant to the Court's Order dated October 12, 2006 (Docket #404), plaintiff Era Helicopters, LLC, respectfully submits the attached *revised* direct examination testimony of plaintiff's expert witness, **David Rupert.**

Respectfully Submitted,

Dated: October _____ 20 ___, 2006        **LAW OFFICES OF JON A. KODANI**

_____ s/ Jeffrey J. Williams _____

By:    Jon A. Kodani, Esq.
       Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

Attorneys for Plaintiff
Era Helicopters, LLC

**WRITTEN TESTIMONY**
*Direct Examination*
*Plaintiff's Expert Witness David S. Rupert*

## TABLE OF CONTENTS

**1.0 BACKGROUND, EXPERIENCE AND QUALIFICATIONS** . . . . . . . . . . . . . . . . . . . . . . 2

**2.0 ASSIGNMENT AND INVESTIGATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**3.0 ENGINE AND GEARBOX FUNCTIONS AND COMPONENT PARTS** . . . . . . . . . . 26

**4.0 CT DISK FAILURE ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**5.0 INTERMEDIATE DRIVE SHAFT FAILURE ANALYSIS** . . . . . . . . . . . . . . . . . . . . 40

20061019

## 1.0  BACKGROUND, EXPERIENCE AND QUALIFICATIONS

101   **Q:  Would you please state and spell your name?**

*A:  Yes.  My name is David S. Rupert, and my last name is spelled R-U-P-E-R-T.*

102   **Q:  Mr. Rupert, what is your profession?**

*A:  I am a mechanical engineering technologist.*

103   **Q:  And what is a mechanical engineer?**

*A:  Generally speaking, a mechanical engineering technologist is someone who applies scientific principles to practical purposes such as the design, construction and operation of machines.  In my case, I have spent most of my professional career applying those principles to the investigation of accidents and incidents involving airplanes and helicopters, including their engines and related component parts.*

104   **Q:  Do you belong to any professional societies or organizations?**

*A:  Yes, I am a Certified Applied Science Technologist, or A.Sc.T. belonging to the Applied Science Technologists and Technicians of British Columbia. I am also a member of the International Society for Air Safety Investigators and  ASM International, which is a materials information society.*

105   **Q:  Before today, have you ever testified as an expert witness with regard to your investigation of a helicopter crash?**

*A:  Yes, many times.*

106   **Q:  Mr. Rupert, were you given any assignments with respect to the crash of Era Aviation's helicopter on August 13, 2000?**

*A:  Yes, I was.*

107  **Q:  What were those assignments?**

*A:  There were three:*

*First, to examine the engines or power sections and combining gear box from the helicopter.*

*Second, to review and consider all available relevant data and information regarding the crash itself, the helicopter, its power sections and combining gear box.*

*And third, to determine why the helicopter's engines lost power before the crash.*

108  **Q:  Did you complete those assignments?**

*A:  Yes, I did.*

109  **Q:  Were you able to determine why the helicopter's engines lost power before the crash?**

*A:  Yes, I was.*

110  **Q:  Why did the helicopter's engines lose power before the crash?**

*A:  The left engine lost power because its compressor turbine disk, or CT disk, fractured. The fracture of the CT disk in the left engine caused the disengagement and sudden re-engagement of the right engine freewheel unit which in turn caused the right intermediate drive shaft to fracture. This disconnected the right engine from the drive train to the helicopter's main rotor blades.  This left the helicopter with a total loss of power from both engines.*

111  **Q:  Why did the left engine CT disk fracture?**

*A:  Because it was contaminated with sulfur. When that sulfur was exposed to high temperatures, it initiated a process called "hot corrosion," and hot corrosion caused the disk to fracture.*

112    **Q:  What knowledge, and skills did you need to use in order to complete your assignments in this matter?**

*A:  These assignments required me to use my experience, background, education, training, knowledge and skills in several areas, including aircraft accident investigation; failure analysis; metallurgy; and dispersive X-ray analysis.  I was also required to use my knowledge of the operation of helicopters and turbine engines in general, and the design of the Pratt & Whitney PT6T engine in particular.*

113    **Q:  Let's talk a little bit about your education, and employment background, alright?**

*A:  Okay.*

114    **Q:  Do you recognize this document we've marked as exhibit P37.04?**

*A:  Yes, this is a copy of my resume.*

115    **Q:  Mr. Rupert, could you please describe for us some of your relevant education, and employment background, starting with your college education?**

*A:  I attended and graduated with honors from Algonquin College in Ottawa, Ontario, Canada.*

116    **Q:  Did you receive a degree from that university?**

*A:  No, I received a diploma in Mechanical Engineering Technology.*

117    **Q:  Can you describe the requirements for the issuance of a Diploma in Engineering Technology at that university?**

*A:  It was a three-year course of study in the basic subjects associated with engineering that included things like applied mechanics, physics, chemistry, thermodynamics, hydraulics, strength of materials, material science, quality control, manufacturing processes and various other courses like that and also a lot of practical hands-on training in various subjects such as welding, electricity and machine shop practices.*

118  **Q:  What did you do after you completed your college course of studies?**

*A:  I was hired as a result of an interview while I was in my final semester at Algonquin College to work for, what was then the Aviation Safety Bureau, which was part of the Department of Transportation, which was a Department of the Federal Government of Canada.*

119  **Q:  And, were you assigned to a specific department?**

*A:  I was assigned to their engineering laboratory.*

120  **Q:  And what was the purpose or the function of the engineering lab?**

*A:  The Engineering laboratory had several functions which included:*

*Conducting all the technical investigations that were involved with aircraft accidents or incidents, such as failure analysis of aircraft engines and broken aircraft parts, material analysis, light bulb filament analysis and engineering evaluations and studies.*

*Forming part of the team that went out to conduct major accident investigations.*

*Assisting regional offices on request with small aircraft accident investigations.*

*Sub-contracting and monitoring specialized services that could not be conducted in-house at that time, such as cockpit voice and flight data recorder readout and analysis, fuel sample and lubricant analysis and analysis and testing of aircraft tires.*

*Making safety recommendations to the Department of Transportation with regard to defects, deficiencies and other problems that were discovered during the course of their investigations.*

121  **Q:  How long did you work for the Canadian government?**

*A:  From  January 1971 until August 1984.*

20061019

122   **Q:  And what was you position in this particular safety lab?**

*A:  I had several positions over the years, but initially I was hired to assist in many of the functions carried out by the lab including the documenting of aircraft accident investigations and the failure analysis of the components from aircraft accident and incident investigation, to perform laboratory testing such as tensile testing, hardness testing and non-destructive testing, to do all of the photography associated with documenting failed parts, to assist with engine and component teardown and analysis and to do metallurgical sample preparation, documentation and analysis.*

123   **Q:  This was all for the federal government of Canada?**

*A:  All for the Canadian Federal Government.*

124   **Q:  And what happened as time progressed?**

*A:  On the job training continued, and I was sent to various formal courses*

*Then, probably within the first year, I was assigned my first failure analysis job.  I was also assigned to the Major Accident investigation Go Team.*

*And as the years progressed I was given more and more failure analysis responsibilities.*

*I was assigned to the major accident teams, and chaired some of the groups on a Major Accident Team.*

125   **Q:  And was that your position and job responsibilities when you left the TSB?**

*A:  I had various titles that changed over the years.  Over time I was given more and more responsibility for conducting failure analysis and aircraft accident investigation.  The titles change as responsibility was added in these areas but basically I was doing the same thing through the whole time I was there until the time I left, yes.*

126   **Q:  Can you list some of the positions you held at the TSB?**

*A:  Metallurgical Technician, Failure Analysis Technologist, Technical Investigator, Physical Failure Analyst, Failure Analysis Specialist, Instrument Analysis Specialist.*

127   **Q: During your employment with the Canadian TSB, did you have occasion to examine and study Pratt & Whitney PT6 engines and related systems?**

*A: Yes, many times.*

128   **Q: And you left the Canadian TSB in 1984, is that correct?**

*A: That's correct.*

129   **Q: After you left the Canadian TSB, what kind of work did you do?**

*A: When I left the Canadian TSB, I joined a private company called the R. J. Waldron & Company which is located in Richmond, British Columbia near Vancouver, Canada.*

130   **Q: And what kind of work does the R.J. Waldron & Co. do?**

*A: We conduct aircraft accident investigations, and we do failure analyses, primarily of aircraft parts, engines, components, and related systems.*

131   **Q: Has the Canadian Department of Transport ever used the services of R.J. Waldron & Company?**

*A: Yes, they have.*

132   **Q: Can you describe the circumstances under which that occurred or would occur?**

*A: On occasion the Department of Transport, which is now called Transport ,Canada will retain us to examine a failure, and ask us our opinion as to the cause of that failure, and sometimes ask us to write a report on that failure.*
*Since I left the government in 1984, the division that I worked for has separated from Transport Canada and changed its name and is now called the Transportation Safety Board of Canada or TSB, which is the equivalent of your National Transportation Safety Board. And we do work for them, for their local office, which is located in Richmond.*

133   Q:  Now, you mentioned earlier that you graduated with honors from Algonquin College with a diploma in Mechanical Engineering Technology, is that correct?

A:  Yes, that's correct.

134   Q:  Did you continue your education after college?

A:  Yes, I've taken a number of courses in subjects such as metallurgy, failure analysis, and aircraft accident investigation.  I've also taken courses in the operation of specialized equipment like the scanning electron microscope or SEM, and energy dispersive X-ray analysis of materials.

135   Q:  During your career with the Canadian government and with R.J. Waldron & Company, have you received on-the-job training and experience in analyzing damaged component parts from turbine engines?

A:  Yes, I have.

136   Q:  During your career with the Canadian government and with R.J. Waldron & Company, have you received on-the-job training and experience in making and preparing metallurgical mounts for study under scanning electron microscopes?

A:  Yes.

137  **Q:  During your career with the Canadian government and with R.J. Waldron & Company, have you received on-the-job training and experience in analyzing turbine engine failures?**

*A:  Certainly.  I received a lot of on the job training while I was with the Federal government in Canada and during my time there I took specific courses in: metallographic interpretation and nondestructive testing,; basic aircraft accident investigation; helicopter accident investigation; photography; metallography specific to interpretation of materials and their structures; the kinds of damage that can occur to those materials; heat treatment courses; and several failure analysis courses.*

138  **Q.  Have you taken any courses in the field of stress corrosion analysis?**

*A:  Yes, I took a three-day course in stress corrosion at ASM, the American Society for Metals, which is now called ASM International.*

139  **Q:  Could you tell us briefly what that involved?**

*A:  It was a course on a specific failure mechanism called stress corrosion and other related hydrogen assisted cracking mechanisms such as hydrogen embrittlement.*

*It dealt with the theory, causes, appearance, analysis and prevention of stress corrosion cracking in several different materials including high strength steels, stainless steels, copper alloys, aluminum alloys and nickel alloys.*

140  **Q:  When you say stress corrosion that is where you build a stress point, it doesn't matter what caused it, sulfidation, or otherwise, it is a point where stress collects?**

*A:  Yes, stress corrosion as the name implies does involve stress and it often occurs at stress concentrations on a component, such as thread roots, changes in sections, slots and holes. In general, for stress corrosion to occur in a material you need at least three conditions to be present; One, a suitable environment such as water, aqueous solutions or atmospheric moisture; Two, an alloy of susceptible composition and structure; and three, a sustained tensile stress. Sulfidation however is not considered to be a form of stress corrosion*

Direct Examination (*revised*)                                 David S. Rupert

141   **Q: Have you taken any courses related to the investigation of helicopter crashes?**

*A: Yes, I took a four week course on Basic Aircraft Accident Investigation given by the National Transportation Safety Board that included some instruction on helicopter accident investigation and a two week course called Helicopter Accident Investigation at the University of Southern California.*

142   **Q. What was the subject matter of that course?**

*A: That course included instruction in the basic components of a helicopter, how a helicopter works, general investigative techniques, investigation techniques specific to helicopters, power plant investigation including looking at reciprocating and turbine engines, and it also had some instruction on failure analysis of various helicopter component parts, including engine components.*

143   **Q: Did your work in this case involve the analysis of fracture mechanisms?**

*A: Yes, it did, especially with respect to the CT disk and the intermediate drive shaft.*

144   **Q: Have you taken any courses in fracture mechanisms?**

*A: Yes, I took a four-day course in fracture mechanics at Lehigh University, and that course dealt with the mechanics of fracture mechanisms involved in the failure of component parts and the theory of microcracking. Formulas and theories as to how, when and why components fail when a small crack is present. Determining the critical flaw size at component will fail.*

145   **Q: Have you taken any other courses in analyzing fracture mechanisms?**

*A: Yes, I took a five-day course on fractography at ASM, the American Society for Metals, that involved instruction on examining fractures, documenting them, interpreting them, and the physical evidence found on a fracture surface in an attempt to try to relate the fracture features to the cause for the failure.*

146   **Q: Did your work in this case involve the use of scanning electron microscopes or x-ray analysis?**

*A: Yes, it did, because we examined several different fracture surfaces under the scanning electron microscope and analyzed many sample of material using x-ray analysis.*

20061019

Direct Examination (*revised*) _____ David S. Rupert

147   **Q:  Have you taken any courses on the use of that kind of specialized equipment?**

*A:  Yes, I took a five-day course in Scanning Electron Microscopy and X-Ray Analysis at Lehigh University, that provided training in the use and operation of specialized equipment used to analyze fractures and materials.*

*One piece of equipment was the Scanning Electron Microscope, or SEM, which allows you to examine materials, fracture faces at high magnification, which is useful in interpreting why and how that component failed.*

*And attached to that scanning electron microscope is another piece of equipment called an Energy Dispersive X-ray Analysis Spectrometer.  You can use that to analyze materials, corrosion products, and that sort of thing.*

*This course involved the operation of this equipment, techniques, sample preparation, the documentation of the materials that you were examining and the interpretation of the results.*

148   **Q:  Is that kind of equipment available at R.J. Waldron & Company?**

*A:  Yes, we have our own in-house Scanning Electron Microscope and Energy Dispersive X-ray Analysis Equipment that I used to examine, document, and analyze relevant component parts from the subject engines in this case.*

149   **Q:  Did you use any x-ray analysis equipment during the course of your investigation in this case>?**

*A:  Yes.*

150   **Q:  What training, if any, have you had on the use of x-ray equipment?**

*A:  In addition to years of on-the-job training and the instruction previously mentioned that I received at Lehigh University, I also took a five-day training course at Tracor Northern, a company that manufactured x-ray analysis equipment.*

151   **Q:  What was the subject matter of that course?**

*A:  That course consisted of training on that company's specific brand of equipment which we had in our laboratory in Ottawa, how to use the equipment, how to interpret the results, and how to record the results.*

152  **Q:  Have you received ay training in the field of witness interviews?**

*A:  Yes, while I was working for the Canadian Department of Transportation, I took a two-day course on witness interviews that was given by our in-house accident investigators.  That course covered how to investigate or how to do interviews with witnesses without intimidating them, and how to be able to extract the most information from the witness without causing any distress to the witness.*

153  **Q:  After graduating from college, have you taken any courses in failure analysis?**

*A:  Yes, I took two three-day courses on failure analysis one at ASNT, which is the American Society for Nondestructive Testing and one given by the American Society for Metals.*

154  **Q:  What was the subject matter of that course?**

*A. The courses consisted of looking at specific examples or case studies of failed parts with the instructors going through what they found during an investigation.*

*They would identify the type of material involved, the type of failure, what caused the failure and in some cases the corrective action taken to prevent re-occurrence of the failure.*

*The course covered specific techniques to use in examining failures, collecting information about that failure, and applying it to the analysis of the failure that you're examining at the time.*

155  **Q: Did you take any other courses in failure analysis?**

*A: Yes, I attended a three-day failure analysis workshop at the University of Missouri in Columbia, Missouri that again was instructors giving, lecturers, setting up and giving you examples of failures and the techniques used in examining and analyzing those failures.*

*Instructors gave examples of collecting information surrounding those failures such as the history of the part that they were looking at, how it was being used, the working environment of the part, the part material and any other information that could be determined.,*

*One technique taught was applying the history of the component and the equipment it was being used in to see if there was anything relevant in the history that could have influenced the failure and then coming up with a cause for that failure.*

*Again, it was aimed at teaching techniques, and methodology to be used in conducting failure analysis.*

156  **Q: And did you use those skills in your investigation of this particular incident?**

*A: Yes, I use them in every failure analysis I perform.*

157  **Q: What kind of materials did you analyze during the course of your investigation in this case?**

*A: Mostly metal alloys.*

158  **Q: Have you received any training in the field of analyzing metal alloys?**

*A: Yes, I took a five-day course in Aluminum and its Alloys at MEI, the Materials Education Institute.*

159  **Q: What was the subject matter of that course?**

*A: It was a course that covered instruction on a whole group of aluminum alloys, their composition, their microstructure, the heat treatment of aluminum alloys, the metallographic appearance of those various alloys and the changes that occur in the metallography caused by heat treatment, the uses of various aluminum alloys, welding of aluminum alloys and finishing of aluminum alloys.*

*We also dealt a little bit with the failure of aluminum components, primarily in the area of corrosion of aluminum alloys.*

*In that course I learned techniques that can be applied to any failure analysis in looking at materials, their microstructure and their properties.*

160  **Q: Did you use those skills and techniques in your investigation of this matter?**

*A: Yes, I did.*

161  **Q: Have you taken any other courses at the Materials Education Institute?**

*A: Yes, I took a five-day course on Heat Treatment of Steels.*

162  **Q: What was the subject matter of that course?**

*A: That course was specifically directed at the heat treatment of steels, which included some stainless steels and tool steels. And again, we were instructed in the metallurgy of those steels and the various alloys and what those steels were composed of, what the metallurgy looked like in certain conditions, how it changed with various heat treatments of those materials and the mechanical properties of those materials. There was also some instruction in the various defects and failures that can occur as a result of problems associated with the heat treatment process.*

163   **Q:  Any other courses at the Materials Education Institute?**

*A:  Yes, I took a five-day course on Metallographic Interpretation at MEI.*

164   **Q:  What was the subject matter of that course?**

*A.   That was a course that included instruction in the structure of metals and how it related to material composition, treatment and properties. Instruction was given in the  techniques used  in preparing samples of various materials for microscopic examination. The course t dealt with a variety of materials such as steels, aluminums, magnesium alloys, stainless steels and high temperature alloys.*
*The course also provided instruction in interpreting microstructures using metallurgical and scanning electron microscopes and the various types of defect that might be observed in a metallurgical sample such as porosity, inclusions and processing damage .*

165   **Q:  Did you use those skills and techniques in your investigation of this matter?**

*A:  Yes, I did.*

166   **Q.  And in what sense did you use them?**

*A.   In the sense of sample preparation, examination of the samples  and interpretation of the results.*

167  **Q.  When you say sample preparation, what do you mean by that term?**

*A.  It's when you're going to look at the material or cut a part so that you can look at the microstructure of a material so you can assess its structure and  how it may have influenced a failure*

*The sample preparation often includes documentation, measurement, and whatever you need to do before you cut the part So that you do not lose evidence that cannot be obtained once you cut it.*

*Preparation includes the actual cutting of the part, what technique you're going to use, and how to prepare it, polishing, grinding and etching it to look at the real structure.  You don't want to look at structure that's been smeared by the cutting process.  You got to be able get rid of that smearing and get down to the base microstructure that hasn't been deformed by the technique you've used to prepare it and then etch it to bring out the features that are there so that you can examine them either on a metallurgical microscope or in scanning electron microscope.*

168  **Q:  Have you taken any other courses in the field of aircraft accident investigation?**

*A:  Yes, I took a 4-week course given by the NTSB on basic aircraft accident investigation.*

169  **Q:  What was taught in that course?**

*A:  The basic techniques to be used in an aircraft accident investigation including gathering all the information you can, documentation, collecting all the records you can, and how to examine documents and how to preserve those records, what kinds of things to include in a report.  Part of that course was actually looking at some aircraft wreckage and at fractures and examining the various fracture modes that can occur on aircraft parts.*

170   Q.  Did you receive any training in that course on what kinds of manuals and logbooks that you should look into?

*A: Yes, they went through the types of records that are kept on aircraft, the types of manuals that are used to maintain and service aircraft, the types of manuals that are used to overhaul aircraft and aircraft components such as engines.*

171   Q:  Have you received any other training on testing component parts from aviation engines?

*A: Yes, I took two separate 30 hour courses at the Algonquin College on Nondestructive Testing.*

172   Q:  What was taught in those courses?

*A: Those courses involved the various processes, techniques, and methods that are used to conduct nondestructive testing on parts including aircraft parts.   The most basic form of non-destructive testing is visual examination, then comes the use of optical devices such as a ten times glass to examine the part, then feeling the part for defects such as sharp edges, all the way through magnetic and fluorescent magnetic particle inspection, dye penetrant and fluorescent dye penetrant inspection, eddy current inspection techniques, radiography or X-ray inspection  and ultrasonic inspection.  All the various techniques and methods that can be used to examine the parts for defects such as corrosion pitting and cracks.*

173   Q:  And did you make use of any of those skills during the investigation you conducted in this case?

*A: Yes, I did.*

Direct Examination (*revised*)            David S. Rupert

174 **Q:  In what sense did you use these techniques investigating this particular case?**

*A:  I used some of those techniques, primarily the visual techniques, in examining the parts of the engines for other defects such as secondary cracks, on the number one power section or left engine CT disk..*

*I also used those techniques in examining the other CT disk to see if there were any anomalies, cracks, corrosion pitting or visual sulfidation on those parts.*

*I also used those skills in reviewing the maintenance history on this particular power plant that failed including the overhaul and repair documents.*

20061019

## 2.0  ASSIGNMENT AND INVESTIGATION

201  **Q:  Mr. Rupert, I think you testified earlier that you were given three assignments in this case, is that correct?**

*A:  Yes, that's correct.*

202  **Q:  Did you help prepare an exhibit that describes those three assignments?**

*A:  Yes, I prepared this chart, exhibit P37.05*

203  **Q:  Does this chart, exhibit P37.05, list the three assignments you were given in connection with the crash of Era's helicopter on August 13, 2000?**

*A:  Yes, it does.*
*First (pointing) I was asked by Era Aviation to examine the engines and the gear box from the subject helicopter.*
*Second (pointing), I was asked to review and consider all available relevant data and information regarding the crash itself, the helicopter, and its engines and gear box.*
*And third (pointing), I was asked to determine why the helicopter's engines lost power before the crash.*

204  **Q:  Have you completed all three of those assignments?**

*A:  Yes, I have.*

205  **Q:  Did you personally examine any of the component parts from Era's helicopter?**

*A:  Yes, I looked at a lot of parts.*

206  **Q:  In general terms, what kinds of parts did you look at?**

*A:  I looked at both the left and right engines, or power sections as they are sometimes called. And I also looked at the engine's combining gearbox and related parts.*

207  **Q:  Where did you get these parts?**

*A:  The parts were shipped to the R.J. Waldron shop in British Columbia by Era Aviation in five separate shipping containers that had been packaged by Pratt and Whitney Canada.*

208  **Q:  Had Pratt & Whitney already examined the same parts before they were sent to you?**

*A:  Yes, Pratt & Whitney had examined the same parts, and prepared some written reports describing their findings, before the parts were shipped to us.*

209  **Q:  Who originally hired you to look at the parts?**

*A:  Mr. Mark Jones at Era Aviation.*

210  **Q:  What did you first do, if anything, after receiving these parts from Pratt & Whitney?**

*A:  The parts were unpacked and removed from the shipping containers, and laid out on tables for examination.*

211  **Q;  When you received the engines and gear box from Pratt & Whitney in five containers, were you also provided with some documents?**

*A:  Yes, I had the preliminary NTSB report, and that provided some background information about the crash.  I also had the engine and gear box logbooks, that showed the basic service history of those items.  And I also had a copy of a report prepared by Pratt & Whitney that described the result of their own examination of the parts, and their conclusions regarding the failure.*

212  **Q;  When you received the engines and gear box from Pratt & Whitney in five containers, did you have any documents or other information that described the specific nature of any work that was performed on the left engine CT disk by  UNC Airwork before the crash?**

*A:  No, other than having a record of Airwork having conducted an overhaul and later a repair as a result of an overtemperature on the left power section I didn't learn about the specific nature of that work until much later.*

213  **Q:  Alright, what did you do next, if anything, after the parts were unpacked and laid out on tables for examination?**

*A:  I gathered and reviewed information on the service history of the engines and gearbox component parts.*

214  **Q:  What did you do next?**

*A:  I began the examination of the parts.*

215  **Q:  Did you personally examine, inspect, and test the CT disk that was inside the *left* engine on Era's helicopter at the time of the crash?**

*A:  Yes, I did.*

216  **Q:  Did you personally examine, inspect, and test the CT disk that was inside the *right* engine on Era's helicopter at the time of the crash?**

*A:  Yes, I did.*

217  **Q:  Did you personally examine, inspect, and test the *right* sprag clutch assembly that was on Era's helicopter at the time of the crash?**

*A:  Yes, I did.*

218  **Q:  Did you personally examine, inspect, and test the *right* intermediate drive shaft that was on Era's helicopter at the time of the crash?**

*A:  Yes, I did.*

219  **Q:  As a result of your examination, inspection, and testing of these component parts, did you make any findings or reach any conclusions?**

*A:  Yes, I did.*

220  *Deleted*

221  *Deleted*

222  *Deleted*

223  *Deleted*

224  *Deleted*

225  *Deleted*

226  *Deleted*

227  **Q:  Did you do anything else during your investigation?**

*A:  Yes.  I received and considered additional documents and other information that was provided to me, and I also conducted further examinations of different component parts from the engines and gearbox.*

228  **Q:  What kinds of additional documents, if any, did you review or consider?**

*A:  I received and reviewed a lot of documents, including deposition transcripts, reports prepared by Pratt & Whitney personnel and others, some manuals that describe the various functions of the component parts of the Pratt & Whitney PT6T engines and gearbox, witness statements, photographs, maps, diagrams and overhaul and repair records from UNC Airwork.*

229  **Q:  Is that the same kind of information you normally consider and rely upon when conducting a failure analysis in a case like this?**

*A:  Yes, it is.*

230  **Q:  A while ago, you mentioned training you received in making and analyzing metallurgical samples, do you recall that?**

*A:  Yes.*

231  **Q:  Is a sample the same thing as a metallurgical mount?**

*A:  Yes, they are the same thing.*

232  **Q:  What is a metallurgical mount?**

*A:  When we analyze a metal component part, it is sometimes useful to cut, or section, that metal component so that we can see what the metal looks like inside.*

*A metallurgical mount is just a piece of metal that has been cut, or sectioned, from a part, and that piece of metal is mounted in a substance such as a plastic, bakelite or epoxy in a way that makes it easy to handle for grinding and polishing so that we can view the metal's microstructure under an optical microscope or in a scanning electron microscope which is often called an SEM for short.*

233  **Q:  I am going to hand you exhibit P37.06.  Is this a metallurgical mount?**

*A:  Yes, it is.*

234  **Q:  Do you recognize this particular mount?**

*A:  Yes, this is a section of the CT disk from the subject left engine.  This dark section here (pointing) is the mounting material, and the lighter section here (pointing) is the actual metal cross-section of the disk.*

235  **Q: And you also mentioned the use of a scanning electron microscope, or SEM, do you recall that?**

*A: Yes.*

236  **Q: Can the SEM take photographs?**

*A: Yes, and I took several photographs of the metallurgical mounts using our in-house SEM.*

237  **Q: Do you recognize exhibit P37.07?**

*A: Yes, these are some of the SEM photographs I took in this case.*

238  **Q: And you also mentioned the use of a spectrographic analysis, do you recall that?**

*A: Yes.*

239  **Q: What is that?**

*A: A spectrographic analysis can be used to identify the different materials and compounds on a particular component part, and that information is typically displayed in a graphic plot format.*

240  **Q: Did you use spectrographic analysis during the course of your investigation in this case?**

*A: Yes, I did.*

241  **Q: What did you do, if anything, to test the accuracy of your opinions conclusions?**

*A: I compared my conclusions with conclusions reached by other investigators, including investigators working for Pratt & Whitney, the engine manufacturer.*

242  **Q: What did that comparison show you, if anything, with regard to the accuracy of your conclusions?**

*A: Based on that comparison, I believe there is almost no disagreement as to the sequence of events that occurred inside the helicopter's engines and gear box, and I am satisfied that my conclusions are correct.*

243  **Q: What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A: I researched scientific literature to make sure that my conclusions were accurate and reliable.*

Direct Examination (*revised*)                              David S. Rupert

244   **Q: What did that research tell you, if anything, with regard to the accuracy of your conclusions?**

*A: I learned that the conclusions I reached were consistent with the scientific literature I reviewed, and that my conclusions are accurate and reliable.*

245   **Q: With respect to the conclusions you have reached in this case, are those conclusions based on all of your experience, education, training and background in the fields of metallurgy and mechanical engineering?**

*A: Yes.*

246   **Q: And are those same conclusions also based on all of your experience, education, training and background in the fields of accident investigation and failure analysis?**

*A: Yes.*

247   **Q: With respect to the conclusions you have reached in this case, are those conclusions based on objectively reliable data?**

*A: Yes.*

248   **Q: Are your conclusions reliable and accurate to a reasonable degree of engineering certainty?**

*A: Yes, they are.*

20061019

## 3.0  ENGINE AND GEARBOX FUNCTIONS AND COMPONENT PARTS

301   **Q:  Mr. Rupert, what kind of engine was on Era's helicopter when it crashed?**

*A:  It was a Pratt & Whitney model PT6T-3B engine.*

302   **Q:  Was your work in this case the first time you ever had a chance to analyze the failure of a model PT6T engine?**

*A:  No, I've analyzed failures of those same model engines on several other occasions.*

303   **Q:  Do you have a general understanding of how the PT6T engine functions?**

*A:  Yes, I do.*

304   **Q:  Do you have a general understanding of the various component parts of those engines?**

*A:  Yes, I do.*

305   **Q:  Where did you obtain your knowledge of the Pratt & Whitney PT6T engines?**

*A:  From various engine failure analyses and inspections I have conducted or participated in during my career with the Canadian TSB and R.J. Waldron & Company; discussions I have had with Pratt & Whitney personnel and the personnel at independent PT6T overhaul and repair facilities; and from documents that describe the engine parts and their functions, like training manuals, parts manuals, maintenance manuals and overhaul manuals.*

306   **Q:  Roughly how many times have you conducted or participated in a failure analyses of a Pratt & Whitney PT6T engine?**

*A:  I would say I've probably personally done in the neighborhood of 20 failure analyses and assisted in many other investigations or failure analysis, and the company does a lot of other work were we do analysis of different component parts, oil system contaminants or chip plug contaminants from that model engine, and I've probably done in the neighborhood of 35 to 40 of those on top of the failure and accident investigations.*

20061019

307   **Q:  For how many year shave you been involved in conducting or participating in failure analyses of Pratt & Whitney PT6T engines?**

*A:  About 30 years.*

308   **Q:  Do you recognize this document marked as exhibit P37.08?**

*A:  Yes, this is a diagram from a Pratt & Whitney manual that shows the configuration of the PT6T-3B engine that were on Era's helicopter at the time of the crash.*

309   **Q:  Was Era's helicopter a twin-engine helicopter?**

*A:  It's actually called a "Twin-Pac" in the aviation business, and it's a twin engine configuration. As you can see in this diagram (pointing), it has a number of modular components, which includes two separate power sections, or engines, which both feed into a combining gear box (pointing).*

310   **Q:  Okay, let me stop you there.  The two engines, are those two tubular shaped things at the bottom there (pointing) of this diagram, exhibit P37.08?**

*A:  Yes, these two modules that are described as "power sections" on this diagram (pointing) are the engines.*

311   **Q:  Are they jet engines like we see on a jet aircraft, or gasoline engines like we see on a car?**

*A:  These similar to the jet engines and are called turbo shaft engines.*

312   **Q:  In general terms, what is the difference between a turbine engine and a jet engine?**

*A:  Turbo shaft engines like these are very similar to jet engines, except instead of having a fan at the front that draws the air through the engine and expels it at high speed to providing the propulsion, these turbo shaft engines are attached to a drive shaft that in this case drives a combining gear box (pointing to diagram) which in turn the transmission in the helicopter drives to turn the rotor blades that provide lift and propulsion.*

313  **Q: Okay so we have the two engines here (pointing) and at the bottom of this diagram. I see a box labeled CGB. What is that?**

*A: That's the combining gear box*

314  **Q: And what is the purpose of the combining gear box?**

*A: The combining gear box acts as a transmission like a car. It takes the power out of these engines (pointing), reduces the speed and combines the power produced by both engines to a single output that goes to the main transmission of the helicopter, which in turn drives the main rotor blades that are on top of the helicopter.*

315  **Q: Okay so we have the left and right engines or power sections (pointing), and then these two engines are joined in the combining gear box, is that correct?**

*A: That's correct.*

316  **Q: And then the combining gear box has an output shaft which then goes to the main transmission?**

*A: The main transmission for the helicopter, yes.*

317  **Q: So we really have two separate transmissions on this particular configuration, right?**

*A: Yes, that's correct.*

318  **Q: Why is there a combining gearbox transmission in addition to the main transmission?**

*A: The CGB, or combining gearbox, serves three primary functions. No. 1 is to reduce the speed. No. 2, it is designed so that if you have a failure of one engine, the other can continue to drive the main rotor. No. 3, it reverses the direction of the drive.*

319  **Q: How does that work?**

*A: They have a freewheel unit in the CGB system , so that if the one engine should fail or seize, that unit freewheels and cuts off the drive from the failed engine so you don't drag down the speed of the other engine and the main transmission.*

320  **Q: Do you recognize this document marked as exhibit P37.09?**

*A: Yes, this is another document from a Pratt & Whitney manual that shows the freewheeling unit I just mentioned.*

321  **Q: And what do they call this thing here (pointing)?**

*A: They call it a freewheel unit in some instances, or some people call it a sprag clutch.*

322  **Q: Using this diagram, exhibit P37.090, can you explain how the freewheel or sprag clutch works?**

*A: The unit (pointing) freewheels in this direction, and disengages the engine so that if there is anything wrong with that engine, it won't drag down the other engine.*

323  **Q: Do you recognize this document marked as exhibit P37.10?**

*A: Yes, this is another diagram from a Pratt & Whitney manual that shows a cross section of the PT6T-3B power section, or engine.*

324  **Q: Do you recognize this document marked as exhibit P37.11?**

*A: Yes, this is another diagram from a Pratt & Whitney manual that shows a cross section of the combining gearbox, or CGB, that is attached to the Twin-Pac engines.*

325  **Q: Using these diagrams (pointing), can you identify the specific components you were concerned about during your failure analysis investigation in this case?**

*A: Sure.*

*I examined (pointing) both power sections, both accessory gear boxes, and the combining gear box, but my primary concern after a general examination centered on the compressor section or compressor turbine section of the number one engine, and the CT disk here (pointing) in particular.*

*And in the CGB, I was focused on the sprag clutch here (pointing) and the intermediate drive shaft here (pointing )for the right engine.*

## 4.0 CT DISK FAILURE ANALYSIS

**401** **Q: Mr. Rupert, did you help prepare a chart that lists your opinions and conclusions regarding the CT disk that was inside the left engine on Era's helicopter when it crashed on August 13, 2000?**

*A: Yes, I did.  I prepared this chart that has been marked as exhibit P37.12*

**402** **Q: And what opinions and conclusions did you reach, if any, with respect to that CT disk?**

*A: First (pointing to chart), at the time it fractured on August 13, 2000, the CT disk had been in service for only about 3,067 cycles, with 6,933 cycles of useful service remaining at the time of the crash.*

*Second (pointing), the left engine lost power before the crash because its compressor turbine disk, or CT disk, fractured.*

*Third (pointing), the fracture of the CT disk was caused by creep fatigue, or cyclic stress rupture, initiated by hot corrosion damage on the surface of the fir tree area of the disk.*

*Fourth (pointing), the hot corrosion damage was likely initiated by a static fire that occurred inside the engine in late 1997.*

*Fifth (pointing), it is more likely than not that the same hot corrosion damage was present on the CT disk when the disk was serviced by UNC Airwork in late 1997 and early 1998.*

**403** **Q: Alright, Mr. Rupert, I am going to break these down one by one, and ask you some specific questions about each of these five opinions, alright?**

*A: Okay.*

404  **Q: Okay. Now, with respect to the first opinion listed on this chart (pointing), which says "at the time it fractured on August 13, 2000, the CT disk had been in service for only about 3,067 cycles, with 6,933 cycles of useful service remaining at the time of the crash," what are you talking about there?**

*A: The CT disk is a life-limited component part of the engine, meaning that it must be replaced after it has been in service for a certain period of time, even if there is nothing wrong with the disk when that period expires.*

*In this case, the life of the CT disk is measured in terms of "cycles" of use, and the disk has to be replaced after it has been in use for 10,000 cycles.*

*In this case, I wanted to make sure that the disk had not exceeded its service life of 10,000 cycles when it failed, so based on the aircraft and engine log books that were provided to me by Era Aviation, I calculated that this particular CT disk had only been in service for 3,067 cycles when it failed. That means that at the time of failure, the CT disk had 6,933 cycles of useful life remaining. If we add these two numbers together (pointing to chart) we get the total of 10,000 cycles.*

405  **Q: With respect to the second opinion listed here, which says "the left engine lost power before the crash because its compressor turbine disk, or CT disk, fractured," can you be more precise as to where that fracture occurred?**

*A: The fractures occurred at the base of an area on the CT disk that is known as the fir tree area.*

406  **Q: Do you recognize this item that is marked as exhibit P04?**

*A: Yes, this is the CT disk from the left engine that was inside Era's helicopter when the crash occurred?*

407  **Q: How can you be sure that exhibit P04 is the same CT disk?**

*A: Because every CT disk is stamped with a unique serial number, and the serial number on this disk (pointing) is 23B827, which was the disk that was inside the left engine according to the engine logbooks.*

- 31 -

408  **Q:  Using this CT disk, can you point to the area where the fractures occurred?**

A:  *Yes, the fir trees are all around the edge of the disk (pointing), and you can see the shape of these machined surfaces look like little Christmas trees.*

409  **Q:  Can you show us where the actual fractures occurred?**

A:  *Not on this disk, because as you can see (pointing) the fir trees that actually fractured were sectioned, or cut, by Pratt & Whitney before the disk was sent to me.*

410  **Q:  How may fir trees fractured?**

A:  *Two.*

411  **Q:  Do you have any photographs of the disk showing the two fractured fir trees *before* the disk was sectioned or cut by Pratt & Whitney?**

A:  *Yes, this photograph that is marked as exhibit P37.13 was attached to a Pratt & Whitney metallurgical report, and it clearly shows the two fractured fir trees right here (pointing).*

412  **Q:  What happened to the left engine when these two fir trees fractured?**

A:  *It stopped generating power.*

413  **Q:  Why?**

A:  *Because when the two fir trees fractured, those broken fragments, along with these three adjacent blades (pointing to photograph), broke loose from the disk itself while the disk was spinning inside the engine at up to 38,400 r.p.m., causing damage to other engine components and making it impossible for the engine to function properly.*

414  **Q:  Were the two fir trees that broke off from the disk the only fir trees that cracked?**

A:  *No, there are 58 fir trees on the disk, and almost all of them had cracks, but only two of the fir trees actually broke off from the disk.*

415  **Q:  As part of your failure analyses, did you personally examine the two fir trees that fractured and broke off from the disk?**

A:  *Well, unfortunately, the two pieces that broke off from the disk were never recovered, however, I did examine the bases of those two fir trees that were still attached to the disk.*

416  **Q: Okay. Now, with respect to the third opinion listed on this chart (pointing), which says "the fracture of the CT disk was caused by creep fatigue, or cyclic stress rupture, initiated by hot corrosion damage on the surface of the fir tree area of the disk," what do you mean by hot corrosion damage?**

*A: Hot corrosion is a metallurgical term that means the CT disk material was exposed to a form of accelerated corrosive attack that in this case was initiated by the presence of sulfur contaminants on the CT disk fir trees.*

417  **Q: Why is it called "*hot*" corrosion?**

*A: Because this particular kind of corrosive attack only occurs on superalloy parts at high temperatures in the presence of contaminants containing sulfur, so it's called "hot" corrosion.*

418  **Q: What do you mean by sulfur contaminants?**

*A: I mean that the CT disk is made from a material that can corrode, under certain circumstances, if sulfur containing contaminants are present on the surfaces of the disk. Ordinarily, sulfur should not be found in the disk material at all or on the surface of a disk in any significant quantities. However, in this case, I did find sulfur in the disk material near the surface of the fir trees, and I refer to that sulfur as a "contaminant."*

419  **Q: How do you know there was sulfur in the fir trees?**

*A: The presence of sulfur in disk material near the surface of the fir trees was confirmed by using energy dispersive spectrometry, or EDS.*

420  **Q: What is EDS?**

*A: It is a process that is used to identify and quantify elements in materials such as the base metal of components, surface coatings, corrosion product and the microscopic features in metallurgical samples.*

421  **Q: Did this EDS analysis confirm the presence of sulfur in the fir trees that cracked?**

*A: Yes, it did.*

- 33 -

422  **Q:  During your failure analysis, did you take any photographs that show this hot corrosion?**

*A:  Yes, I did.*

423  **Q:  Do you recognize these photographs that have been marked as exhibit P37.14?**

*A:  Yes, these are photographs I took, and they document the hot corrosion damage on the CT disk fir trees.*

424  **Q:  Can you explain how these photographs show hot corrosion damage?**

*A:  Yes.  Basically, what I see over in this area (pointing), we have the base normal microstructure that I expect to see in a Waspalloy CT disk, which this is.*

*But if you move over here to the left (pointing), you will see that the structure of the base material is not apparent.  Now we have a very non-descript microstructure that is typical of hot corrosion damage.*

*Hot corrosion is a chemical reaction between contaminants that are on the surface of the disk with the base materials that occurs at high temperatures, and you can see that it damages this material (pointing).  This damage, this hot corrosion or sulfidation (pointing) is what initiated the failure of this particular disk.*

425  **Q:  Did you find hot corrosion damage on just one of the 58 fir trees?**

*A:  No, I found it on every fir three that I examined that had been sectioned.*

426  **Q:  And was the level of hot corrosion damage similar among the different fir trees?**

*A:  Yes, they all had a very similar degree of attack if you compared the same areas of the individual fir trees.*

427  **Q:  What role, if any, did the presence of this sulfur in the fir trees play with respect to the hot corrosion you observed?**

*A:  The hot corrosion occurred after the fir tree area of the disk was exposed to high temperatures in the presence of sulfur contaminants.*

428  **Q:  When was the CT disk exposed to these sulfur contaminants?**

*A:  Most likely in 1996.*

429   **Q:  On what do you base that conclusion?**

*A:  I base it on the maintenance records for the left power section and for this particular CT disk, and the deposition testimony of Mr. Weldon Walshe, who was the General manager of the UNC Airwork facility that installed and serviced the CT disk before this crash and on my examination of the CT disk and one of its blades.*

430   **Q:  Did you help prepare any charts that describe the maintenance history of this CT disk?**

*A:  Yes, I did.*

431   **Q:  Do you recognize this document, exhibit P37.15?**

*A:  Yes, this is the chart I helped prepare that describes the maintenance history for this CT disk.*

432   **Q:  Can you explain  the information depicted in this chart?**

*A:  Sure.*

*First (pointing), in 1996, this particular CT disk was brand new when it was installed in Era's engine with 58 brand new blades.*

*Second (pointing), in November, 1997, the same engine was shipped back to UNC Airwork for repairs.  During those repairs, the CT disk and blade assembly was removed from the engine and the blades were removed from the disk.*

*Third (pointing), sometime around January, 1998, new blades were installed in the disk.*

*Fourth (pointing), the same CT disk that was originally installed in 1996 was put back inside Era's engine, with the 58 all new blades.*

*And fifth (pointing), the disk fractured on August 13, 2000.*

433  Q:  So how does the information in this chart (pointing) support your conclusion that the CT disk was most likely exposed to sulfur contaminants in 1996?

A:  Because the CT blades slide in and out of these fir tree slots here (demonstrating), and they are held in place by these rivets (pointing).

We know that that CT blades were originally installed in 1996, and replaced in 1998.

We also know that there are no signs of sulfur contamination on any of the blades that were installed in 1998. The only sulfur contamination is on the CT disk fir trees.

Therefore, because the sulfur contamination is only on the fir trees, and because there is no sulfidation damage on the blades that were installed in 1998, the sulfur containing contaminant must have been introduced in prior to those blades being installed.

434  Q:  So if the sulfur was introduced in 1996, why didn't the disk fracture until August 13, 2000?

A:  Because the sulfur alone did not cause the fracture. The fracture of this disk was caused by hot corrosion, which requires high enough temperatures to initiate the hot corrosion process.

435  Q:  After 1996, did this CT disk ever experience high enough temperatures to initiate the hot corrosion process?

A:  Yes, it did.

436  Q:  When?

A:  During a static fire in 1997.

437  Q:  Okay.  So is that what you are describing in the fourth opinion listed on this chart (pointing), which says "the hot corrosion damage was likely initiated by a static fire that occurred in late 1997"?

A:  Yes.

438  Q:  What do you mean by a "static fire"?

A:  By that I mean a fire that occurred inside the engine while the engine was not running  and the CT disk was not spinning.

439   **Q:  How do you know there was a static fire in 1997?**

*A:  I based that conclusion on the maintenance records for the engine.*

440   **Q:  How do you know that this static fire in 1997 initiated the hot corrosion damage?**

*A:  Because that static fire is the only event recorded in the service history of this particular engine that would have generated sufficient temperatures to initiate the hot corrosion damage that we now see on this particular CT disk.*

441   **Q:  So if the sulfur contamination was introduced in 1996, and the static fire initiated the hot corrosion process in 1997, why did it take until August 13, 2000 before the disk fractured?**

*A:  Because it took that long for the hot corrosion damage to initiate cyclic creep cracks in the CT disk, and for those cracks to grow to a large enough size that two fir trees fractured and broke off of the disk.*

442   **Q:  Okay.  Now, with respect to the fifth and final opinion listed on this chart (pointing), which says "it is more likely than not that the same hot corrosion damage was present on the CT disk when the disk was serviced by UNC Airwork in late 1997 and early 1998," what specific service are you talking about?**

*A:  UNC Airwork removed the disk from the engine after the static fire, and several different people at UNC Airwork inspected the disk for damage caused by the static fire.*

443   **Q:  What facts support the conclusion that hot corrosion damage was present when UNC Airwork personnel inspected the disk *after* the static fire?**

*A:  Basically, the UNC Airwork service records say so.*

444   **Q:  Do you recognize exhibit P26.21?**

*A:  Yes, this is a copy of the UNC Airwork Detail Inspection Record relating to this particular CT Disk.*

Direct Examination (*revised*)                                    David S. Rupert

445  **Q:  Did you consider this particular document when formulating your opinions and conclusions in this case?**

*A:  Yes, I did.*

446  **Q:  What information in this document did you use, if any, to support your conclusion that hot corrosion damage was present when UNC Airwork personnel inspected the disk after the static fire?**

*A:  First, this document specifically relates to this particular CT disk, because it contains the disk's unique serial number, 23B827, right here (pointing).*

*Second, under the "condition" column here on the right side of the page (pointing) it says: "Plucked Fir Trees Caused By Carbon."*

*And third, here at the bottom of this document (pointing) it says that this disk has been designated as "scrap."*

447  **Q:  Are there any other documents that support your conclusion?**

*A:  Yes, there was a red-tag that was attached to the CT disk by a UNC Airwork inspector.*

448  **Q:  Do you recognize exhibit P26.23?**

*A:  Yes, this is a copy of the red-tag I just mentioned.*

449  **Q:  Based on your career with the Canadian TSB and R.J. Waldron & Company, are you familiar with the use of red-tags in the aviation industry?**

*A:  Yes, I am.*

450  **Q:  What is a "red tag"?**

*A:  It is a tag, just like this one (pointing) that is red in color, and the tag is physically attached to component parts to signify that those parts must be quarantined and segregated from other parts so that the red-tagged parts will not be inadvertently returned to service.*

20061019

451   **Q: How does the information in these two exhibits support your conclusion that hot corrosion damage was present when UNC Airwork personnel inspected the disk after the static fire?**

*A: What's most important is the fact that these documents both show there was damage in the fir trees that was so serious that this particular inspector believed the disk must be red-tagged and scrapped, instead of re-used.*

*The hot corrosion damage that caused this disk to fracture occurred in the fir trees, and the same fir tree area is specifically mentioned right here (pointing) in both documents.*

*And "plucked" is a metallurgical term that can be used to describe a condition that looks like pitting or surface imperfections in the fir trees. The use of the words "plucked" and "carbon" here (pointing) in these documents indicates to me that this inspector saw damage in the fir tree area consistent with the hot corrosion that we are talking about. The carbon indicates to me he saw a dark color, most likely contaminants that were blackened by exposure to high temperatures.*

*The "plucked" description indicates to me that when the blades were removed from the disk before it was sent to him, small particles were torn away from the surface, and to me this description indicates there was hot corrosion sulphidation damage in the fir tree area that the inspector may not have recognized as being hot corrosion, but did recognize as being damage in the fir trees and therefore, he rejected the disk as scrap.*

452   **Q: So, hot corrosion damage caused the left CT disk to fracture, is that correct?**

*A: Yes, that's correct.*

453   **Q: Was the fracture of the left CT disk a cause of the crash of Era's helicopter on August 13, 2000?**

*A: Yes, because that fracture initiated the loss of power from the left engine.*

## 5.0  INTERMEDIATE DRIVE SHAFT FAILURE ANALYSIS

501  Q:  Mr. Rupert, other than the CT disk in the left engine, were there any other component parts that fractured before Era's helicopter crashed on August 13, 2000?

A:  Yes, the right intermediate drive shaft also fractured.

502  Q:  Did you personally examine that right intermediate drive shaft?

A:  Yes, the drive shaft fractured in two pieces, and I have examined both pieces.

503  Q:  As a result of your inspection of the drive shaft, did you make any findings or reach any conclusions as to how that drive shaft fractured?

A:  Yes, I did.

504  Q:  Did you help prepare a chart that lists the opinions you reached as to how the drive shaft fractured?

A:  Yes, I did.

505  Q:  Do you recognize this chart, exhibit P37.16?

A:  Yes, this is a chart I helped to prepare, and it lists my opinions as to how the drive shaft fractured.

506  **Q:  How did the right drive shaft on Era's helicopter fracture on August 13, 2000?**

A:  *(pointing to chart)*

*First, when the CT disk in the left engine fractured, the disk was spinning inside the left engine at a speed of up to 38,400 r.p.m., and when it fracture a severe imbalance was created that generated severe vibrations that were transmitted through the structure of both engines and the gearbox (pointing to engine diagram).*

*Second, the vibrations that were generated by the fracture of the CT disk in the left engine caused the right freewheeling unit, or sprag clutch, to momentarily disengage.*

*Third, the right sprag clutch then suddenly re-engaged, and when it did so, it placed so much torque on the intermediate drive shaft that the shaft failed in torsional overload.*

507  **Q:  So what happened after the right intermediate drive shaft fractured?**

A:  *It's fracture disconnected the right engine from the rest of the drive train, including the main rotor blades that sit on top of the helicopter.  Once that occurred, the helicopter was now without useful power from both its left and right engines.  In other words, there was no longer any engines to provide power to keep the main rotor blades spinning on top of the helicopter.*

508  **Q:  With regard to this chart, exhibit P37.16 (pointing), you say that the failure of the left CT disk "generated severe vibrations in both engines and the gearbox," is that correct?**

A:  *That's correct.*

509  **Q:  Can you be more specific as to how these vibrations occurred?**

A:  *Sure.  It's important to remember that under normal conditions, the CT disk spins inside the engine at up to 38,400 r.p.m.  That's very fast. And because they spin so fast inside the engine, all CT disks are carefully balanced before they are installed, to make sure that they don't wobble or cause vibrations when they are spinning. This is a process similar to the balancing of the wheels on your car when you buy new tires.*

*In this case, two of the fir trees and three adjacent CT blades literally broke off of the disk while the disk was spinning inside the engine at about 38,000 r.p.m.*

*The broken fragments of the fir trees and blades collided with the other blades on the disk, as we can see (pointing) in this photograph, exhibit P37.13 that was taken by Pratt & Whitney after the crash.  Once that occurred, the disk was now severely unbalanced, and wobbly, but it was still spinning inside the engine.  The fragments also damaged other components, creating even more fragments of material inside the engine.*

*The vibrations generated by the spinning, unbalanced, wobbly CT disk and the loose fragments inside the engine, were transmitted through the drive train (pointing to engine diagram chart) to the combining gearbox here (pointing), which is where the right intermediate drive shaft and sprag clutch are located.*

510  **Q:  According to this chart (pointing), those vibrations caused the right sprag clutch to disengage, is that correct?**

A:  *That's correct, it slipped, or disengaged, probably just for a split second.*

511   Q:  **What does that have to do with the fracture of the drive shaft?**

A:  *This was a twin-engine helicopter. Of course, the purpose of having two engines, or power sections, on a helicopter is to always have at least one functioning engine at all times. If one engine fails for whatever reason, then the second engine is supposed to keep the helicopter safely flying.*

*To make sure that at least one engine is always available to drive the main rotor blades on top of the helicopter, the combining gear box has two sprag clutches, or freewheeling units (pointing to diagram), one on each side.*

*When the engines are working properly and supplying power, both sprag clutches are always engaged, which means that both of the engines are connected through the drive train to the main rotor blades.*

*But when one engine fails, the sprag clutch for that engine automatically disengages, meaning that the nonworking engine is no longer connected to the main rotor blades. Meanwhile, the other working engine is still connected to the main rotor blades, because its sprag clutch remains engaged.*

*In this case, the left engine failed first, so the left sprag clutch did its job correctly – it disengaged, and disconnected the nonworking left engine from the main rotor blades.*

*Initially, the right sprag clutch was also doing its job, staying engaged and keeping the working right engine connected to the main rotor blades. But then, suddenly, the right sprag clutch slipped, or disengaged, because of the vibrations we talked about a moment ago. When it tried to re-engage itself, it put so much torque on the drive shaft that it instantly broke the shaft in two pieces.*

512   Q:  **So did the right sprag clutch do its job correctly?**

A:  *No, the right sprag clutch did not do its job correctly, because it was supposed to stay engaged when the left engine failed. Instead of staying engaged, it momentarily slipped, and then tried to re-engage again.*

513    **Q: And did the failure of the right sprag clutch cause the intermediate drive shaft to fracture?**

*A: Yes, it did.*

514    **Q: And was the fracture of the right intermediate drive shaft a cause of the crash?**

*A: Yes, because once the drive shaft fractured, the right engine was longer connected to the drive train to main rotor blades, and the left engine had already failed due to the fracture of the CT disk.*

515    **Q: With respect to these opinions that are listed on this chart, exhibit P37.16, what did you do, if anything, to make sure that those opinions are accurate and reliable?**

*A: Since the engines and gear box components were designed by Pratt & Whitney, I checked to see what their personnel reported with regard to the fracture of the drive shaft. I also reviewed another accident that I had investigated where an intermediate driveshaft had failed as a result of slippage and sudden re-engagement of a sprag clutch.*

516    **Q: And what did you find, if anything?**

*A: I found that my opinions regarding the cause of the fractured drive shaft were consistent with Pratt & Whitney's reported conclusions and the analysis of the previously examined failure.*

## CERTIFICATE OF SERVICE

*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____**October 20, 2006**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF
system which will send notification of such filing to the following e-mail
addresses:

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

**For Defendant Pratt & Whitney**
**Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK 99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*


_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)


[XXXX]      I hereby certify that on _____ **October 20, 2006,**
            I have mailed or served the document or paper to the following non CM/ECF
            participants in the manner (mail, hand delivery, etc.) indicated by the non-
            participant's name:


       *-Via E-Mail –*

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
Raymond L. Mariani, Esq.
NIXON PEABODY, LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY  11753
Tel. (516) 832-7520
Fax (516) 832-7555
EMail *rmariani@nixonpeabody.com*


                        _____ s/ Jeffrey J. Williams _____

                    Jeffrey J. Williams, Esq.
                    LAW OFFICES OF JON A. KODANI

                    **Attorneys for Plaintiff**
                    **Era Helicopters, LLC**

                    2200 Michigan Avenue
                    Santa Monica, CA 90404-3906
                    Tel: (310) 453-6762
                    Fax: (310) 829-3340
                    **Email:** *lojak@kodanilaw.com*


- 4 -