Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No. |
| vs. ) | **A02-0131 CV (JKS)** |
| ) | |
| **UNC AIRWORK CORPORATION** a/k/a ) | |
| DAI Airwork Corporation, a Delaware corporation; ) | |
| **DALLAS AIRMOTIVE, INC.** d/b/a ) | |
| UNC Airwork Corporation and DAI Airwork Corporation, ) | |
| a Delaware corporation; ) | |
| **PRATT & WHITNEY CANADA, INC.,** ) | |
| a Canadian corporation; and ) | |
| **DOES 1 through 500**, Inclusive, ) | |
| ) | |
| Defendants. ) | |

## REVISED DIRECT EXAMINATION TESTIMONY OF PLAINTIFF'S EXPERT WITNESS DONALD O. COX

/ / /

/ / /

Pursuant to the Court's Order dated October 12, 2006 (Docket #404), plaintiff Era Helicopters, LLC, respectfully submits the attached *revised* direct examination testimony of plaintiff's expert witness, **Donald O. Cox, Ph.D.**

Respectfully Submitted,

Dated: October _____20___, 2006          **LAW OFFICES OF JON A. KODANI**

                                          _____s/ Jeffrey J. Williams_____

                                          By:    Jon A. Kodani, Esq.
                                                 Jeffrey J. Williams, Esq.

                                          2200 Michigan Avenue
                                          Santa Monica, CA  90404
                                          Tel. (310) 453-6762

                                          Attorneys for Plaintiff
                                          Era Helicopters, LLC

**WRITTEN TESTIMONY**
*Direct Examination*
*Plaintiff's Expert Witness Donald O. Cox, Ph.D.*

**TABLE OF CONTENTS**

**1.0 BACKGROUND, EXPERIENCE AND QUALIFICATIONS** . . . . . . . . . . . . . .    2

**2.0 ASSIGNMENT AND INVESTIGATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6

**3.0 BASES FOR OPINIONS AND CONCLUSIONS** . . . . . . . . . . . . . . . . . . . . .    7

**4.0 CT DISK FAILURE ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10

**5.0 INTERMEDIATE DRIVE SHAFT FAILURE ANALYSIS** . . . . . . . . . . . . . . .    20

20061019

## 1.0  BACKGROUND, EXPERIENCE AND QUALIFICATIONS

101   **Q:  Would you please state and spell your name?**

*A:  Yes.  My name is Donald O. Cox, and my last name is spelled C-O-X.*

102   **Q:  Dr. Cox, what is your profession?**

*A:  I am a metallurgical and mechanical engineer.*

103   **Q:  What is a metallurgical engineer?**

*A:  Basically, it is the scientific study of metals. A metallurgical engineer studies metals and other materials.*

104   **Q:  And what is a mechanical engineer?**

*A:  Generally speaking, a mechanical engineer is someone who studies machines, including how machines are made and how they work.*

105   **Q:  Do you have any college degrees in the fields of metallurgy or mechanical engineering?**

*A:  Yes, I have three college degrees.  I have a Bachelors of Science degree in Machine Design and Materials Science; a Masters degree in Materials Science; and a Ph.D. in Metallurgy.  I received all three degrees from the University of California in Los Angeles.*

106   **Q:  Have you authored any studies or articles on metallurgical or mechanical engineering issues?**

*A:  Yes, during the course of my career, I have written or co-authored about 23 articles that have been published in a variety of scientific journals.*

107   **Q:  Dr. Cox, how long have you been involved in the field of metallurgical and mechanical engineering?**

*A:  For more than thirty years.*

108   **Q:  Dr. Cox, were you asked to work on a case involving the crash of an Era Aviation helicopter on August 13, 2000?**

*A:  Yes, I was.*

109   **Q:  As a result of that work, did you formulate some opinions and conclusions regarding that crash?**

*A:  Yes, I did.*

20061019

Direct Examination (*revised*)                                    Donald O. Cox, Ph.D.

110  **Q:  What opinions and conclusions did you reach with respect to the crash of the Era helicopter?**

*A:  I have two major opinions.*

*The first opinion deals with the CT disk in the helicopter's left engine.  That CT disk fractured when two of the disk's fir trees and three adjacent blades broke apart from the disk itself, causing the left engine to lose power.  The fractures in the fir trees were the result of sulfidation or hot corrosion that caused pitting or other surface irregularities in the disk's metal, and those surface irregularities eventually led to the initiation of cracks in the fir trees.  The cracks in the fir trees continued to grow until the fir trees broke off of the disk in an overload condition.*

*The second major opinion deals with the helicopter's right hand sprag clutch.  That sprag clutch was engaged, as it should have been, when the left engine stopped generating power after the CT disk fractured.  However, the clutch suddenly slipped, meaning it disengaged and then re-engaged in a split second.  This sudden re-engagement of the clutch fractured the right hand intermediate drive shaft in torsional overload, which essentially disconnected the right hand engine from the helicopter's main rotor blades.*

111  **Q:  I want to ask you some more questions about your background in the field of metallurgy and mechanical engineering, alright?**

*A:  OK*

112  **Q:  Are you currently employed in the field of metallurgical or mechanical engineering?**

*A:  Yes, I am the President of Cox & Company.*

113  **Q:  Is that your own company?**

*A:  Yes, it is.*

114  **Q:  How long have you worked for your own company?**

*A:  Since 1994.*

115  **Q:  What kind of work does your company do?**

A:  *We specialize in failure analysis of structural materials and mechanical systems.  That includes fracture analysis and testing, fatigue analysis and fracture mechanics, corrosion analysis and testing, and things like that.*

116  **Q:  Have you ever worked for any other companies using your skills as a metallurgical and mechanical engineer?**

A:  *For about 24 years between 1970 and 1994, I was a consulting engineer at a company called Failure Analysis Associates in Los Angeles, which at that time was one of the biggest companies in the field.  While I was there, I did a lot of the same kinds of work I now do at my own company, including fracture analysis and testing, and corrosion analysis and testing.*

117  **Q:  You mentioned "failure analysis" as one of things you do at your own company, is that correct?**

A:  *Yes, that's correct.*

118  **Q:  And you did that same kind of failure analysis work for about 24 years before you started your own company, is that correct?**

A:  *Yes, that's also correct.*

119  **Q:  Can you explain what "failure analysis" means?**

A:  *Sure.  "Failure analysis" just means that I use my background and training as a metallurgist and a mechanical engineer to analyze and test machines or their component parts to determine why and how a particular part failed.  And I've been doing that kind of failure analysis work for more than 30 years.*

120  **Q:  Have you ever done any failure analysis work in a case involving the crash of a helicopter or and airplane?**

A:  *Yes, I do lots of work in cases involving metallurgical or mechanical engineering issues in cases arising from aircraft accidents.*

121  **Q:  How many airplane and helicopter crashes have you worked on as a metallurgical and mechanical engineer during your career?**

*A:  Dozens.*

122  **Q:  Before today, have you ever testified as an expert witness with regard to your investigation of a helicopter crash?**

*A:  Yes, many times.*

123  **Q:  Can you provide an example of how you have used your skills as a metallurgical and mechanical engineer in connection with the crash of a helicopter or airplane?**

*A:  Yes.  In a lot of aviation crashes, one of the issues is whether the crash was caused by the failure of a particular metal component part, and if so, how that failure occurred.  As a metallurgist and mechanical engineer, I have analyzed and tested lots of different metal component parts from airplanes and helicopters to help determine whether the failure occurred before the crash, or whether the failure occurred as a result of the crash itself.*

*On lots of other occasions, I have been able to analyze and test certain parts from an airplane or helicopter to determine whether corrosion played any role in causing that particular part to fail.*

- 5 -

Direct Examination (*revised*)                                    Donald O. Cox, Ph.D.

## 2.0 ASSIGNMENT AND INVESTIGATION

201    **Q: Were you given a specific assignment in connection with the crash of Era's helicopter on August 13, 2000?**

*A: Yes, I was asked to consider the available evidence and information, and conduct a failure analysis of some of the helicopter's component parts.*

202    **Q: Have you completed your work in this case?**

*A: Yes, I have.*

203    **Q: What kind of information did you consider with regard to your assignment in this case?**

*A: I considered technical reports that were authored by the engine manufacturer, Pratt & Whitney, and others.*

*I considered deposition testimony given by Pratt & Whitney personnel, including a metallurgist, Ms. Jutta Demers, and others.*

*I considered dozens of photographs that were provided by Pratt & Whitney and others.*

*I looked at and considered the maintenance records relating to the helicopter's left engine in particular.*

*I considered some manuals that were written by Pratt & Whitney regarding the operation and repair of the helicopter's engine and drive train systems.*

*And I also considered lots of technical literature that discussed the properties of the materials used in engine and drive train components, and the indicators of hot corrosion or sulfidation damage in high temperature alloys like that used in the manufacture of the CT disk.*

20061019

## 3.0 BASES FOR OPINIONS AND CONCLUSIONS

301  **Q:  Did you personally examine any of the component parts from Era's helicopter?**

*A:  Yes.  I looked at the CT disk itself, the right hand sprag clutch, and the broken intermediate drive shaft.  I also examined lots of other parts, but those are the main parts that relate to my two primary opinions.*

302  **Q:  In order to conduct a failure analysis in a case involving the crash of a helicopter or an airplane, do you need to have some general knowledge as to how that aircraft works?**

*A:  Yes, of course.*

303  **Q:  In connection with your work in this case involving the crash of Era's helicopter, were you able to gain an understanding of how that helicopter is supposed to work?**

*A:  Yes, I did, especially with respect to the helicopter's engines, the CT disks, the sprag clutches, and the intermediate drive shafts.*

304  **Q:  What information did you rely upon to gain that knowledge?**

*A:  My knowledge came from three main sources.*

*First, in terms of their general overall design, the engines that were used on this helicopter are very similar to engines I have analyzed on other occasions during my thirty years in the failure analysis business.  So I began with a basic understanding of the functions of the engines and the engines' major component parts.*

*Second, I looked at Pratt & Whitney engine manuals that describe how the purpose and function of the engine's major component parts.*

*And third, I looked at various reports that were prepared by Pratt & Whitney, the manufacturer of the engine, and deposition testimony from Pratt & Whitney personnel, including a metallurgist, Ms. Jutta Demers.*

305 **Q:  Is that the same kind of information you normally consider and rely upon when conducting a failure analysis in a case arising from an aviation crash?**

*A:  Yes, it is.*

306 **Q:  What did you do, if anything, to test the accuracy of the opinions and conclusions you reached in this case?**

*A:  I compared my conclusions with conclusions reached by other investigators, including government accident investigators, investigators working for Pratt & Whitney, and other metallurgists and mechanical engineers working for UNC Airwork and Dallas Airmotive.*

307 **Q:  What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A:  I compared my conclusions regarding sulfidation and hot corrosion damage on the CT disk with scientific literature that describes the indicators of that kind of damage, the processes by which that kind of damage can occur, and what kind of failures might be caused by that damage.*

308 **Q:  What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A:  I studied sections of the CT disk under a Scanning Electron Microscope, or SEM, and an optical microscope, to verify the presence of sulfidation or hot corrosion damage on the disk and inside the cracks in the fir trees.*

309 **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on all of your experience, education, training and background as a metallurgist and mechanical engineer?**

*A:  Yes.*

310  **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on objectively reliable data?**      *A:  Yes.*

311  **Q:  Do you believe your conclusions are reliable and accurate to a reasonable degree of engineering certainty?**      *A:  Yes.*

## 4.0  CT DISK FAILURE ANALYSIS

401  **Q:  As part of the failure analysis investigation you conducted in this case, did you consider any information that describes the properties of the materials that were used to manufacture the CT disk?**

*A:  Yes, I looked at Pratt & Whitney Materials Specification No. CPW 203.*

402  **Q:  What kind of metal is the CT disk made from?**

*A:  The CT disk is made from an alloy called "Waspalloy," which is a combination of different metals, mostly nickel and chromium.*

403  **Q:  What special properties, if any, does that Waspalloy material possess?**

*A:  The Waspalloy material that is used to make the CT Disk is resistant to both corrosion and heat, and that is important in the context of the CT disk, because the disk operates in an environment inside the engine where both heat and corrosion could cause a premature failure of the disk under certain circumstances.*

404  **Q:  Do you recognize this item that has been marked as exhibit P05.01?**

*A:  Yes, I this is an exemplar CT disk that is very similar to the disk that was inside the left engine on Era's helicopter before this crash occurred.*

405  **Q:  And do you also recognize this item that has been marked as exhibit P04?**

*A:  Yes, this is the actual, or subject, CT disk that was inside the left engine on Era's helicopter before this crash occurred.*

406  **Q:  Do you recognize these documents that are marked as exhibit P38.03?**

*A:  Yes, these are photographs of the subject CT disk that was inside the left engine on Era's helicopter.*

407  **Q:  Did you consider exhibits P05.01, P04 and P38.03 when formulating your opinions and conclusions in this case?**

*A:  Yes, I did.*

408    **Q:  Based on your education, training and background as a mechanical engineer, and based on the failure analysis investigation you conducted in this case, can you explain how the CT disk and blades function inside the engine, using these exhibits as demonstrative aids?**

A:  *Sure.*

*This CT disk (using exemplar disk) rotates, or spins, inside the engine at a very high speed, about 38,000 r.p.m., because hot gases are flowing through these holes in the guide vane ring (pointing).  The hot gases then hit these blades that are attached to the CT disk (pointing), and cause the disk to spin, like this (demonstrating).*

*This area where the blades attach to the disk is called the fir tree area, because these little machined surfaces (pointing) look like little fir trees.  These blades slide into these fir tree slots (pointing), and they are held in place with these rivets (pointing).  Thus, the blades can be removed and replaced, if necessary.*

409    **Q:  During normal engine operation, what area on the CT disk has the most stress?**

A:  *This area where the fir trees are located (pointing) usually has the most stress, because that area is resisting the forces generated by the hot gases pushing against the blades (pointing) and the centrifugal force from rotation.*

410    **Q:  Where did the fractures occur on the CT disk that was inside the left engine on Era's helicopter?**

A:  *Right here in the fir trees (pointing).  Two of these fir tress actually broke off of the disk, allowing three adjacent blades (pointing) to come free of the disk.*

411    **Q:  What happened after the fir trees and blades broke off from the disk?**

A:  *The broken metal fragments collided with and damaged some of the other blades, because the disk was still spinning rapidly when the fractures occurred.  Eventually, the left engine could no longer generate power because of the damage.*

412    **Q:  Are you aware of any other instances where fir trees on CT disks have fractured like this?**

A:  *Yes, it has happened before on a few other CT disks.*

20061019

413  **Q:  Why did the fir trees on this particular CT disk fracture?**

*A:  Cracking initiated as a result of surface damage caused by hot corrosion or sulfidation. This surface damage and sulfidation produced stress concentrations that initiated small cracks. The cracks then continued to grow during engine operation by a fracture process known as cyclic creep.  In short, the fir trees fractured because there were tiny cracks at the base of the fir tree slots (pointing).*

414  **Q:  Why was the disk cracked in the area of the fir tree slots?**

*A:  Because there were small pits and other surface imperfections in the fir trees.*

415  **Q:  How do you know there were pits and other surface imperfections in the fir trees?**

*A:  Because I looked at the disk and the fir trees under high magnification using a  Scanning Electron Microscope, and I took photographs of the pitting and other surface damage .*

416  **Q:  Do you recognize exhibit P38.04?**

*A:  Yes, these are the photographs I just mentioned.*

417  **Q:  Can you describe the pitting and other surface imperfections you observed in the fir trees?**

*A:  Yes.*

*First, let's look at the surface of the undamaged disk from the right hand engine that did not fracture, exhibit P38.05.  This disk has no sulfidation or significant surface damage. The surface of this disk is oxidized, which is normal.*

*If you compare the color of the oxidized disk from the right engine to the color of the disk from the left engine that did fracture, exhibit P04, you can see the left disk has a different appearance.  This is due to the action of sulfur contamination that is present on the left CT disk, but is not on the right CT disk.*

418   **Q:  What caused the pitting and surface imperfections you observed in the fir trees?**

*A:  Sulfur can be a corrosive contaminant. While the Waspalloy material that is used to make the disk is resistant to sulfur, it is not sulfur-proof under all conditions.  In the subject case, sulfur contaminants attacked the Waspalloy material, and created the pitting and other imperfections in the fir trees.  This occurred because the engine was exposed to temperatures where the sulfur could cause damage.*

419   **Q:  How?**

*A:  Through a process called "hot corrosion."*

420   **Q:  What is "hot corrosion"?**

*A:  "Hot corrosion" is an accelerated type of corrosion that can occur on some metal surfaces like Waspalloy, and is caused by the combined effect of oxidation and reactions with sulfur compounds and other contaminants.  The hot corrosion eventually eats away at the protective oxide coatings on the metal, and eventually leads to pitting or other surface imperfections.*

421   **Q:  What caused the fir trees to fracture in this case?**

*A:  Hot corrosion was the initiating cause.*

422   **Q:  How did hot corrosion cause the fir trees to fracture?**

*A:*
    *When the sulfur contaminated metal surface of the CT disk was exposed to very high temperatures, it reacted with and damaged the surface, leading to pitting and other surface imperfections that were photographed with the SEM.  During engine operation, stresses in combination with the surface damage led to cracking.*

423   **Q:  During the course of your analysis of the CT disk failure, did you review and literature or scientific publications that describe "hot corrosion" and its effect on metals?**

*A:  Yes, I did.*

- 13 -

Direct Examination (*revised*)      Donald O. Cox, Ph.D.

| | | |
|---|---|---|
| 424 | **Q: Based on your review of that literature, and based on your background, education and training as a metallurgist, is "hot corrosion" accepted by the metallurgical community as a potential cause of damage to high temperature alloys, like Waspalloy?** | *A: Yes, especially with regard to component parts that are used in aviation engines, because some of those engine parts, like CT disks, can be exposed to temperatures that are high enough to promote hot corrosion.* |
| 425 | **Q: When you examined the CT disk from Era's helicopter, did you see any evidence of sulfur contaminants in the area of the fir trees?** | *A: Yes, I did, and I have some photographs from the SEM that show the sulfur contamination* |
| 426 | **Q: Do you recognize exhibit P38.06?** | *A: Yes, these are the photographs I just mentioned.* |
| 427 | **Q: Using these photographs as demonstrative aids, can you point to some of the areas where you observed sulfur contamination in the fir tree area?** | *A: Sure.*<br><br>*These SEM photographs show the surface of the two CT disks that were inside the engines on Era's helicopter. The disk from the right engine (pointing) did not fracture, and it has a very thin oxide layer on the metal surface.*<br><br>*The disk from the left engine (pointing) which did fracture, has a much thicker surface layer containing the sulfur compounds, and a much rougher surface topography caused by the action of the contaminating sulfur.* |
| 428 | **Q: Referring again to the exemplar CT disk, exhibit P05.01, are these blades permanently attached to the disk?** | *A: No, the CT blades are designed so that they can be removed and replaced if necessary.* |

20061019

429  **Q:  During the course of your investigation, did you review and consider any documents or other information that described the service history of the CT disk and the CT blades?**

*A:  Yes, I did.*

430  **Q:  What did that information show, if anything, with regard to the CT disk and the CT blades?**

*A:  It showed that this particular CT disk was installed brand new in 1996, with all new CT blades.*

*In early 1998, those CT blades were removed from this disk, and replaced with all new blades that were attached to the same disk that was installed new in 1996.*

431  **Q:  Dr. Cox, I want you to assume that the sulfur contaminants you observed in these photographs, exhibit P38.06, were introduced in 1998, when the CT blades were removed and replaced.**

   **Assuming those facts are true, do you have an opinion as to whether evidence of sulfur contamination would be found on *both* the CT disk fir trees *and* the CT blades after the crash in 2000?**

*A:  Yes, I do.*

432  **Q:  And what is your opinion in that regard?**

*A:  If the sulfur contaminants I observed were introduced in 1998, then I would expect a post-crash examination to find sulfur contamination in the area of the CT blades that mates with the fir trees on the CT disk.*

433  **Q: Why?**

A: *Because the CT blades that were installed in 1998 were the same CT blades that were on the disk when the crash occurred, so any sulfur contamination that was introduced when those blades were installed in 1998 would still be present when the crash occurred in 2000.*

434  **Q: During your post-crash examination of the CT disk and blades, did you find any evidence of sulfur contamination in the area of the CT blades that mates with the fir trees on the CT disk?**

A: *No, I did not.*

435  **Q: Dr. Cox, I want you to assume that the sulfur contaminants you observed in these photographs, exhibit P38.06, were ingested into the engine as a result of the environment in which the helicopter was operated.**

   **Assuming those facts are true, do you have an opinion as to whether evidence of sulfur contamination would be found *only* on the CT disk fir trees?**

A: *Yes, I do.*

436  **Q: And what is your opinion in that regard?**

A: *If the sulfur contaminants I observed were ingested into the engine as a result of the environment in which the helicopter was operated, then I would expect to find evidence of sulfur contamination on the CT disk and CT blades in both engines, as well as on other engine component parts.*

- 16 -

<u>Direct Examination (*revised*)</u>                               Donald O. Cox, Ph.D.

437   **Q: Why?**

*A: Because sulfur contamination that occurs as a result of ingestion would not be localized in the area of the CT disk fir trees on one engine only – it would be widespread throughout both engines.*

438   **Q: Did you observe any evidence of widespread sulfur contamination on the CT disk and CT blades in the *both* engines?**

*A: No, I did not. The only sulfur contamination I observed was localized in the fir tree area of the left engine CT disk.*

439   **Q: Dr. Cox, I want you to assume that the sulfur contaminants you observed in these photographs, exhibit P38.06, were introduced in 1996, when the original CT blades were installed in the brand new CT disk.**

     **Assuming those facts are true, do you have an opinion as to whether evidence of sulfur contamination would be found *only* on the CT disk fir trees?**

*A: Yes, I do.*

440   **Q: And what is your opinion in that regard?**

*A: If the sulfur contaminants I observed were introduced in 19996, then I would expect to find sulfur contamination only in the area of the fir trees.*

441   **Q: Why?**

*A: Because the blades that were installed in 1996 were removed and replaced in 1998. So any sulfur contaminants introduced in 1996 would be found only on the fir trees, but not on the blades.*

20061019

442  **Q:  When you examined this CT disk and CT blades, in what areas, if any, did you find evidence of sulfur contamination?**

*A:  I only found evidence of sulfur contamination in the area of the fir trees on the CT disk itself.*

443  **Q: Dr. Cox, I want you to assume that the sulfur contaminants you observed in these photographs, exhibit P38.06, were introduced in 1996, when the original CT blades were installed in the brand new CT disk.**

   **Assuming those facts are true, do you have an opinion as to why it took until August of 2000 before the fir trees fractured?**

*A:  Yes, I do.*

444  **Q:  And what is your opinion in that regard?**

*A:  The hot corrosion that caused the fir trees to fracture occurs only after the disk has been exposed to some very high temperatures.*

   *The maintenance records for this engine indicate that in late 1997, this CT disk was exposed to very high temperatures during a static fire inside the engine.  Those temperatures probably started the hot corrosion process that eventually led to the fracture of the disk in August of 2000.*

445  **Q:  Are you aware of any physical evidence that suggests the hot corrosion process was probably initiated by the static fire in 1997?**

*A:  Yes, I am.*

446   **Q:  What physical evidence are you referring to?**

*A:  In 1998, right after the static fire, this particular CT disk was "red-tagged," and the red tag states that there was damage observed in the fir trees caused by a condition that is described in the red tag as "plucking."*
*Although I have never used that specific term myself, research shows that "plucking" is a term that can be used to refer to a condition very similar to pitting.*

447   **Q:  Can you briefly summarize your opinions regarding the failure of the CT disk in the left engine of Era's helicopter?**

*A:  Sure.*
*Sulfur contaminants were most likely introduced in the fir tree area of the CT disk when new blades were installed in the new disk in 1996*
*In late 1997, the same CT disk was exposed to high temperatures during a static fire inside the engine.  The temperatures generated during that static fire probably initiated hot corrosion process in the fir trees.*
*The hot corrosion led to pitting, or "plucking," which eventually  caused cracks in the fir trees – the most highly stressed area of the disk.*
*Once the cracks grew big enough, the fir trees fractured.*

448   **Q:  Are your opinions accurate and reliable to a reasonable degree of engineering certainty?**

*A:  Yes, I believe they are.*

## 5.0  INTERMEDIATE DRIVE SHAFT FAILURE ANALYSIS

**501  Q:  In addition to the CT disk, did you also analyze the failure of the right intermediate drive shaft that was on Era's helicopter?**

*A:  Yes, I did.*

**502  Q:  Did you personally examine that drive shaft?**

*A:  Yes, I did.*

**503  Q:  Do you recognize this item that has been marked as exhibit P34?**

*A:  Yes, these are the two pieces of the intermediate drive shaft that I examined.*

**504  Q:  Is the drive shaft supposed to be in two pieces?**

*A:  No, it's supposed to be a single piece, however, as you can see (holding drive shaft) this particular shaft broke in two pieces.*

**505  Q:  How did the drive shaft break in two pieces?**

*A:  It broke as a result of a torsional overload.*

**506  Q:  What do you mean by "torsional overload"?**

*A:  That just means that it broke because it was twisted so hard (demonstrating twisting with exhibit) that it fractured.  The fracture occurred right here, where  the two oil holes are located.*

**507  Q:  Is the drive shaft a component part of the helicopter's engines?**

*A:  No, it's actually a part of the gear box that is attached to the engines.*

**508  Q:  As a mechanical engineer, do you have a general understanding of how the gear box functions?**

*A:  Yes, I do.*

**509  Q:  Other than the drive shaft, did you look at any other component parts from the gear box?**

*A:  Yes, I also looked at the sprag clutch assembly.*

**510  Q:  Do you recognize exhibit P35.10?**

*A; Yes, this is the sprag clutch assembly I examined.*

511  **Q: Did you observe anything of significance when you looked at the sprag clutch assembly?**

*A: Yes, one of the most significant things I observed was the presence of heat discoloration, right here (demonstrating).*

512  **Q: What does that discoloration tell you, if anything, as a metallurgist and mechanical engineer?**

*A: It tells me that this sprag clutch experienced an event that generated some very high temperatures; so high that they actually discolored this metal (pointing).*

513  **Q: As a mechanical engineer, do you have a general understanding of how the sprag clutch functions?**

*A: Yes, I do.*

514  **Q: Do you recognize exhibit P38.07?**

*A: Yes, this is a schematic diagram of the various component parts from the gear box, including the sprag clutch (pointing) and the intermediate drive shaft (pointing).*

515  **Q: Did you consider and rely upon these exhibits during your analysis of the failure of the intermediate drive shaft on Era's helicopter?**

*A: Yes, I did.*

516  **Q:  What caused the intermediate drive shaft to break in two pieces?**

*A:  As you can see in this schematic (pointing), the drive shaft fits inside this shaft, and both shafts then slide inside the sprag clutch here. When the sprag clutch is engaged, the shafts are supposed to turn like this (demonstrating).*

*When the CT disk in the left engine fractured, this sprag clutch was engaged, meaning that the right engine was still connected to the main rotor blades on top of the helicopter.*

*However, the failure of the left engine produced some vibrations, and those vibrations caused the sprag clutch to momentarily disengage or "slip." By that, I mean the clutch was engaged as it was supposed to be, but then it suddenly disengaged because of the vibrations from the left engine.*

*When it tried to re-engage itself, the clutch put so much force on the intermediate drive shaft that it broke into two pieces.*

517  **Q:  What happened when the intermediate drive shaft broke?**

*A:  Once that drive shaft broke, the right engine was disconnected from the main rotor blades on top of the helicopter, and there was no way for the right engine to keep those blades spinning.*

518  **Q:  Are your opinions regarding the drive shaft accurate and reliable to a reasonable degree of engineering certainty?**

*A:  Yes, I believe they are.*

## CERTIFICATE OF SERVICE

*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____ **October 20, 2006** _____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

**For Defendant Pratt & Whitney Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK 99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

- 3 -

## CERTIFICATE OF SERVICE

*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]     I hereby certify that on _____ **October 20, 2006**,
I have mailed or served the document or paper to the following non CM/ECF
participants in the manner (mail, hand delivery, etc.) indicated by the non-
participant's name:

### -Via E-Mail –

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
Raymond L. Mariani, Esq.
NIXON PEABODY, LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Tel. (516) 832-7520
Fax (516) 832-7555
EMail *rmariani@nixonpeabody.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***