OCT 20 '06  15:59

Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.,**<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

## REVISED DIRECT EXAMINATION TESTIMONY OF PLAINTIFF'S
### EXPERT WITNESS DOUG STIMPSON

/ / /

/ / /

LQJAK.H.0610 0391

Pursuant to the Court's Order dated October 12, 2006 (Docket #404), plaintiff Era Helicopters, LLC, respectfully submits the attached *revised* direct examination testimony of plaintiff's expert witness, **Doug Stimpson.**

Respectfully Submitted,

Dated: October _____ 20 __, 2006          **LAW OFFICES OF JON A. KODANI**

                                          _____ s/ Jeffrey J. Williams _____

                                          By:    Jon A. Kodani, Esq.
                                                 Jeffrey J. Williams, Esq.

                                          2200 Michigan Avenue
                                          Santa Monica, CA  90404
                                          Tel. (310) 453-6762

                                          Attorneys for Plaintiff
                                          Era Helicopters, LLC

ERA Av/PO/WO Lg24159/20061020

**WRITTEN TESTIMONY**
*Direct Examination*
*Plaintiff's Expert Witness Doug Stimpson*

## TABLE OF CONTENTS

**1.0 BACKGROUND, EXPERIENCE AND QUALIFICATIONS** . . . . . . . . . . . . . . 2

**2.0 ASSIGNMENT AND INVESTIGATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**3.0 BASES FOR OPINIONS AND CONCLUSIONS** . . . . . . . . . . . . . . . . . . . . . 12

**4.0 ACCIDENT RECONSTRUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**5.0 CT DISK FAILURE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**6.0 RECONSTRUCTION OF CT DISK MAINTENANCE HISTORY** . . . . . . . 29

**7.0 DEFENDANTS' MAINTENANCE PRACTICES** . . . . . . . . . . . . . . . . . . . . 35

**8.0 RECONSTRUCTION OF SPRAG CLUTCH HISTORY** . . . . . . . . . . . . . . 45

**9.0 SPRAG CLUTCH FAILURE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

20061020

## 1.0  BACKGROUND, EXPERIENCE AND QUALIFICATIONS

101    **Q: Would you please state and spell your name?**

*A: Yes. My name is Doug Stimpson, and my last name is spelled S-T-I-M-P-S-O-N.*

102    **Q: Mr. Stimpson, what is your occupation?**

*A: I am an airplane and helicopter pilot and mechanic, and I also work as an aircraft accident investigator.*

103    **Q: How many years have you worked in the aviation business?**

*A: I joined the U.S. Air Force in 1968, so I've been involved in the aviation business for more than 35 years.*

104    **Q: Were you asked to look at the circumstances surrounding the crash of an Era Aviation helicopter on August 13, 2000?**

*A: Yes, I was.*

105    **Q: Were there any specific areas you were asked to look into?**

*A: Yes, there were three main areas.*
*First, I was asked to look into the conduct of the pilot, and the events that preceded the crash.*
*Second, I was asked to look into the maintenance that was performed on the left engine CT disk and the right sprag clutch before the crash.*
*Third, I was asked to reconstruct the sequence of events leading up to the crash.*

106    **Q: As a result of your work in this case, did you make any findings or reach any conclusions?**

*A: Yes, I did.*

107    **Q: Did you help prepare a chart that lists your findings and conclusions?**

*A: Yes, I did.*

108    **Q: Do you recognize this chart that has been marked as exhibit P35.03?**

*A: Yes, this is the chart that I helped prepare, and it lists my conclusions.*

109  **Q:  What conclusions did you reach with respect to the crash of Era's helicopter on August 13, 2000?**

*A:  As you can see from this chart (pointing), I reached several primary conclusions on four different topics:*

    *Number one (pointing), the events leading up to the crash.*

    *Number two (pointing), the left engine CT disk.*

    *Number three (pointing), the right drive shaft and sprag clutch.*

    *And finally number four (pointing), the conduct of UNC Airwork and its employees.*

110  **Q:  I would like you to summarize your primary opinions jury with regard to each of those topics, alright?**

*A:  Okay.*

111  **Q:  First, as a helicopter pilot and mechanic, and as an aircraft accident investigator, what conclusions did you reach , if any, with regard to the sequence of events leading up to the crash?**

*A:  I have four primary opinions on that topic:*

    *First (pointing), both engines on this twin-engine helicopter stopped providing power to the main rotor blades before the crash.  As a result, there was nothing this pilot could have reasonably done to avoid this crash.  The actions he did take, like turning the helicopter to the left to fly over descending terrain, were proper, but the pilot could not avoid this crash.*

    *Second (pointing) the left engine failed because of the catastrophic failure of a component part known as a  CT disk.  Two years before the crash, that same disk had been rejected by UNC Airwork because of damage.*

    *Third (pointing), the right engine stopped providing power to the main rotor blades when the right intermediate drive shaft fractured.*

    *Fourth (pointing), an in-flight loss of useable power from both engines on a twin-engine helicopter is an extremely rare event, and such a failure would not be expected by the pilot.*

112 **Q: Alright, thank you. Moving on to the next topic on your chart, as a helicopter pilot and mechanic, and as an aircraft accident investigator, what conclusions did you reach , if any, with regard to the left engine CT disk?**

*A: I have three primary opinions on that topic:*
*First (pointing), the fracture of the fir trees in the left engine CT disk was a cause of the crash.*
*Second (pointing), the CT disk failed to perform as safely as a pilot of a twin-engine helicopter would expect.*
*And third (pointing), the CT disk differed from Pratt & Whitney's intended result.*

113 **Q: Alright, thank you. As a helicopter pilot and mechanic, and as an aircraft accident investigator, what conclusions did you reach , if any, with regard to the right drive shaft and sprag clutch?**

*A: Again, I have three primary opinions on that topic:*
*First (pointing), the malfunctioning right hand sprag clutch and the fracture of the right intermediate drive shaft were a cause of the crash.*
*Second (pointing), the right sprag clutch and intermediate drive shaft failed to perform as safely as a pilot of a twin-engine helicopter would expect.*
*Third (pointing), the right sprag clutch and intermediate drive shaft differed from Pratt & Whitney's intended result, because those parts did not perform their respective functions*

114 **Q: Alright, thank you. And moving on to the fourth and last topic here, as a helicopter pilot and mechanic, and as an aircraft accident investigator, what conclusions did you reach , if any, with regard to the conduct of UNC Airwork and its employees?**

*A: Again, I have three primary opinions on that topic:*
*First (pointing), UNC Airwork in Miami violated Part 145 of the Federal Aviation Regulations by installing an unsafe and unairworthy CT disk in Era's engine in 1998.*
*Second (pointing), UNC Airwork failed to follow their own written procedures, and if those procedures had been followed, then the CT disk that fractured on August 13, 2000, would never have been installed in Era's engine.*
*Third (pointing), the work performed by UNC Airwork's employees on the CT disk in late 1997 and early 1998 was well below the standard of care in the aviation industry, and Part 145.39(a) of the Federal Aviation Regulations says that UNC Airwork "is primarily responsible for the satisfactory work of its employees."*

115    **Q: Thank you, Mr. Stimpson. We'll come back to your findings and conclusions in a moment, but first I want to learn more about your background, education and qualifications, alright?**

A: *Okay.*

116    **Q: How long did you serve in the U.S. military?**

A: *For 4 years, from 1968 until 1972.*

117    **Q: While you were serving in the military, did you receive any training in the field of aviation?**

A: *Yes. I was trained as a helicopter mechanic and helicopter flight engineer. I attended and graduated from several technical schools while I was in the military, and some of those were specifically related to twin engine helicopters.*

118    **Q: Did you work as a mechanic on twin engine helicopters while you were in the military?**

A: *Yes. I worked as a mechanic, flight mechanic, and flight engineer.*

119    **Q: Have you received any training as a mechanic from Bell Helicopter Company?**

A: *Yes, I have attended different Bell schools and training courses, and I worked for an authorized Bell Service Center for 11 years.*

120    **Q: Have you ever worked for a manufacturer in the aviation business?**

A: *Yes. I worked for Piper Aircraft Corp., which manufactured airplanes.*

121    **Q: What kind of work did you do for Piper?**

A: *I worked in production manufacturing, flight testing,, methods engineering, sales and marketing, R&D, and the training department.*

122    **Q: While you worked for Piper, were you responsible for training other people?**

A: *Yes. I worked in the Instructor Training Division, and provided training for both mechanics and pilots.*

123   **Q:  Have you received any certificates or licenses from the Federal Aviation Administration with respect to your work as a mechanic?**

*A:  Yes.  I hold an A&P, which stands for Airframe & Powerplant certificate.  And I also have an Inspection Authorization or IA rating.*

124   **Q:  Do these FAA certificates allow you to work as mechanic on twin engine helicopters?**

*A:  Yes.*

125   **Q:  What is the purpose of the IA rating you described a moment ago?**

*A:  The IA rating authorizes me to inspect and approve work done by other mechanics.*

126   **Q:  Have you received any certificates or licenses from the Federal Aviation Administration with respect to your work as a pilot?**

*A:  Yes,  I have several FAA pilot certificates.  I have Airline Transport Pilot or ATP certificates for both multi- and single- engine airplanes.  I am a Certified Flight Instructor or CFI for both multi- and single- engine airplanes.  I have certificates for both basic and advanced ground instruction.  And I have a certificate as a Commercial Helicopter Pilot.*

127   **Q:  Roughly how many hours of time have you accumulated as a pilot in total?**

*A:  About 11,000 hours.*

128   **Q:  And of those 11,000 hours, roughly how many hours have been spent flying in helicopters?**

*A:  About 2,500 hours.*

129   **Q:  In addition to your work as a mechanic while you were in the military, have you ever worked as a mechanic for any civilian companies?**

*A:  Yes.  At Piper Aircraft, Turbo West Air Center, Colorado Air Services, and AIR.*

- 6 -

Direct Examination (*revised*)                                          Douglas Stimpson

130   **Q:  What kind of work did you do at Colorado Aircraft Services?**

*A:  I owned, operated and managed what is known as a Fixed Based Operation or FBO. That included helicopter sales and marketing, pilot training, engine rebuilding, maintenance, and it also included aircraft accident investigation.*

131   **Q:  What kind of work did you do at Turbo West?**

*A:  I was Vice President of Service, and I was responsible for establishing, staffing and managing the service departments.*

132   **Q:  While you were at Turbo West, did you have any experience dealing with aviation maintenance records?**

*A:  Yes.  I was responsible for all maintenance record keeping in accordance with our FAA certificate.*

- 7 -

## 2.0  ASSIGNMENT AND INVESTIGATION

201  **Q:  What is the name of the company you currently work for?**

*A:  Since about 1994, I have worked for a company called Accident Investigation & Reconstruction, Inc. or AIR.*

202  **Q:  What kind of work do you do at AIR?**

*A:  I am the Aviation Safety Investigator and Aviation Accident Reconstructionist.*

203  **Q:  What do you mean by Aviation Accident Reconstructionist?**

*A:  My clients hire me to investigate airplane and helicopter crashes, which requires a working knowledge of several fields, like crash kinematics, piloting, maintenance, and failure analysis.*

204  **Q:  Do you work only for plaintiffs?**

*A:  No.  I work for both plaintiffs and defendants.*

205  **Q:  How many airplane and helicopter crashes have you investigated since you started working at AIR?**

*A:  More than one thousand.*

206  **Q:  Have you received any formal education in the field of aircraft accident investigation?**

*A:  Yes.*

207  **Q:  Have you ever assisted the National Transportation Safety Board or NTSB during an accident investigation?**

*A:  Yes.*

208  **Q:  Were you hired to investigate the crash of the Bell 412 helicopter involved in this case?**

*A:  Yes.*

209  **Q:  Before today, have you ever testified as an expert witness with regard to your investigation of a helicopter crash?**

*A:  Yes, many times.*

210  **Q:  Were you given an assignment with respect to your work in this case?**

*A:  Yes, I was asked to undertake a general investigation of this crash.*

211  **Q:  What do you mean by a "general investigation"?**

*A:  A general investigation usually includes a review and consideration of all available information regarding the crash.  In this particular case, I reviewed and considered different kinds of information relating to several issues.  For example, I considered the helicopter's performance capabilities and recent maintenance history; the pilot's background, skills and qualifications; and I examined the pilot's performance in the days leading up to the crash.  I also reviewed statements and deposition testimony given by a number of people.*

212  **Q:  Have you completed all of your work with respect to your general investigation in this case?**

*A:  Yes I have.*

213  **Q:  When did this crash occur?**

*A:  On August 13, 2000, at about 4:45 p.m. in the afternoon.*

214  **Q:  Where did the crash occur?**

*A:  The crash occurred on federal government property in the Nevada desert east of Reno.*

215  **Q:  What kind of mission was this helicopter flying when the crash occurred?**

*A:  It was on a fire suppression mission.  There were some fires burning in the area, and the helicopter was being used to drop water in the area of those fires.*

216  **Q:  Was the helicopter equipped with any kind of special equipment or attachments that were used in the fire suppression mission?**

*A:  Yes, the helicopter was equipped with a water bucket that is sometimes known as a "Bambi bucket."*

217  **Q:  How is the bucket attached to the helicopter?**

*A:  There is a hook on the underside of the helicopter, and the bucket is attached to the hook with long cables.  The bucket swings underneath the helicopter while it is flying.*

Direct Examination (*revised*)                          Douglas Stimpson

218   **Q: As part of your assignment and investigation, did you rely upon this photograph we have marked as exhibit P35.04?**

*A: Yes, this is a photograph of Era's helicopter. the same helicopter that crashed, flying with the bambi bucket attached to the bottom of the helicopter (pointing to photograph).*

219   **Q: Who owned the helicopter that crashed on August 13, 2000?**

*A: Era Aviation, Inc.*

220   **Q: What was the name of the pilot who was flying the helicopter when it crashed?**

*A: The pilot's name was Lester Shadrick.*

221   **Q: Era's helicopter had two engines, is that correct?**

*A: Yes. The engines are sometimes called "power sections," and the Bell 412 helicopter Mr. Shadrick was flying was a twin-engine helicopter.*

222   **Q: Do you have any experience flying twin engine helicopters?**

*A: Yes, I do. I worked on and flew in twin engine helicopters while I was in the military, and I have piloted and flown in twin engine helicopters after I left the military.*

223   **Q: You hold an FAA certificate as a Commercial Helicopter Pilot, is that correct?**

*A: Yes.*

224   **Q: What were you required to do, if anything, to obtain that certificate from the FAA?**

*A: I was required to demonstrate knowledge and proficiency in all phases of helicopter flight operations to the satisfaction of the FAA designated examiner.*

225   **Q: How did you do that?**

*A: First, I had to demonstrate minimum flight time experience.*
    *Second, I had to take a written examination.*
    *Third, I had to take an aural examination.*
    *And fourth, I had to take a flight test.*

226   **Q: Does that certificate authorize you to fly twin engine helicopters?**

*A: Yes, it does.*

20061020

227   **Q:  Does that certificate**          *A:  Yes, it does.*
      **authorize you to fly Bell**
      **412 helicopters?**

## 3.0 BASES FOR OPINIONS AND CONCLUSIONS

301 **Q: During the course of your general investigation in this matter, what kinds of documents, if any, did you review or consider?**

*A: I considered a lot of documents, including deposition transcripts, reports prepared by various government employees, witness statements, photographs, maps, and diagrams.*

302 **Q: During the course of your investigation in this case, did you review any materials relating to the operation of the Bell model 412 helicopter?**

*A: Yes. Every helicopter has a manual that is written by the manufacturer, and is known as the FAA-approved Rotorcraft Flight Manual or RFM. The RFM is revised from time to time by the manufacturer. In this case, I reviewed the Bell 412 RFM that was written by the helicopter manufacturer, Bell Helicopter Company.*

303 **Q: What kind of information, if any, is contained in the RFM that was important to you in connection with your work in this case?**

*A: The RFM contains almost all of the information a pilot needs to know about the operation of the Bell 412 helicopter. This includes such things as emergency procedures, weight limitations, specifications, controls, and things like that.*

304 **Q: As a result of your general investigation in this matter, were you able to reach any opinions and conclusions?**

*A: Yes.*

305 **Q: What did you do, if anything, to test the accuracy of your opinions conclusions?**

*A: I compared my conclusions with conclusions reached by other investigators, including government accident investigators, investigators working for Pratt & Whitney, and people working for UNC Airwork and Dallas Airmotive.*

306 **Q: What did that comparison show you, if anything, with regard to the accuracy of your conclusions?**

*A: Based on that comparison, I believe there is almost no disagreement as to the sequence of events leading up to the crash, and I am satisfied that my conclusions are correct.*

307 **Q:  What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A:  I made arrangements with Era Aviation in Lake Charles, Louisiana, to inspect and watch another Bell model 412 helicopter that was equipped with a bambi bucket just like the bucket that was attached to Era's helicopter on the day of the crash.*

308 **Q:  What did you observe, if anything, from the flight of this other Bell 412 helicopter?**

*A:  I was able to observe how the helicopter and the bucket reacted when the pilot manipulated the flight controls, and I was also able to see how the pilot fills the bucket with water.*

309 **Q:  What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A:  I participated in several demonstrations conducted in a computerized Bell 412 flight simulator near Dallas.*

310 **Q:  What was the purpose of these demonstrations in the flight simulator?**

*A:  The flight simulator allowed me to safely observe how the helicopter reacted under certain conditions, such as the loss of power from one engine during flight.*

311 **Q:  Did the flight simulator recreate all of the exact same conditions Mr. Shadrick encountered on the day of the crash?**

*A:  No, that would be impossible.  But the flight simulator computer was programmed with information that closely approximated the temperature, winds, and altitude at the crash site, and also the weight of the helicopter and its water bucket.*

312 **Q:  What else did you do, if anything, to test the accuracy of your opinions and conclusions?**

*A:  I have examined photographs of the terrain at the crash site, and talked to Dr. Lawrence Scanlan, who has actually visited the site of the crash.*

313 **Q:  What information, if any, did you obtain from reviewing these photographs and talking to Dr. Scanlan?**

*A:  I learned that the crash occurred on the side of a very steeply-sloped hill of about 27°, and that the terrain at the bottom of the hill was relatively flat.*

314   **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on all of your experience, education, training and background as a helicopter pilot and mechanic?**        *A:  Yes.*

315   **Q:  And are those same conclusions also based on all of your experience, education, training and background as an aviation accident investigator and reconstructionist?**        *A:  Yes.*

316   **Q:  With respect to the conclusions you have reached in this case, are those conclusions based on objectively reliable data?**        *A:  Yes.*

317   **Q:  Do you believe your conclusions are reliable and accurate to a reasonable degree of engineering certainty?**        *A:  Yes.*

## 4.0  ACCIDENT RECONSTRUCTION

401  **Q:  Based on your assignment and investigation in this case, were you able to reconstruct the sequence of events that led up to the crash of Era's helicopter on August 13, 2000?**

*A:  Yes, I was.*

402  **Q:  And I believe you testified earlier that you have reached some conclusions regarding that sequence of events, is that correct?**

*A:  Yes, that's correct.*

403  **Q:  What are those conclusions?**

*A:  First, both engines on this twin-engine helicopter stopped providing power to the main rotor blades before the crash.  As a result, there was nothing this pilot could have reasonably done to avoid this crash.*

*Second, the left engine failed because of the catastrophic failure of that engine's CT disk.*

*Third, the right engine stopped providing power to the main rotor blades when the right intermediate drive shaft fractured.*

*And fourth, an in-flight loss of power from both engines on a twin-engine helicopter is an extremely rare event, and such a failure would not be expected by the pilot.*

404  **Q:  Can you be more specific with respect to the sequence of events that led up to the crash of this Bell 412 helicopter on August 13, 2000?**

A:  Sure.  On August 13, 2000, Mr. Shadrick was flying his helicopter ahead of another helicopter being piloted by Mr. Les Hanberg.  The helicopters were flying about 150 feet above the ground, which was necessary due to the nature of their fire suppression mission.

Era's twin engine helicopter suddenly lost all power from its left or #1 engine when that engine's compressor turbine disk, or CT Disk, fractured.

Normally, the right hand engine, or #2 engine, in Era's helicopter would have been able to generate enough power to allow the pilot, Mr. Shadrick, to continue safely flying and landing his helicopter.

But here, when the CT Disk in the left engine fractured, the left engine immediately began to generate extreme vibrations.  And these vibrations caused a part of the helicopter's transmission, known as a sprag clutch assembly, to momentarily slip and then suddenly re-engage.  When the clutch re-engaged, it put so much force on another part, known as an intermediate drive shaft, that the shaft actually fractured in two pieces.

When the shaft fractured, it essentially disconnected the right hand engine from the main rotor, causing the right hand engine to literally disintegrate when it went into what is known as an overspeed condition.  Of course, when the right hand engine disintegrated, Mr. Shadrick had no power from either of his twin engines, and he had no way of keeping his helicopter in the air.

Era's helicopter crashed on the side of a steep hill, and the wreckage then tumbled down the hill until it eventually came to rest.

Direct Examination (*revised*)                                    Douglas Stimpson

405  **Q:  What objective data did you consider or rely upon, if any, to reconstruct the sequence of events that led up to the crash?**

*A:  I considered and relied upon information reported by the NTSB; information reported by Pratt & Whitney after it disassembled the helicopter's engines and transmission; the statements and deposition testimony of Mr. Les Hanberg, who was an eyewitness to the crash; and photographs of the wreckage and the crash site.*

406  **Q:  Era's helicopter had two engines or "power sections," is that correct?**

*A:  That's correct.*

407  **Q:  What is the purpose of having two engines in a helicopter?**

*A:  It's a safety issue.  The purpose of having two engines is to allow the helicopter to continue flying on the power generated by only one engine, if the other engine fails during flight.*

408  **Q:  Did both engines on Era's helicopter stop generating power *before* the helicopter crashed into the side of the hill?**

*A:  Yes.*

409  **Q:  With respect to the sequence of events during the crash, the *first* thing that happened was the fracture of the CT disk in the left engine, is that correct?**

*A:  Yes.*

410  **Q:  This photograph has been marked as plaintiff's exhibit P35.05.  Do you recognize what is depicted in this photograph?**

*A:  Yes, this is a photograph of the fractured CT disk from the left engine on Era's helicopter.*

411  **Q:  We have also marked the actual CT disk from the left engine as plaintiff's exhibit P04.  Have you seen this CT disk before today?**

*A:  Yes, I have.*

- 17 -

412  **Q: How can you be sure that exhibit P04 is the CT disk from the left engine on Era's helicopter?**

*A: Every CT disk is stamped with a unique serial number when it is manufactured. The helicopter's maintenance records include an identification by serial number of the disk that is installed in each engine. This disk bears serial number 23B827, which matches the information in the maintenance records from the left engine on Era's helicopter.*

413  **Q: Did the pilot, Mr. Shadrick, do anything to cause the CT disk in the left engine to fracture?**

*A: No, he did not.*

414  **Q: With respect to the sequence of events during the crash, the *second* thing that happened was the fracture of the right hand intermediate drive shaft, is that correct?**

*A: Yes.*

415  **Q: This photograph has been marked as plaintiff's exhibit P35.06. Do you recognize what is depicted in this photograph?**

*A: Yes, this is a photograph of the two pieces of the fractured intermediate drive shaft from the right side of Era's helicopter.*

416  **Q: We have also marked the actual pieces of the intermediate drive shaft as plaintiff's exhibit P34. Have you seen these pieces before today?**

*A: Yes, I have.*

417  **Q: Did the pilot, Mr. Shadrick, do anything to cause the right intermediate drive shaft to fracture?**

*A: No, he did not.*

418  **Q:  With respect to the sequence of events during the crash, the *third* thing that happened was the loss of power from the helicopter's right engine, is that correct?**

*A:  Yes, that's correct.*

419  **Q:  Did the pilot, Mr. Shadrick, do anything to cause the right engine to stop generating power before the crash?**

*A:  No, he did not.*

420  **Q:  So if we work backwards in time, the right engine stopped generating power because the right hand drive shaft fractured in two pieces, is that correct?**

*A:  Yes, that's correct.*

421  **Q:  And the right hand drive shaft broke in two pieces because the CT disk in the left engine fractured, is that correct?**

*A:  Yes, that's also correct.*

Direct Examination (*revised*)            Douglas Stimpson

## 5.0 CT DISK FAILURE

**501**    **Q: And I believe you testified earlier that you have reached some conclusions regarding the left engine CT disks, is that correct?**      *A: Yes, that's correct.*

**502**    **Q: What are those conclusions?**      *A: First, the fracture of the fir trees in the left engine CT disk was a cause of the crash.*
*Second, the CT disk failed to perform as safely as a pilot of a twin-engine helicopter would expect.*
*And third, the CT disk differed from Pratt & Whitney's intended result.*

**503**    **Q: Based on your experience, background, education and training as a helicopter mechanic and pilot, and the investigation you conducted in this case, are you familiar with the general design of the engines that were on Era's helicopter at the time of the crash?**      *A: Yes, I am.*

**504**    **Q: And are you also familiar with the various component parts that are used in those engines?**      *A: Yes, I am.*

**505**    **Q: Have you personally examined photographs of some of the various parts from those engines?**      *A: Yes, I have.*

**506**    **Q: Have you also looked at any manuals or other documents that describe the functions of the various component parts of the engines on Era's helicopter?**      *A: Yes, I have.*

         20061020

507   **Q:  During your career as a mechanic, have you ever worked on an engine like the engines that were on Era's helicopter at the time of the crash?**

*A: Yes, I have.*

508   **Q:  As part of your investigation in this case, did you examine this item that has been marked as exhibit P05.01?**

*A: Yes, I did.  This is a CT disk just like the disks that were inside Era's engines when the crash occurred.*

509   **Q:  What is a CT Disk?**

*A: Each of the engines on Era's helicopter has its own compressor turbine disk, or CT disk.  As you can see from this exemplar disk, exhibit P05.01, the CT disk is shaped like a small pie, and it is made from nickel alloy steel.  The disk spins, or rotates, inside each engine at a very high speed – about 38,000 r.p.m. – and drives the engine's compressor.*

510   **Q:  What makes the disk spin so fast inside the engine?**

*A: (Using exemplar disk, exhibit P05.01) This part of the engine is called the vane ring. When the engine is running, very hot gases flow through these vanes in the vane ring, and hit the blades that are attached to the edges of the disk. When the hot gases hit the blades, the disk begins to spin, or rotate, very quickly.*

511   **Q:  How many different parts make up each CT disk?**

*A: There are basically three different parts on every CT disk.*

*    First, there is the disk itself, which is made from nickel alloy steel.*

*    Second, there are the blades, which can be periodically removed and replaced, if necessary, without discarding the disk itself.*

*    And last, you have the rivets that are used to hold the blades on place on the disk.*

*    There are 58 blades and 58 rivets on every CT disk.*

512  **Q:  Which of those parts gets hotter when the engine is running?**

*A:  The blades get much hotter than the disk itself, because the blades are directly in the stream of the hot gases flowing through the vane ring (pointing to exemplar disk, exhibit P05.01).*

513  **Q:  Do you recognize this document that has been marked as exhibit P35.07?**

*A:  Yes, this is a page from the engine training manual that shows a cross section of the engines that were on Era's helicopter when the crash occurred.*

514  **Q:  Does this cross section, exhibit P35.07, show where the CT disk is located in each engine?**

*A:  Yes, the CT disk is right here (pointing to cross section diagram.)*

515  **Q:  With the court's permission, can you please use this yellow pen to color in the CT disk on the cross section, exhibit P35.07?**

*A:  Yes, I can (colors CT disk yellow)*

516  **Q:  Did you say that each of the engines on Era's helicopter had its own CT disk?**

*A:  Yes, that's correct.*

517  **Q:  Did both disks fail before this crash occurred?**

*A:  No, only the disk on the left engine failed.*

518  **Q:  How did the left engine's disk fail?**

*A:  Two of the disk's fir trees fractured while the disk was spinning inside the engine at about 38,000 r.p.m.*

519  **Q:  What do you mean by "fir trees"?**

*A:  The fir tree is an area on the CT disk that is actually shaped like a fir tree to hold the blades in place.*

520  **Q:  Can you point to the fir trees on the exemplar CT disk, exhibit P05.01?**

*A:  Yes, the fir trees are right here (pointing to area on the exemplar CT disk).*

Direct Examination (*revised*)                            Douglas Stimpson

521   **Q: How many fir trees fractured on the CT disk that was inside the left engine on Era's helicopter on the day of the crash?**

*A: Two.*

522   **Q: What do you mean when you say the fir trees fractured?**

*A: I mean they actually broke off, and separated from the disk itself, and when the two fir trees came off the disk, three blades were separated from the disk at the same time.*

523   **Q: Based on your experience, background, education and training as a helicopter mechanic and pilot, and the investigation you conducted in this case, have you formulated any conclusions regarding what role, if any, the fracture of the fir trees on the CT disk might have played in causing the crash of Era's helicopter on August 13, 2000?**

*A: Yes, I have.*

524   **Q: Other than your own personal experience, background, education and training as a helicopter mechanic and pilot, what objective data did you consider or rely upon, if any, to support your conclusions in that regard?**

*A: I considered and relied upon a description of the engine and CT disk in the Pratt & Whitney Overhaul and Maintenance Manuals; information reported by the NTSB; information reported by Pratt & Whitney after it disassembled the engines; the deposition testimony of Mr. Tom Berthe, who is Pratt & Whitney's chief accident investigator; the deposition testimony of Ms. Jutta Demers, who is Pratt & Whitney's metallurgist; and photographs of the engine component parts taken by Pratt & Whitney and others.*

Direct Examination (*revised*)                                        Douglas Stimpson

525    **Q:  Is the information you**            *A:  Yes.*
       **just described the same**
       **kind of information that is**
       **normally considered and**
       **relied upon by aviation**
       **accident investigators?**

526    **Q:  What did you do, if**              *A:  I compared my conclusions with conclusions*
       **anything, to test the**               *reached by other investigators, including*
       **accuracy of your opinions**           *government accident investigators, and*
       **conclusions?**                        *investigators and expert witnesses working for*
                                               *the defendants.*

527    **Q:  Are your conclusions**             *A:  Yes.*
       **based on all of your**
       **experience, education,**
       **training and background**
       **as a helicopter pilot and**
       **mechanic?**

528    **Q:  Are your conclusions**             *A:  Yes.*
       **also based on all of your**
       **experience, education,**
       **training and background**
       **as an aviation accident**
       **investigator and**
       **reconstructionist?**

529    **Q:  Have you satisfied**               *A:  Yes, I have.*
       **yourself that your**
       **conclusions are reliable**
       **and accurate to a**
       **reasonable degree of**
       **certainty?**

530    **Q:  In your opinion, did the**         *A:  Yes, it did.*
       **fracture of the fir trees on**
       **the CT disk in the left**
       **engine cause the crash of**
       **Era's helicopter on August**
       **13, 2000?**

                                                                        20061020

531  **Q:  If the fir trees on the CT disk in the left engine had *not* fractured, would Era's helicopter have crashed on August 13, 2000?**

*A:  No.*

532  **Q:  How did the fracture of the fir trees cause the crash of Era's helicopter?**

*A:  The fracture of the fir trees caused the left engine to stop generating power during flight, and also generated very strong vibrations that caused the right intermediate drive shaft to fracture.  When the drive shaft fractured, the right also engine failed.  So, directly and indirectly, the fracture of the fir trees robbed the pilot of all power from both of his engines. Without power, the helicopter could not be safely flown or landed, given the circumstances, and the crash was inevitable.*

533  **Q:  Would a pilot of a twin-engine helicopter ever expect to lose all power from both engines during flight?**

*A:  No, the loss of all power from both engines on a twin engine helicopter is extremely rare.*

534  **Q:  Were you able to determine when the CT disk was installed in Era's left engine?**

*A:  Yes, it was installed new in 1996.*

535  **Q:  Were you also able to identify the name of the entity that supplied and installed the CT disk in the left engine?**

*A:  Yes.  According to the log book records, the CT disk was sold new by Pratt & Whitney Canada, Inc. in 1996, and it was installed in the left engine that same year by UNC Airwork in Miami, Florida.*

536  **Q:  If the CT disk was ever replaced after 1996, would the log books contain a notation to that effect?**

*A:  Yes, if the CT disk was ever replaced, then there would be a notation to that effect in the log book records as required by Federal Aviation Regulations.*

- 25 -

537  **Q:  So the CT disk was brand new when it was first installed in Era's engine in 1996, is that correct?**     *A:  That's correct.*

538  **Q:  Was the disk ever removed from the engine after 1996?**     *A:  Yes, it was removed by UNC Airwork in 1997, but the same disk was reinstalled in the same engine in 1998, after all 58 blades were replaced by UNC Airwork.*

539  **Q:  How long had this disk been in service when it was removed in 1997?**     *A:  According to the maintenance records, the CT disk had been in service for about 648 cycles when it was removed in 1997.*

540  **Q:  And then the disk was reinstalled back in Era's engine in 1998 with all new blades, is that correct?**     *A:  Correct.*

541  **Q:  After the disk and the engine were shipped back to Era in 1998, was the disk ever removed or inspected again before the crash in August 2000?**     *A.  No, it was not.*

542  **Q:  How long had this disk been in service when the helicopter crashed in August of 2000?**     *A:  Less than 3,100 cycles.*

543  **Q:  How does a helicopter owner like Era know when its time to replace a CT disk?**     *A:  The CT disk is a life limited part.  That means the disk manufacturer, Pratt & Whitney, has established an amount of time the disk can be used in service before it has to be replaced. With regard to the CT disk, that time is quantified in terms of cycles of use, and the CT disk has to be replaced after it has been in service for 10,000 cycles, even if there is nothing wrong with the disk.*

544    **Q:  When you reviewed the log book and maintenance records for the combining gearbox, did you see any notation that indicated the CT disk in the left engine had ever been replaced after 1996?**

*A:  No, I did not.*

545    **Q:  Based on your review of the log book and maintenance records for the left engine, and based on your education, background, experience and training as a helicopter pilot and mechanic, were you able to determine whether the CT disk that was inside the left engine on Era's helicopter on August 13, 2000, was the same CT disks that was supplied and installed by Pratt & Whitney and UNC Airwork in 1996?**

*A:  Yes, it was the same.*

546    **Q:  Based on your education, background, experience and training as a helicopter pilot and mechanic, were you able to determine whether the CT disk that was inside the left engine on Era's helicopter was being used in its intended manner on August 13, 2000?**

*A:  Yes, the CT disk was being used in its intended manner on the day of the crash.*

- 27 -

547  **Q:  Based on your education, background, experience and training as a helicopter pilot, were you able to determine whether the CT disk on Era's helicopter failed to perform as safely as a pilot would expect?**

*A:  The CT disk failed to perform as safely as a pilot of a twin-engine helicopter would expect, because it failed after it had been in service for only about 3,100 cycles, when it was supposed to last for more than 10,000 cycles.*

548  **Q:  Based on your education, background, experience and training as a helicopter mechanic and pilot, were you able to determine whether the CT disk on Era's helicopter differed in any way from Pratt & Whitney's intended result?**

*A:  Yes, the CT disk differed from Pratt & Whitney's intended result, because it was supposed to last at least 10,000 cycles before it would fail in service, and this disk failed in service after it had been in service for only about 3,100 cycles.*

## 6.0  RECONSTRUCTION OF CT DISK MAINTENANCE HISTORY

601  **Q:  What kind of engines were on Era's helicopter when it crashed on August 13, 2000?**

*A:  They were Pratt & Whitney PT6T-3B model engines.*

602  **Q:  Have you ever worked as a mechanic on a model PT6T-3 engine?**

*A:  Yes.*

603  **Q:  Do you have to be licensed by the FAA to work as a mechanic on helicopter engines like the model PT6T-3?**

*A:  Yes, you do.*

604  **Q:  Are there any regulations that specifically relate to maintenance on helicopter engines?**

*A:  Yes.  The Federal Aviation Regulations, or FARs, describe all kinds of things that must be done, or must not be done, when a mechanic is working on an engine that is used in an airplane or helicopter.*

605  **Q:  Have you ever been responsible for supervising or approving work done by other mechanics on helicopter or airplane engines?**

*A:  Yes, I have.*

606  **Q:  Do helicopter owners, like Era Aviation, do their own maintenance?**

*A:  Almost all helicopter owners, including Era, have their own maintenance departments that do routine maintenance as needed.  For more complicated maintenance, most helicopter owners, including Era, usually have that work done by other, larger facilities known as FAA Repair Stations.*

607  **Q:  What is an FAA Repair Station?**

*A:  An FAA Repair Station is basically a maintenance facility that is authorized by the FAA to perform work on aircraft.  Every repair station has a certificate that is issued by the FAA, and that certificate specifies what kind of work that station is allowed to perform.*

Direct Examination (*revised*)                                         Douglas Stimpson

608    **Q:  Have you ever worked for an FAA Repair Station?**

*A:  Yes.  I was the President and Founder of Colorado Aircraft Services, and I was Vice President of a company called Turbo West, both in Denver, Colorado.*

609    **Q:  Are UNC Airwork and Dallas Airmotive FAA Repair Stations?**

*A:  Yes.*

610    **Q:  Did the FAA issue a Repair Station certificate to UNC Airwork and Dallas Airmotive?**

*A:  Yes, UNC Airwork and Dallas Airmotive were issued an FAA Repair Station Certificate under Part 145 of the Federal Aviation Regulations.  The certificate number was RC3R810L.*

611    **Q:  What is Part 145 of the Federal Aviation Regulations?**

*A:  In general terms, Part 145 is a section in the FARs that describes in detail what kind of work a Repair Station is allowed to do, how that work must be done, and how the repair station must be set up.*

612    **Q:  Are you familiar with the requirements of Part 145 of the Federal Aviation Regulations?**

*A:  Yes, I am.*

613    **Q:  As part of your assignment in this case, were you asked to examine the history of any maintenance that was performed on these engines before the crash?**

*A:  Yes, I was.*

614    **Q:  As part of your investigation in this case, did you consider the deposition testimony of Mr. Weldon Walshe?**

*A:  Yes.*

615    **Q:  Do you recall who Mr. Walshe was?**

*A:  Yes, he was the General manager of the UNC Airwork facility in Miami that worked on Era's engine.*

- 30 -

616  **Q: Have you also reviewed and considered the maintenance records and other documents that were discussed during Mr. Walshe's deposition?**

*A: Yes, I have.*

617  **Q: During your investigation, did you also consider and rely upon any Pratt & Whitney maintenance manuals?**

*A: Yes. I considered and relied upon the Pratt & Whitney Overhaul Manuals for the PT6T engines, and other Pratt & Whitney manuals relating to the CT disk in particular.*

618  **Q: Based on your review of Mr. Walshe's deposition testimony and the documents that were discussed during Mr. Walshe's deposition, were you able to reconstruct the history of maintenance that was performed on the subject CT disk before the crash?**

*A: Yes, I was.*

619  **Q: When was the CT disk originally installed in Era's engine?**

*A: In 1996.*

620  **Q: Was the CT disk brand new when it was installed in Era's engine in 1996?**

*A: Yes.*

621  **Q: Who installed the CT disk in Era's engine in 1996?**

*A: UNC Airwork in Miami, Florida.*

622  **Q: Where did UNC Airwork obtain the disk that was installed in Era's engine in 1996?**

*A: The disk was purchased by UNC Airwork from Pratt & Whitney Canada.*

623    **Q:  After the CT disk was installed in Era's engine in 1996, was the disk ever removed from the engine before the crash in August 2000?**

A:  Yes.  In late 1997, Era shipped the engine back to UNC Airwork in Miami for an inspection and some other repairs.  In December, 1997, UNC Airwork in Miami disassembled the engine and removed the CT disk, and the disk was reinstalled in Era's engine in early 1998.

624    **Q:  Have you reviewed the maintenance records relating to the removal and reinstallation of the CT disk in late 1997 and early 1998?**

A:  Yes, I have.

625    **Q:  Based on your review of those records, and your background, education, training and experience as a helicopter mechanic, were you able to reconstruct the events relating to the CT disk in late 1997 and early 1998?**

A:  Yes.  Between December 1997 and January 1998, four different mechanics and inspectors working for UNC Airwork in Miami inspected the CT disk after it was removed from Era's engine, and they all separately reported in writing that the disk was so badly "grooved" or "damaged" that it had to be replaced.

626    **Q:  What happened next?**

A:  In early January 1998, UNC Airwork in Miami shipped the CT disk to a different UNC Airwork facility in New Jersey, and asked the New Jersey facility to try and polish the disk so that the disk could be returned to service instead of replaced.

627    **Q:  Did the UNC Airwork facility in New Jersey polish the disk?**

A:  No.  On January 13, 1998, the UNC Airwork facility in New Jersey concluded that there was so much damage in an area of the disk called the "fir trees" that the disk could not be safely repaired and returned to service.  The New Jersey facility also marked the disk as "scrap, and shipped the unrepaired disk back to UNC Airwork in Miami with a "red tag" which indicated the disk had not been repaired, and was not safe for return to service.

Direct Examination *(revised)*                Douglas Stimpson

628 **Q: As part of your investigation, did you consider and rely upon this document marked as exhibit P26.23?**

*A: Yes, I did. This is a copy of the red tag that was attached to the disk when it was shipped back to the UNC Airwork facility in Miami. It was attached to the disk by the UNC Airwork facility in New Jersey.*

629 **Q: Does this red tag, exhibit P26.23, indicate why the CT disk was not repaired before it was shipped back to Miami?**

*A: Yes, the red tag says that the CT disk was not repaired because the disk's fir trees were damaged.*

630 **Q: Could the damaged fir trees be repaired?**

*A: No, because the disk manufacturer, Pratt & Whitney, forbids any repairs in the area of the fir trees.*

631 **Q: As part of your investigation, did you also consider and rely upon this document marked as exhibit P26.21?**

*A: Yes, this is a copy of the Detail Inspection Record that accompanied the CT disk when it was shipped from New Jersey back to the UNC Airwork facility in Miami with a red tag.*

632 **Q: What is the purpose of this document?**

*A: This document (pointing) shows that the CT disk was being returned without repairs because of the damage in the fir trees. The bottom of this document (pointing) also shows that the CT disk was designated as "scrap."*

633 **Q: So according to your investigation, the UNC Airwork facility in New Jersey made no repairs to the disk because of the damaged fir trees, and then shipped the unrepaired disk back to UNC Airwork in Miami with a red tag and this other document showing the disk was "scrap," is that correct?**

*A: That's correct.*

       20061020

Direct Examination (*revised*)             Douglas Stimpson

634 **Q: What happened next with regard to the CT disk?**

*A: On January 22, 1998, the unrepaired disk was received back at UNC Airwork in Miami, where it was noted in writing that the disk had been "rejected" by the New Jersey facility without repairs.*

*That same day, someone at UNC Airwork in Miami apparently tried to polish the disk, and the disk was then placed back in Era's engine, and the engine and disk were both returned to Era.*

635 **Q: During the course of your investigation, did you uncover any information that indicated that Era was ever told that the disk had been red-tagged or designated as scrap before the disk was reinstalled in Era's engine?**

*A: No, the information indicates that Era was never told that the disk had been red-tagged or designated as scrap.*

- 34 -

## 7.0  DEFENDANTS' MAINTENANCE PRACTICES

701  **Q:  Based on your experience, background, education and training as a helicopter mechanic, and the investigation you conducted in this case, have you formulated any opinions or conclusions with respect to the work that was performed by UNC Airwork in Miami in 1997 and 1998?**

*A:  Yes, I have.*

702  **Q:  What are your opinions?**

*A:      First, UNC Airwork in Miami violated Part 145 of the Federal Aviation Regulations by installing an unsafe and unairworthy CT disk in Era's engine in 1998.*

*Second, UNC Airwork failed to follow their own written procedures, and if those procedures had been followed, then the CT disk that fractured on August 13, 2000, would never have been installed in Era's engine.*

*Third, the work performed by UNC Airwork's employees on the CT disk in late 1997 and early 1998 was well below the standard of care in the aviation industry, and Part 145.39(a) of the Federal Aviation Regulations says that UNC Airwork "is primarily responsible for the satisfactory work of its employees."*

703  **Q:  Was the crash caused by the work that was performed by UNC Airwork in 1997 and 1998?**

*A:  Yes, it was.  If they had done that work correctly, in accordance with their own procedures and the Federal Aviation Regulations, then it is more likely than not that the crash would not have occurred.*

704   **Q: Other than your own personal experience, background, education and training as a helicopter mechanic and pilot, what objective data did you consider or rely upon, if any, to support your conclusions regarding the work that was performed by UNC Airwork in Miami in 1997 and 1998?**

*A: I considered and relied upon the maintenance records for the engine and the CT disk; the deposition testimony of Mr. Weldon Walshe; the requirements of Parts 43 and 145 of the Federal Aviation Regulations; Pratt & Whitney's Critical Rotating Components Blend Repair Specifications Manual No. 3040886; UNC Airwork's Process Instruction Record No. PI002/384/1; my personal observations of the flight of an exemplar helicopter; my personal experience in a Bell 412 flight simulator; information reported by the NTSB; information reported by Pratt & Whitney after it disassembled the engine; the deposition testimony of Mr. Tom Berthe, who is Pratt & Whitney's chief accident investigator; the deposition testimony of Ms. Jutta Demers, who is Pratt & Whitney's metallurgist; deposition testimony from Era's employees, including Mark Jones and others; and photographs of the CT disk and other parts taken by Pratt & Whitney and others.*

705   **Q: Is the information you just described the same kind of information that is normally considered and relied upon by aviation accident investigators?**

*A: Yes.*

706   **Q: What did you do, if anything, to test the accuracy of your opinions conclusions?**

*A: I compared my conclusions with conclusions reached by other investigators, including government accident investigators, and investigators and expert witnesses working for Pratt & Whitney, UNC Airwork and Dallas Airmotive.*

707   **Q: Are your conclusions based on all of your experience, education, training and background as a helicopter pilot and mechanic?**

*A: Yes.*

708   **Q:  Are your conclusions also based on all of your experience, education, training and background as an aviation accident investigator and reconstructionist?**

*A:  Yes.*

709   **Q:  Have you satisfied yourself that your conclusions are reliable and accurate to a reasonable degree of certainty?**

*A:  Yes, I have.*

710   **Q:  What opinions or conclusions have you formed, if any, with regard to whether UNC Airwork in Miami should have reinstalled the CT disk in Era's engine?**

*A:  I believe that the CT disk was unsafe and unairworthy, and that disk should not have been reinstalled in Era's engine in 1998.*

Direct Examination (*revised*)                                             Douglas Stimpson

711  **Q:  Why do you believe the CT disk was "unsafe and unairworthy"?**

A:  *Four main reasons.*

*First, the maintenance records show that at least four different UNC Airwork mechanics looked at the disk, and they all reported in writing that they observed "grooves" and other "damage" that was not defined in the disk manufacturer's manuals, and required the disk to be replaced instead of being re-used.*

*Second, UNC Airwork's Material Review Board, or MRB, in Miami looked at the same disk, and sent the disk to their other shop in New Jersey.  But instead of repairing the disk, the New Jersey shop "red-tagged" the disk, and sent it back to Miami with a note indicating that the disk was "scrap."*

*Third, UNC Airwork in Miami tried to polish and repair the disk after it was red-tagged and designated as scrap by the shop in New Jersey. But the disk manufacturer's manuals clearly state that a repair station cannot repair undefined damage like "grooves" on a CT disk.*

*Fourth, the red-tag that was attached to the disk by the shop in New Jersey says that the disk was being rejected not because of any "grooves" on the face of the disk, but because there was unrepairable damage in the "fir tree" area of the disk.  But there is nothing in the maintenance records to show that this damage in the fir trees was ever repaired before the disk was put back in Era's engine, and in fact, the disk manufacturer's manuals clearly say that there can be no repairs made in the area of the fir trees.*

*All of this information indicates to me that the CT disk that was inside Era's engine when the crash occurred was unsafe and unairworthy, and that disk should never have been installed in Era's engine.*

712  **Q:  Was the crash of Era's helicopter on August 13, 2000 caused by an unsafe and unairworthy CT disk?**

A:  *Yes, I believe it was.  It is more likely than not that a safe and airworthy CT disk would not have fractured like this disk did, and  a safe and airworthy CT disk would not have caused the left engine to stop generating power.*

Direct Examination (*revised*) _____ Douglas Stimpson

713  **Q:  What opinions or conclusions have you formed, if any, with regard to whether UNC Airwork in Miami followed applicable procedures when they worked on the CT disk and Era's engine in 1997 and 1998?**

*A:  I believe that UNC Airwork failed to follow their own written procedures, and if those procedures had been followed, then the CT disk would have been rejected instead of being reinstalled in Era's engine.*

714  **Q:  What procedures were not followed by UNC Airwork?**

*A:  First, they failed to follow their own written procedures when they reinstalled the red-tagged disk in Era's engine without approval from a Materials Review Board or MRB.*

*Second, UNC Airwork's employees failed to follow their own written procedures when they reinstalled the disk in Era's engine in violation of Pratt & Whitney's disk repair manual.*

715  **Q:  As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P26.14?**

*A:  Yes, this is a copy of the "Rejected Parts Inventory" form that was used by the defendants and dated January 8, 1998.*

716  **Q:  Does this document, exhibit P26.14, refer to any of the written procedures you discussed earlier?**

*A:  Yes.  Here at the bottom of this document, it says in bold letters: "ALL REJECTED ITEMS FOUND ACCEPTABLE FOR RETURN TO SERVICE REQUIRE MRB APPROVAL."*

717  **Q:  Did UNC Airwork comply with the written procedure you just described?**

*A:  No.  The CT disk was rejected by the defendants' shop in New Jersey, but the same disk was then returned to service without the approval of an MRB, or Materials Review Board.*

718  **Q:  If the defendants had followed this written procedure, would Era's helicopter have crashed on August 13, 2000?**

*A:  No.  If an MRB had looked at this disk after it was rejected, the MRB would have noticed that the disk was rejected because it had unrepairable damage in the fir tree area of the disk, and the disk would not have been reinstalled in Era's engine.  And if the disk was never reinstalled in Era's engine, then the crash would not have occurred.*

20061020

Direct Examination (*revised*)          Douglas Stimpson

719   **Q: As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P26.13?**

*A: Yes, this is a copy of UNC Airwork's Process Instruction Record dated March 24, 1997.*

720   **Q: Does this document, exhibit P26.13, refer to any of the written procedures you discussed earlier?**

*A: Yes. This Process Instruction Record describes how the defendants must go about inspecting and repairing CT disks. And here on page 2, it says that "the guidelines set forth in the [Pratt & Whitney Canada] Critical and Rotating Components Blend Repair Specifications Manual will be utilized."*

721   **Q: Did UNC Airwork comply with the written procedure you just described?**

*A: No, because they reinstalled the disk in Era's engine in violation of Pratt & Whitney's Critical and Rotating Components Blend Repair Specifications Manual.*

722   **Q: As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P13?**

*A: Yes, this is a copy of Pratt & Whitney's Critical and Rotating Components Blend Repair Specifications Manual that I mentioned a moment ago. This manual was written by the disk's manufacturer, Pratt & Whitney, to tell mechanics and repair facilities like UNC Airwork how to inspect and repair CT disks and other engine parts.*

20061020

723   **Q: How did the reinstallation of the CT disk in Era's engine violate this manual?**

*A: In two ways.*

*First, the manual says on page 10 that "Any observed conditions not defined in the documents are not acceptable for repair." And on page 11 it says that "Undefined damage shall render the component unserviceable." The records produced by UNC Airwork show that the damage they observed on this CT disk was "grooving," but "grooving" is not defined in any of the documents I have seen. So according to the Pratt & Whitney manual, this disk should have been rejected if there was any undefined damage like "grooving."*

*Second, the manual also says on page 10 that the CT disk "shall be carefully inspected in accordance with the criteria specified in the P&WC approved documents." The P&WC approved documents include the engine overhaul manual, and that overhaul manual prohibits any repairs in the area of the fir trees and the rivet head area. The red tag that was attached to this disk by the shop in New Jersey says that the disk had damage in the fir trees, and at least one other record shows that the disk was "marked in [the] rivet head area." The defendants could not repair any of that damage in the fir trees or rivet head area without violating the Pratt & Whitney manual.*

724   **Q: If the defendants had followed their written procedures, would Era's helicopter have crashed on August 13, 2000?**

*A: No. If the disk had been rejected because the "grooving" damage was "undefined" and therefore unrepairable, then the disk would not have been inside Era's engine when the crash occurred.*

*And if the disk had been rejected because it had unrepairable damage in the fir trees or in the "rivet head area," then the disk would not have been inside Era's engine when the crash occurred.*

725   **Q: What is a "Critical Rotating Component"?**

*A: A "Critical Rotating Component" is defined in the Pratt & Whitney manual as any engine component that has a life limited in terms of cycles.*

Direct Examination (*revised*)          Douglas Stimpson

726   **Q: Is the CT disk a "Critical Rotating Component" of the helicopter's engine?**

*A: Yes. The CT disk has a life that is limited to 10,000 cycles, so by definition, it is a "Critical Rotating Component."*

727   **Q: What happens when a "Critical Rotating Component," like the CT disk, fails during flight?**

*A: According to Pratt & Whitney's manual, if a Critical Rotating Component like the CT disk fails during flight, that failure "would have a high probability of causing massive engine failure with a consequent possibility of serious aircraft damage."*

728   **Q: Was UNC Airwork required to follow any specific regulations when it worked on Era's engine in 1997 and 1998?**

*A: Yes, it was supposed to follow Part 145 of the Federal Aviation Regulations, or FARs.*

729   **Q: What opinions or conclusions have you formed, if any, with regard to whether UNC Airwork in Miami followed applicable regulations when it worked on the CT disk and Era's engine in 1997 and 1998?**

*A: I believe that UNC Airwork in Miami violated Part 145 of the Federal Aviation Regulations by installing an unsafe and unairworthy CT disk in Era's engine.*

730   **Q: As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P35.08?**

*A: Yes, this is a copy of a portion of Part 145, section 145.57, that was in effect in 1998.*

731   **Q: As the holder of a Part 145 Repair Station Certificate, was UNC Airwork required to comply with section 145.57 when it worked on Era's helicopter engine in 1998?**

*A: Yes.*

     20061020

732  **Q:  Did UNC Airwork comply with section 145.57?**

*A:  No.  That section says that UNC Airwork had to perform its work "in accordance with the standards in part 43," and part 43.13(a) says: that "Each person performing maintenance ... shall use the methods, techniques, and practices prescribed in the current manufacturer's maintenance manual ...."*

*UNC Airwork violated the maintenance manuals issued by the disk's manufacturer, Pratt & Whitney, when it reinstalled the disk in Era's engine after it was shown that the disk had unrepairable damage in the area of the fir trees and the rivet heads, and by failing to reject the disk when the manual required it to do so.*

*By violating the maintenance manual, the defendants also violated part 145.57 of the Federal Aviation Regulations.*

733  **Q:  Was the crash of Era's helicopter caused by the defendants' violation of section 145.57 of the Federal Aviation Regulations?**

*A:  Yes.  If the defendants had complied with section 145.57, then the disk would not have been inside Era's engine when the crash occurred on August 13, 2000.*

734  **Q:  Based on your background, experience, education, and training, are you familiar with the standard of care in the aviation community with respect to the quality of work performed by repair stations?**

*A:  Yes, I am.*

735 **Q: Based on all of the data and information you have considered and relied upon during the course of your investigation in this case, have you formulated any opinions or conclusions as to whether the work that was performed on Era's engine by the defendants fell below the standard of care for a certified domestic repair station?**

*A: Yes. The work performed by UNC Airwork's employees on Era's engine in 1997 and 1998 was well below the standard of care, and Part 145.39(a) of the Federal Aviation Regulations says that UNC Airwork "is primarily responsible for the satisfactory work of its employees."*

Direct Examination (*revised*)  _____  Douglas Stimpson

## 8.0  RECONSTRUCTION OF SPRAG CLUTCH HISTORY

801  **Q:  What is the purpose of the engines on Era's twin-engine helicopter?**

*A:  The primary purpose of the engines is to generate power to drive, or turn, the main rotor blades that sit atop the helicopter.  Of course, the main rotor blades must turn if the helicopter is going to lift off the ground, hover, and fly.*

802  **Q:  How do the engines drive, or turn, the main rotor?**

*A:  The engines are connected to the main rotor through a series of gears, shafts, bearings, clutches and other parts that make up the combining gearbox, which is sometimes called the reduction gearbox.*

803  **Q:  Is the combining gearbox similar to a car's transmission?**

*A:  Yes, it is, in some ways.*

804  **Q:  Who manufactured the combining gearbox that was on Era's helicopter?**

*A:  It was manufactured by Pratt & Whitney Canada, the same company that manufactured the helicopter's engines.*

805  **Q:  Based on your experience, background, education and training as a helicopter mechanic and pilot, and the investigation you conducted in this case, are you familiar with the general design of the combining gearbox that was used on Era's helicopter?**

*A:  Yes, I am.*

806  **Q:  And are you also familiar with the various component parts that are used in that combining gearbox?**

*A:  Yes, I am.*

807  **Q:  Have you personally inspected some of the component parts from the combining gearbox on Era's helicopter?**

*A:  Yes, I have.*

Direct Examination (*revised*)                                     Douglas Stimpson

808    **Q: Have you personally examined photographs of some of the various parts from the combining gearbox on Era's helicopter?**      *A: Yes, I have.*

809    **Q: Is the intermediate drive shaft that fractured in two pieces, exhibit P34, a component part of the combining gearbox?**      *A: Yes, each combining gearbox has a left and a right intermediate drive shaft.*

810    **Q: So there were two intermediate drive shafts on Era's helicopter: one on the left, and one on the right, is that correct?**      *A: Yes, that's correct.*

811    **Q: But there is only one combining gearbox, is that correct?**      *A: Yes, that's correct.*

812    **Q: Which intermediate drive shaft fractured on Era's helicopter on August 13, 2000?**      *A: The intermediate drive shaft on the right side.*

813    **Q: And is the sprag clutch also a component part of the combining gearbox?**      *A: Yes, each combining gearbox has a left and a right sprag clutch.*

814    **Q: So there were two sprag clutches on Era's helicopter: one on the left, and one on the right, is that correct?**      *A: Yes, that's correct.*

815    **Q: Have you personally examined the maintenance records and log books for the combining gearbox on Era's helicopter?**      *A: Yes, I have.*

                         20061020

Direct Examination (*revised*) _____ Douglas Stimpson

816  **Q: As part of your investigation, did you consider and rely upon these documents that have been marked as exhibit P35.09?**

*A: Yes, these are some of the log book records for the combining gear box on Era's helicopter.*

817  **Q: Do these documents that have been marked as plaintiff's exhibit P35.09 indicate when the right sprag clutch was installed in the combining gear box?**

*A: Yes, they do. These documents show that the combining gear box was overhauled in May of 1997, and at that time, two new sprag clutches, part number 3022030, were installed in the gear box.*

818  **Q: Do these documents also identify the name of the entity that supplied and installed these new sprag clutches?**

*A: Yes. According to the log book records, the two new sprag clutches were supplied and installed in May of 1997 by Pratt & Whitney Canada, Inc.*

819  **Q: If the sprag clutches were ever removed after May of 1997, would the log book for the combining gear box contain a notation to that effect?**

*A: Yes, if the sprag clutches were removed from the combining gearbox for any reason, then there would be a notation to that effect in the log book records as required by Federal Aviation Regulations.*

820  **Q: When you reviewed the log book and maintenance records for the combining gearbox, did you see any notation that indicated the sprag clutches had ever been removed after May of 1997?**

*A: No, I did not.*

20061020

821  **Q:  Based on your review of the log book and maintenance records for the combining gear box, and based on your education, background, experience and training as a helicopter pilot and mechanic, were you able to determine whether the sprag clutches that were on Era's helicopter on August 13, 2000, were the same sprag clutches that were supplied and installed by Pratt & Whitney in May of 1997?**

*A:  Yes, they were the same.*

822  **Q:  Based on your review of the log book and maintenance records for the combining gear box, and based on your education, background, experience and training as a helicopter pilot and mechanic, were you able to determine whether the sprag clutches that were supplied and installed by Pratt & Whitney in May of 1997 had ever been changed, altered or modified in any way after May of 1997?**

*A:  Yes.  I have seen no information to suggest that the sprag clutches were ever changed, altered or modified in any way after May of 1997.*

## 9.0 SPRAG CLUTCH FAILURE

901  **Q: As part of your investigation, did you consider and rely upon this item that has been marked as exhibit P35.10?**

*A: Yes, this appears to be the right hand sprag clutch from the combining gearbox on Era's helicopter.*

902  **Q: Based on your experience, background, education and training as a helicopter mechanic and pilot, and the investigation you conducted in this case, have you formulated any conclusions regarding what role, if any, the right hand sprag clutch played in this crash?**

*A: Yes, I have.*

903  **Q: What are those opinions?**

*A: First, the malfunctioning right hand sprag clutch and the fracture of the right intermediate drive shaft were a cause of the crash.*
*Second, the right sprag clutch and intermediate drive shaft failed to perform as safely as a pilot of a twin-engine helicopter would expect.*
*Third, the right sprag clutch and intermediate drive shaft differed from Pratt & Whitney's intended result, because those parts did not perform their respective functions.*

904  **Q: Other than your own personal experience, background, education and training as a helicopter mechanic and pilot, what objective data did you consider or rely upon, if any, to support your conclusions regarding the role the right hand sprag clutch played in this crash?**

*A: I considered and relied upon a description of the combining gearbox system in the Pratt & Whitney Training Manual and the Descriptive Notes section of the Pratt & Whitney Maintenance Manual; information reported by the NTSB; information reported by Pratt & Whitney after it disassembled the combining gearbox; the deposition testimony of Mr. Tom Berthe, who is Pratt & Whitney's chief accident investigator; the deposition testimony of Ms. Jutta Demers, who is Pratt & Whitney's metallurgist; and photographs of the combining gearbox component parts taken by Pratt & Whitney and others.*

20061020

905  **Q:  Is the information you just described the same kind of information that is normally considered and relied upon by aviation accident investigators?**

*A:  Yes.*

906  **Q:  What did you do, if anything, to test the accuracy of your opinions conclusions?**

*A:  I compared my conclusions with conclusions reached by other investigators, including government accident investigators, and investigators and experts working for Pratt & Whitney.*

907  **Q:  Are your conclusions based on all of your experience, education, training and background as a helicopter pilot and mechanic?**

*A:  Yes.*

908  **Q:  Are your conclusions also based on all of your experience, education, training and background as an aviation accident investigator and reconstructionist?**

*A:  Yes.*

909  **Q:  Have you satisfied yourself that your conclusions are reliable and accurate to a reasonable degree of certainty?**

*A:  Yes, I have.*

910  **Q:  In your opinion, what role, if any, did the right hand sprag clutch play in this crash?**

*A:  The right hand sprag clutch failed to perform in the manner it was intended to perform, and caused the right engine to stop generating power.  If the sprag clutch had not failed, then the right hand engine would have continued to generate power, and the crash probably would not have occurred because the pilot would have been able to continue safely flying the helicopter with power from only the right engine.*

911 **Q: Did you consider or rely upon the deposition testimony of Pratt & Whitney's chief accident investigator, Mr. Tom Berthe?**

*A: Yes, I did.*

912 **Q: As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P35.11?**

*A: Yes, it appears to be a document that was marked as exhibit 18 to Mr. Berthe's deposition, and this document shows some of the component parts of the combining gearbox.*

913 **Q: Does exhibit P35.11 only show the component parts on one side of the combining gearbox?**

*A: Yes, that's correct, [pointing to exhibit] the same parts are also found on the right side of the gearbox, but only the left side is shown in this exhibit.*

914 **Q: Do you see on exhibit P35.11 that there are three component parts that have been highlighted in different colors: yellow, green and pink?**

*A: Yes, I see that.*

915 **Q: What is the name of the part that is highlighted in yellow?**

*A: That is the sprag gear.*

916 **Q: What is the name of the part that is highlighted in green?**

*A: That is the sprag clutch.*

917 **Q: What is the name of the part that is highlighted in pink?**

*A: That is the clutch shaft.*

918 **Q: How do these three parts work together, if at all?**

*A: The pink shaft fits inside the sprag clutch that is shown in green, and the shaft and clutch then fit inside the gear that is marked in yellow.*

919   **Q:  As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P35.12?**

*A:  Yes, it appears to be a document that was marked as exhibit 19 to Mr. Berthe's deposition, and this document shows some of the other component parts of the combining gearbox. Unlike exhibit P35.11, this exhibit shows the component parts from both the left and right sides of the combining gear box.*

920   **Q:  Do you recognize the parts that is highlighted in yellow on exhibit P35.12?**

*A:  Yes, those are the sprag gear, clutch and shaft assemblies for the left and right sides of the combining gearbox. In other words, the items that are shown in yellow on this exhibit P35.12 are actually the assembly of all three component parts we talked about on the last exhibit, number P35.11.*

921   **Q:  And do you also recognize the parts that are highlighted in blue on exhibit P35.12?**

*A:  Yes, those are the intermediate drive shafts for both the left and right sides.*

922   **Q:  As part of your investigation, did you consider and rely upon this item that has been marked as exhibit P34?**

*A:  Yes, these are the two pieces of the fractured intermediate drive shaft from the right side of Era's helicopter.  [pointing to exhibit P34]*

923   **Q:  Can you explain for the jury how these parts all fit together in the combining gearbox?**

*A:  Yes.  The intermediate drive shaft, shown in blue on exhibit P35.12, fits inside the clutch shaft that is shown in pink on exhibit P35.12.  The pink clutch shaft then fits inside the green sprag clutch, which then fits inside the yellow sprag gear.*

924   **Q:  As part of your investigation, did you consider and rely upon information in the Pratt & Whitney Training Manual?**

*A:  Yes, I did.*

925  **Q: As part of your investigation, did you consider and rely upon this document that has been marked as exhibit P35.13?**

*A:  Yes, this is page 4.5 from the Pratt & Whitney Training Manual, and it shows the sprag clutch assembly from the combining gearbox, or "reduction gearbox."*

926  **Q:  How does the sprag clutch assembly work?**

*A:  The sprag clutch, which is shown in green on exhibit P35.12, is sometimes called a "freewheeling unit."  When the engines are running normally, there are little devices inside the clutch that are called "sprags."  As we can see on exhibit P35.11, when the engines are running normally, the sprags will stand up and provide a positive connection between the sprag gear that is shown in yellow on exhibit P35.12, and the shafts that are shown in pink on exhibit P35.11 and blue on exhibit P35.12.  This positive connection allows these shafts to turn, and the power from the engines will drive the main rotor.*

*However, if one of the engines loses power, then the job of the sprag clutches is to disconnect that nonworking engine from the rest of the drive train.  For example, when the left engine in Era's helicopter failed, the left sprag clutch disconnected that engine from the drive train, and kept the main rotor from driving the nonworking engine.*

927  **Q:  So did the left sprag clutch work properly in this case after the left engine on Era's helicopter stopped generating power?**

*A:  Yes, the left side sprag clutch worked just fine.*

928  **Q:  What was the *right* sprag clutch supposed to do, if anything, after the left engine on Era's helicopter stopped generating power?**

*A:  The right sprag clutch was supposed to keep the right engine connected to the drive train, and keep the right engine driving the main rotor.  In other words, the loss of power from the left engine should have had no effect at all on the right engine, if the right sprag clutch was working properly.*

929  **Q:  So did the *right* sprag clutch work properly on Era's helicopter after the *left* engine stopped generating power?**

*A:  No, the right sprag clutch did not do the job it was supposed to do.*

930  **Q:  Why?**

*A:  When the left engine failed, the right sprag clutch was doing its job, connecting the right engine to the main rotor.*

*But when the left engine failed, that failure sent vibrations through the various parts that make up the combining gearbox. Some of these vibrations caused the sprags inside the right sprag clutch to momentarily lie down, or disengage, for just a split second. When the vibrations subsided, the same sprags suddenly stood up and re-engaged while the right engine was still generating lots of power.*

*The force of that sudden re-engagement was so strong that it snapped the right side intermediate drive shaft in two pieces, just like you see here [pointing to exhibit P35.06]*

931  **Q:  What happened when the right intermediate drive shaft snapped in two pieces?**

*A:  Once the right intermediate drive shaft fractured, there was no longer any connection between the right engine and the main rotor. In other words, there was no longer any load being placed on the right engine.*

*When these kinds of aircraft engines are running without a load, they can go into what we call an "overspeed" condition. When that happens, the engine parts are turning so fast inside the engine that they literally break apart. That's what happened here. The right engine went into an overspeed condition after the right intermediate drive shaft fractured, and the overspeed condition caused the right engine's power turbine disk to break apart, and the right engine stopped generating power. And all of this happened in just a second or two.*

932   **Q: So within a second or two, Era's helicopter had lost all power from both its left and right engines, is that correct?**

*A: Yes, that's correct.*

933   **Q: Would a pilot of a twin-engine helicopter ever expect to lose all power from both engines during flight?**

*A: No, the loss of all power from both engines on a twin engine helicopter is extremely rare, and pilots don't even train for that possibility.*

934   **Q: Based on your education, background, experience and training as a helicopter pilot and mechanic, were you able to determine whether the right sprag clutch on Era's helicopter was being used in its intended manner on August 13, 2000?**

*A: Yes, the right sprag clutch was being used in its intended manner on the day of the crash.*

935   **Q: Based on your education, background, experience and training as a helicopter pilot, were you able to determine whether the right sprag clutch on Era's helicopter failed to perform as safely as a pilot would expect?**

*A: Yes, the right sprag clutch failed to perform its function as a pilot of a twin-engine helicopter would expect. The momentary disengagement and sudden re-engagement of the right sprag clutch severed the intermediate drive shaft, and failed to keep the right engine connected to the drive train and the main rotor. A pilot of a twin-engine helicopter would expect the right sprag clutch to keep the right engine connected to the drive train and the main rotor, and would not expect the right intermediate drive shaft to fracture into two pieces.*

936   **Q:  Based on your education, background, experience and training as a helicopter mechanic and pilot, were you able to determine whether the right sprag clutch on Era's helicopter differed in any way from Pratt & Whitney's intended result?**

*A:  Yes, the right sprag clutch did not operate as it was intended by Pratt & Whitney, because it did not do its job correctly.  The sprag clutch was designed to keep at least one engine operating and connected to the main rotor in the event of a loss of power from the other engine.  In this case, the sprag clutch disengaged and then suddenly re-engaged, which fractured the intermediate drive shaft, and disconnected the right engine from the main rotor after the left engine stopped generating power.*

937   **Q:  Did the failure of the right sprag clutch cause this crash?**

*A:  Yes.  The right sprag clutch should not have disengaged after the left engine stopped generating power.  Because it did disengage momentarily, it suddenly re-engaged and severed the right intermediate drive shaft, causing the right engine to lose power.  After the left and right engines both stopped generating power, the helicopter could no longer be safely flown, and the crash could not be avoided.*

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____ **October 20, 2006** _____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF
system which will send notification of such filing to the following e-mail
addresses:

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*

**For Defendant Pratt & Whitney**
**Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK  99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]     I hereby certify that on _____ **October 20, 2006,**
I have mailed or served the document or paper to the following non CM/ECF
participants in the manner (mail, hand delivery, etc.) indicated by the non-
participant's name:

*-Via E-Mail –*

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
Raymond L. Mariani, Esq.
NIXON PEABODY, LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY  11753
Tel. (516) 832-7520
Fax (516) 832-7555
EMail *rmariani@nixonpeabody.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Helicopters, LLC**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

- 4 -