IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, <br> a Delaware Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, <br><br> Defendants. | Case No. A02-0131 CV (JKS) <br><br><br><br> **ORDER EXTENDING TIME <br> FOR FILING CORRECTED <br> DIRECT TESTIMONY OF EXPERTS** |

Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. filed an unopposed motion to extend by one month the deadline for filing corrected proposed direct testimonies of expert witness testimony. The motion is granted, making such corrected direct testimonies due on Monday, November 27, 2006.

Dated at Anchorage, Alaska this __24th___ day of __October__ 2006.

    ___/s/James K. Singleton, Jr.____
    James K. Singleton, Jr.
    United States District Judge