David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. A02-0131 CV  (JKS) ) |
| UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. _____ | ) **NOTICE OF CHANGE OF ADDRESS** ) ) |

GROH EGGERS, LLC, attorneys for Defendants Dallas Airmotive, Inc. and UNC

Airwork Corporation hereby gives notice of its change of address to the following:

>GROH EGGERS, LLC
>2600 Cordova Street, Suite 110
>Anchorage, AK 99503

It is requested that all pleadings, correspondence, and other material relative to the above-captioned case be served on said law firm at the above address.

Dated this 8th day of November, 2006.

>Defendants Dallas Airmotive, Inc. and
>UNC Airwork Corporation
>
>By:   s/ David A. Devine                    .
>      David A. Devine (AK Bar No. 7906015)
>      GROH EGGERS, LLC
>      2600 Cordova Street, Suite 110
>      Anchorage, AK 99503
>      Phone: (907) 562-6474
>      Fax: (907) 562-6044
>      E-Mail: devined@groheggers.com
>
>      Raymond L. Mariani, NY Bar No. RM2077
>      NIXON PEABODY LLP
>      50 Jericho Quadrangle, Suite 300
>      Jericho, N.Y. 11753
>      Phone:  (516) 832-7520
>      Fax:    (516) 832-7555
>      E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on November 8, 2006,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine