Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Civil Case No. |
| vs. ) | **A02-0131 CV (JKS)** |
| ) | |
| **UNC AIRWORK CORPORATION** a/k/a ) | |
| DAI Airwork Corporation, a Delaware corporation; ) | |
| **DALLAS AIRMOTIVE, INC.** d/b/a ) | |
| UNC Airwork Corporation and DAI Airwork Corporation, ) | |
| a Delaware corporation; ) | |
| **PRATT & WHITNEY CANADA, INC.**, ) | |
| a Canadian corporation; and ) | |
| **DOES 1 through 500**, Inclusive, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

## JOINT STIPULATION RE
## EXHIBIT REVIEW

/ / /

/ / /

/ / /

/ / /

Pursuant to the Local Rule 39.3 and this Court's Order dated November 8, 2006 (Doc. 413), the parties jointly propose the following modifications to the management of trial exhibits:

1. Counsel will meet on **February 6, 2007**, to review trial exhibits in a manner consistent with Local Rule 39.3(a)(1) through (a)(5). The proposed exhibit review meeting will take place at the offices of plaintiffs' counsel in Santa Monica, California, instead of at the offices of the Court Clerk as required by Local Rule 39.3(a)(1).

2. The parties propose to briefly extend the time for compliance with Local Rule 39.3(a)(6), as follows: By no later than **February 16, 2007**, all counsel will comply with Local Rule 39.3(a)(6) by:

   A.    Serving and filing the exhibit list required by Local Rule 39.3(a)(6)(A), and

   B.    Serving on opposing counsel and lodging with the Court a copy of all exhibits and deposition transcripts required by Local Rule 39.3(a)(6)(B).

3. The parties will comply with all other provisions of Local Rule 39.3 and this Court's Order dated November 8, 2006 (Doc. 413).

/ / /

/ / /

ERA Av/PO/WO Lg24175/20070131

The parties jointly move the Court to accept the parties' stipulation.  A proposed order is being provided.

Respectfully Submitted,

Dated:  February __1__, 2007                **LAW OFFICES OF JON A. KODANI**

                                            s/  Jeffrey J. Williams

                                            By:     Jon A. Kodani, Esq.
                                                    Jeffrey J. Williams, Esq.

                                            2200 Michigan Avenue
                                            Santa Monica, CA  90404
                                            Tel. (310) 453-6762
                                            EMail *lojak@kodanilaw.com*

                                            Attorneys for Plaintiff
                                            Era Helicopters, LLC

Dated:  February __1__, 2007                **NIXON PEABODY, LLP**

                                            s/  Raymond L. Mariani

                                            By:     Raymond L. Mariani, Esq.

                                            50 Jericho Quadrangle, Suite 300
                                            Jericho, NY  11753-2728
                                            Tel. (516) 832-7520
                                            EMail *rmariani@nixonpeabody.com*

                                            Attorneys for Defendants
                                            Dallas Airmotive / UNC Airwork

ERA Av/PO/WO Lg24175/20070131

Dated:  February  1 , 2007                    **GROH EGGERS, LLC**


                                              s/  David A. Devine

                                              By:     David A. Devine, Esq.

                                              2600 Cordova Street, Suite 110
                                              Anchorage, AK  99503
                                              Tel. (907) 562-6474
                                              EMail  *devined@groheggers.com*

                                              Local Counsel for Defendants
                                              Dallas Airmotive / UNC Airwork


Dated:  February  1 , 2007                    **BAKER BRATTAIN, LLC**


                                              s/  William F. Brattain

                                              By:     William F. Brattain, Esq.

                                              N Street Plaza
                                              821 N Street Suite 101
                                              Anchorage, AK  99501
                                              Tel.  (907) 277-3232
                                              EMail  *brattain@bakerbrattain.com*

                                              Attorneys for Defendant
                                              Pratt & Whitney Canada

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____**February 1, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF
system which will send notification of such filing to the following e-mail
addresses:

**For Defendants UNC Airwork Corp.**
**and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*
        *wardm@groheggers.com*

**For Defendant Pratt & Whitney**
**Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK  99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*
        *williamfbrattain@hotmail.com*

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***

ERA Av/PO/WO Lg24175/20070131