Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>    Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>    Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

## [PROPOSED]
## ORDER ON JOINT STIPULATION RE
## EXHIBIT REVIEW

/ / /

/ / /

/ / /

/ / /

- 2 -

Pursuant to the Local Rule 39.3 and the Court's Order dated November 8, 2006 (Doc. 413), the parties' stipulation is approved and accepted by the Court as follows:

1. Counsel will meet on **February 6, 2007**, at the offices of plaintiffs' counsel, to review trial exhibits in a manner consistent with Local Rule 39.3(a)(1) through (a)(5).

2. By no later than **February 16, 2007**, all counsel will comply with Local Rule 39.3(a)(6) by:

    A.    Serving and filing the exhibit list required by Local Rule 39.3(a)(6)(A), and

    B.    Serving on opposing counsel and lodging with the Court a copy of all exhibits and deposition transcripts required by Local Rule 39.3(a)(6)(B).

3. The parties will comply with all other provisions of Local Rule 39.3 and this Court's Order dated November 8, 2006 (Doc. 413).

**IT IS SO ORDERED.**

Dated: _____

                                                      Hon. James K. Singleton
                                                      U.S. District Judge
                                                      District of Alaska