David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, ) <br> a Delaware Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a DAI ) <br> Airwork Corporation, a Delaware corporation; ) <br> DALLAS AIRMOTIVE, INC., d/b/a UNC ) <br> Airwork Corporation and DAI Airwork, a ) <br> Delaware corporation; PRATT & WHITNEY ) <br> CANADA, INC., a Canadian corporation; and ) <br> DOES 1 THROUGH 500, Inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A02-0131 CV  (JKS) <br><br><br> **DEFENDANT'S EMERGENCY** <br> **AND UNOPPOSED MOTION** <br> **FOR 2-DAY EXTENSION OF TIME** <br> **TO FILE PRETRIAL DOCUMENTS** |

COME NOW the Defendants Dallas Airmotive, Inc. and UNC Airwork Corporation

(hereinafter jointly "DAI"), and Defendant Pratt & Whitney, by and through counsel, and

file this emergency, unopposed motion for a 2-day extension of time until Tuesday, February 20, 2007 for the parties to file the Pretrial Documents in this case. The undersigned has been advised by DAI's lead counsel in New York that New York is in the midst of a significant ice storm. This storm resulted in the early closure of counsel's offices and has also interfered with counsel's ability to get documents and exhibits to and from the copy vendor. The storm is also adversely impacting services like Federal Express pickups.

These difficulties require DAI to request a 2-day extension of time to complete and file the Pretrial Documents in this case. Counsel for plaintiff Era Helicopters and counsel for defendant Pratt & Whitney have indicated that they do not oppose and, in fact, join in this motion for a 2-day extension of time.

Respectfully submitted this 14th day of February, 2007.

        Defendants Dallas Airmotive, Inc. and
        UNC Airwork Corporation

By:   s/ David A. Devine                 .
      David A. Devine (AK Bar No. 7906015)
      GROH EGGERS, LLC
      2600 Cordova Street, Suite 110
      Anchorage, AK 99503
      Phone: (907) 562-6474
      Fax: (907) 562-6044
      E-Mail: devined@groheggers.com

      Raymond L. Mariani, NY Bar No. RM2077
      NIXON PEABODY LLP
      50 Jericho Quadrangle, Suite 300
      Jericho, N.Y. 11753
      Phone:  (516) 832-7520
      Fax:    (516) 832-7555
      E-Mail:  rmariani@nixonpeabody.com

                                              BAKER BRATTAIN, LLC

                                              Attorney for Defendant Pratt & Whitney

                                              By:  s/ William F. Brattain II [by consent]

I HEREBY CERTIFY that on February 14, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

 s/ David A. Devine