IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>UNC AIRWORK CORPORATION a/k/a DAI )<br>Airwork Corporation, a Delaware corporation; )<br>DALLAS AIRMOTIVE, INC., d/b/a UNC )<br>Airwork Corporation and DAI Airwork, a )<br>Delaware corporation; PRATT & WHITNEY )<br>CANADA, INC., a Canadian corporation; and )<br>DOES 1 THROUGH 500, Inclusive,  )<br>)<br>Defendants.  )<br>_____ )| Case No. A02-0131 CV  (JKS)<br><br><br>**ORDER<br>FOR 2-DAY EXTENSION OF TIME<br>TO FILE PRETRIAL DOCUMENTS** |

Defendants having jointly filed an emergency and unopposed motion for a 2-day extension of time in which to file the Pretrial Documents in this case, and good cause appearing therefor,

IT IS ORDERED that all parties shall have a 2-day extension of time until **Tuesday, February 20, 2007** in which to file their Pretrial Documents in this case.

DATED at Anchorage, Alaska this 15th day of February, 2007.

/s/ James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Judge