David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. |
| vs. ) | **A02-0131 CV (JKS)** |
| ) | |
| **UNC AIRWORK CORPORATION** a/k/a ) | |
| DAI Airwork Corporation, a Delaware Corporation; ) | |
| **DALLAS AIRMOTIVE, INC.** d/b/a ) | |
| UNC Airwork Corporation and DAI Airwork ) | |
| Corporation, a Delaware corporation; ) | |
| **PRATT & WHITNEY CANADA, INC.,** ) | |
| A Canadian corporation; and ) | |
| **DOES 1 through 500,** Inclusive, ) | |
| ) | |
| Defendants. ) | |

## DALLAS AIRMOTIVE LIST OF TRIAL EXHIBITS

For its list of trial exhibits, defendant, Dallas Airmotive, Inc. states as follows:

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-1. | LIST OF WORK ORDERS | DAI – 1 | | ADM | |
| No. D-2 (Now P-2 & 3A) | WORK ORDER F-07705 | DAI – 2-14 | | ADM | |
| No. D-3 | WORK ORDER F-09113 | DAI – 15-133, 136-185, 334-369 | | ADM | |
| No. D-4 | DAI MANUAL-MIAMI-RC3R810L | DAI – 186-285 + [NON BATES PAGES] | | ADM | |
| No. D-5 (now P-16) | DAI PROCESS INSTRUCTION PI 002/384/1 | DAI – 329-333 | | ADM (ONLY IF RED TAB ORDER DISTURBED) | |
| No. D-6 | PWC OVERHAUL MANUAL PAGES | | | ADM | |
| No. D-7 | INTENTIONALLY LEFT BLANK | | | | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-8 (Now P-9A) | EX. 9 TO WALSHE | PWC SB# 5048 | | ADM | |
| No. D-9 (Now P-25) | EX. 6 TO WALSHE | PWC CRITICAL & ROTATING COMPONENTS BLEND SPEC | | ADM (ONLY IF RED TABL ORDER DISTURBED | |
| No. D-10 (Now P-86) | PWC LETTER – 12/9/94 | TO WHOM IT MAY CONCERN LETTER RE DAI AS AMC | | ADM | |
| No. D-11 | PERSONNEL RECORDS | DAI PERSONNEL | | ADM | |
| No. D-12 | ERA MAINTENANCE RECORDS FOR N174EH | PWC 50-207 | | ADM | |
| No. D-13 (Now P-154) | USDA FOREST SERVICE OPERATIONS AND SAFETY GUIDE | PWC 208-220 | | ADM | |
| No. D-14 | INTENTIONALLY LEFT BLANK | | | | |
| No. D-15 | ERA N174EH – AIRCRAFT LOGS | ERA 2764-3423 PWC 253-305 | | ADM | |
| No. D-16 (Now P-126) | CREW DUTY – LOG | PWC 587 | | ADM | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-17 | INTENTIONALLY LEFT BLANK | | | | |
| ~~No. D-18~~ (Now P-136-153) | ERA CONTRACT DAILY DIARY | PWC 611-621, 626-634 | | ADM | |
| No. D-19 | ECTM PROGRAM DATA | | | ADM | |
| No. D-20 (Now P-17B) | PWC REPORT | | | ADM | |
| ~~No. D-21~~ (Now P-3-B) | PWC METALLURGICAL LABORATORY REPORT | NO. 11937FS | | ADM | |
| No. D-22 | PT 6T – 3/3B DESCRIPTIVE NOTES | | | ADM | |
| No. D-23 | DRAWINGS – CT. DISK AND BLADES | PWC 1715-1722 | | ADM | |
| No. D-24 | CPW 203 – REVISION R WASPALOY | PWC 1782-86 | | ADM | |
| No. D-25 | ERA EMAILS | ERA 88-91, 93, 111-114 | ID | | |
| No. D-26 | USAU ACCIDENT SCENE REPORT | ERA 232-236 | ID | | |
| No. D-27 | RELEASE | ERA 239 | ID | | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-28 (Now P-118-122) | BELL MANUAL | ERA 408-720 | | ADM | |
| No. D-29 | CARGO/HOOK LOG | ERA 1281 | | ADM | |
| No. D-30 | COMPONENT TIMES | ERA 1282 | | ADM | |
| No. D-31 | INTENTIONALLY LEFT BLANK | | | | |
| No. D-32 | SHADRICK MED. CERTIFICATES | ERA 1836-37 | | ADM | |
| No. D-33 | ANNOTATED PT6T3B MANUAL | ERA 1884-2124 | | ADM | |
| No. D-34 | ERA MANUAL | ERA 1365-1815 | | ADM | |
| No. D-35 | ERA TRAINING MANUAL | ERA 2374-2596 | ID | | |
| No. D-36 | NTSB REPORT | ERA 16681-16698 | ID | | |
| No. D-36A | NTSB REPORT PHOTO | | ID | | |
| No. D-37 | PHOTOS | ERA 4681-4687, 7147 | | ADM | |
| No. D-38 | PHOTOS | ERA April 2003 (No Bates Numbers) | | ADM | |
| No. D-39 | ERA MAINTENANCE MANUAL | | | ADM | |
| No. 40 | MITCHELL EMAIL | ERA 12021-12024 | | ADM | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-41 | FORM 337 (3/6/98) | ERA 16926-28 | | ADM | |
| No. D-42 | BUCKET INVENTORY | ERA 10504-10507 | ID | | |
| No. D-43 | FIRE DEPLOYMENT CHECKLIST | ERA 10500-10503 | | ADM | |
| No. D-44 | SLING LOADS MANUAL | ERA 7274-7350 | ID | | |
| No. D-45 | ERA OPERATIONS MANUAL | REV. 33 15-1-15-36 | | ADM | |
| No. D-46 | ERA EXTERNAL LOAD POWERPOINT | ERA 2-135 – 1-212 | ID | | |
| No. D-47 (Now P-157) | BAMBI MANUAL | ERA 2-61 | | ADM | |
| No. D-48 | ERA TRAINING SCHEDULE | ERA 2-1 – 2-56 | | ADM | |
| No. D-49 (Now P-3C) | HANDBERG STATEMENT | ERA 8614 | | ADM | |
| No. D-50 (Now P-4B) | HANDBERG STATEMENT | ERA 8615-16 | | ADM | |
| No. D-51 | EMAIL REGARDING ALTITUDE | (PWC 598) | ID | | |
| No. D-52 | EMAIL REGARDING TORQUE | (PWC 597) | ID | | |
| No. D-53 | AUTOPSY | | ID | | |
| No. D-54 | SIDLA REPORT | (PWC 403) | ID | | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-55 | DOI – ACCIDENT REVIEW | | ID | | |
| No. D-56 | DOI AVIATION SAFETY REVIEW | | ID | | |
| No. D-57 | ERA PRESENTATIONS | ERA 4536-53 AND UNNUMBERED | ID | | |
| No. D-58 | FAA REPORT OF ACCIDENT | | ID | | |
| No. D-59 | WRECKAGE DISTRIBUTION CHART | | | ADM | |
| No. D-60 | COMPUTER MODEL OF BELL MODEL 412 HELICOPTER | KENNETH ORLOFF REPORT | | ADM[1] | |
| No. D-61 | DIAGRAM OF FLIGHT PATH OF N174EH, SHOWING VANTAGE POINT OF EYEWITNESSES | ORLOFF REPORT | | ADM | |
| No. D-62 | DIAGRAM OF RECONSTRUCTED VIEW OF N174EH FROM THE BUS | ORLOFF REPORT | | ADM | |
| No. D-63 | DIAGRAM OF N174EH'S DESCENT AFTER THE POWER LOSS | ORLOFF REPORT | | ADM | |
| No. D-64 | DIAGRAM OF MODEL 3542 BAMBI BUCKET | ORLOFF REPORT | | ADM | |
| No. D-65 | DIAGRAM OF N174EH UPON ENTANGLEMENT OF BAMBI BUCKET IN THE TREE | ORLOFF REPORT | | ADM | |

---

[1]     Plaintiff agrees to admission of Ex. D60-D68 so long as the exhibits are discussed in the direct testimony of Dr. Orloff.

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-66 | DIAGRAM OF N174EH NOSE-DOWN IMPACT | ORLOFF REPORT | | ADM | |
| No. D-67 | PHOTOS OF BAMBI BUCKET CARGO HOOK | | | ADM | |
| No. D-68 | PHOTOS OF ELECTRICAL RELEASE FOR N174EH CARGO HOOK | | | ADM | |
| No. D-69 | ERA CONTRACT – PIERSON EXHIBIT | ERA 722-941 | | ADM | |
| No. D-70 | FAA PHOTOS | | | ADM | |
| No. D-71 | DR. MANNING PHOTOS (SEM AND WRECKAGE) | | | ADM ( SEM, WRECKAGE PHOTOS MUST BE REVIEWED) | |
| No. D-72 | DISK PHOTOS | | | ADM | |
| No. D-73 | INTENTIONALLY LEFT BLANK | | | | |
| No. D-74 (Now P-132-135) | HELICOPTER LOAD CALCULATIONS | | ID | | |
| No. D-75 | INTERAGENCY HELICOPTER OPERATIONS GUIDE | | ID | | |
| No. D-76 | SEI BUCKET DATA | | ID | | |
| No. D-77 | PWC REPORT TPC 3639 SERIAL NO. 6281 | | ID | | |
| No. D-78 | N 399 EH – REPORT | | ID | | |

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-79 | MATERIAL ROUTING FORM | | ID | | |
| ~~No. D-80~~ (Now P-229) | HELICOPTER SCALE MODEL | | | ADM | |
| ~~No. D-81~~ (Now P-80) | EXEMPLAR CT DISK | | | ADM | |
| No. D-82 | EXEMPLAR CT BLADE | | | ADM **[IF SAME PART NO.]** | |
| No. D-83 | EXEMPLAR BAMBI BUCKET AND/OR CABLES | | | ADM **[IF SAME PART NO.]** | |
| No. D-84 | COCKPIT MOCK UP WITH EXEMPLAR FLIGHT CONTROLS | | ID | | |
| No. D-85 | PROOF OF PAYMENT TO ERA FOR HULL LOSS | | ID | | |
| No. D-86 | MANNING –CHART HEADED RUPTURE STRENGTH (WASPALOY) | | | ADM[2] | |
| No. D-87 | MANNING – GRAPH HEADED HISTOGRAM OF RADIAL GROWTH COMPRESSOR TURBINE DISK | | | ADM | |
| No. D-88 | MANNING – HAND DRAWN DIAGRAM | | | ADM | |
| No. D-89 | MANNING – DOCUMENT HEADED CT DISK MEASUREMENTS | | | ADM | |
| ~~No. D-90~~ (Now P-6B) | MANNING – DOCUMENT | BATES NUMBERED 1773 TO 1776 | | ADM | |

---

[2]    Plaintiff agrees to the admission of Ex. D86-D89 and D92-D95 so long as the exhibits are discussed in the direct testimony of Dr. Manning.

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-91 | INTENTIONALLY LEFT BLANK | | | | |
| No. D-92 | MANNING –SERVICE INFORMATION LETTER FOR ALL PT6A ENGINES | | | ADM | |
| No. D-93 | MANNING – SPECIFICATION CPW 203 | BATES NUMBERED BY PRATT 1782 TO 1897 | | ADM | |
| No. D-94 | MANNING – PORTIONS OF PRATT & WHITNEY MAINTENANCE AND OVERHAUL MANUALS | | ID | | |
| No. D-95 | MANNING – DOCUMENT HEADED THE AIRCRAFT GAS TURBINE ENGINES AND ITS OPERATIONS | | | ADM | |
| No. D-96 | TRANSCRIPT –DEPOSITION DESIGNATIONS - HERBERT[3] | | ID | | |
| No. D-97 | TRANSCRIPT; DEPOSITION – COLE – DESIGNATIONS | | ID | | |
| No. D-98 | TRANSCRIPT; DEPOSITION – LAPTHORNE – DESIGNATIONS | | ID | | |
| No. D-99 | TRANSCRIPT ; DEPOSITION – ORDER – DESIGNATIONS | | ID | | |
| No. D-100 | TRANSCRIPT; DEPOSITION – YOUNG – DESIGNATIONS | | ID | | |
| No. D-101 | TRANSCRIPT; DEPOSITION – RAUCH – DESIGNATIONS | | ID | | |
| No. D-102 | TRANSCRIPT; DEPOSITION – CORNEJO – DESIGNATIONS | | ID | | |

---

[3]    The entire deposition is designated except for the testimony that has strikeouts through the lines.

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| No. D-103 | TRANSCRIPT; DEPOSITION – BAKER – DESIGNATIONS | | ID | | |
| No. D-104 | TRANSCRIPT – ENTIRETY FOR CROSS EXAMINATION/ IMPEACHMENT – STIMPSON | | ID | | |
| No. D-105 | TRANSCRIPT – ENTIRETY FOR CROSS EXAMINATION/ IMPEACHMENT – COX | | ID | | |
| No. D-106 | TRANSCRIPT ENTIRETY FOR CROSS-EXAMINATION/ IMPEACHMENT – LAREW | | ID | | |
| No. D-107 | TRANSCRIPT – ENTIRETY FOR CROSS-EXAMINATION/ IMPEACHMENT – RUPERT | | ID | | |
| No. D-108 | TRANSCRIPT – ENTIRETY FOR CROSS EXAMINATION/ IMPEACHMENT – SCANLAN | | ID | | |
| No. D-109 | TRANSCRIPT – ENTIRETY IF COURT REVISES ORDERS REGARDING RED TAG – WASHINGTON | | ID | | |
| No. D-110 | TRANSCRIPT – ENTIRETY IF COURT REVISES ORDERS REGARDING RED TAG – LIMA | | ID | | |
| No. D-111 | TRANSCRIPT – CROSS DESIGNATIONS – WALSHE | | ID | | |
| No. D-112 | TRANSCRIPT – CROSS DESIGNATIONS – HANBERG | | ID | | |
| No. D-113 | TRANSCRIPT – CROSS DESIGNATIONS – BENNETT | | ID | | |
| No. D-114 | DALLAS RESERVES THE RIGHT TO MAKE OFFERS OF PROOF AT TRIAL AS TO TESTIMONY IT WOULD HAVE OFFERED BY DEPOSITION HAD THE COURT NOT EXCLUDED CERTAIN AREAS OF TESTIMONY THROUGH ITS PRETRIAL RULINGS | | | | |

10313407.1

| Exhibit No. | Brief Description of Document | Discovery Doc. No. | Identified | Admitted | With-drawn |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted this 20th day of February, 2007.

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By:    s/ David A. Devine
       David A. Devine (AK Bar No. 7906015)
       GROH EGGERS, LLC
       2600 Cordova Street, Suite 110
       Anchorage, AK 99503
       Phone: (907) 562-6474
       Fax: (907) 562-6044
       E-Mail: devined@groheggers.com

       Raymond L. Mariani, NY Bar No. RM2077
       NIXON PEABODY LLP
       50 Jericho Quadrangle, Suite 300
       Jericho, N.Y. 11753
       Phone:  (516) 832-7520
       Fax:     (516) 832-7555
       E-Mail: rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine

10313407.1