David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, ) <br> a Delaware Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a DAI ) <br> Airwork Corporation, a Delaware corporation; ) <br> DALLAS AIRMOTIVE, INC., d/b/a UNC ) <br> Airwork Corporation and DAI Airwork, a ) <br> Delaware corporation; PRATT & WHITNEY ) <br> CANADA, INC., a Canadian corporation; and ) <br> DOES 1 THROUGH 500, Inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A02-0131 CV  (JKS) <br><br><br> **DAI's PROPOSED VOIR DIRE** |

Defendants Dallas Airmotive, Inc. and UNC Airwork (hereinafter collectively

"DAI") hereby propose the following voir dire questions in addition to those voir dire

questions previously identified by the Court:

1. Do you know any of the following individuals:

   Terry Bennett
   Thomas Berthe
   Kenneth Brian Blixhaven
   Ian Cheyne
   Terry Cole
   Donald Cox
   Tony Davis
   Jutta Demers
   William Jeffrey Edwards
   Robert Galloway
   Les Hanberg
   Mark Jones
   Gus Lapthorne
   Richard ALash@ Larew
   Charles Manning
   Clifford Mitchell
   George Neufeld
   Rick Oeder
   Kenneth Orloff
   Ron Ortuso
   Lynn Pierson
   Steven Rauch
   Lawrence Scanlan
   Ken Steiner
   Douglas Stimpson
   David Rupert
   Weldon Walshe
   Thomas Young

2. Do you, any members of your family, or any close friend have any pilot licenses or aircraft ratings? If so, describe the type of licenses and ratings and the approximate dates issued.

3. Have you had any sort of pilot training? If so, describe the training you received and the approximate dates of the training.

4. Do you, any members of your family, or any close friend have any aircraft maintenance or mechanic=s licenses? If so, describe the type of licenses and the approximate dates issued.

5. Have you, any members of your family, or any close friend worked on a fire fighting crew or been involved in fighting a forest fire or brush fire? If so, describe the fire fighting experience and the approximate dates involved.

6. Have you ever flown in a helicopter? If so, describe your experience with helicopter flights and the approximate dates involved.

7. Have any friends or family members described to you their experiences with helicopter flights? If so, what did they tell you about their experiences?

8. Have you or any of your friends or family been involved in a helicopter or airplane accident? If so, describe what happened and approximately when it happened.

9. What experiences, if any, have you or family members had with Era Aviation?

10. Have you or any member of your family ever made a claim to anyone for property damage? If so, who did you make a claim to and what type of property was involved? What happened to cause the property damage? Do you believe your claim was handled fairly? Please describe what how your claim was handled.

11. Have you or any member of your family been involved in any kind of dispute over the performance of services or purchase of a product? If so, please describe the circumstances and result of the dispute.

12. Has anyone ever made a claim to you or a family member for property damage? If so, who made the claim and what type of property was involved? What happened to cause the property damage?

13. Have you ever been in a position where you were required to order parts or obtain services from somewhere outside of Alaska? If so, please describe the nature of that position and your experience.

14. Is your ability to impartially render a verdict in this case affected by the fact of the death of the pilot?

15. Can you, in rendering a verdict in this case, be fair to a corporation that is based outside of Alaska?

16. Do you favor the Plaintiff just because it initiated this action against the Defendants?

17. If the evidence supports it, would you be able to reach a conclusion that the deceased pilot was the cause of this accident?

18. Are you able to reach a decision that the deceased pilot was the cause of this accident even though he is not a party to this case?

Respectfully submitted this 20th day of February, 2007.

        Defendants Dallas Airmotive, Inc. and
        UNC Airwork Corporation

        By:   s/ David A. Devine
        David A. Devine (AK Bar No. 7906015)
        GROH EGGERS, LLC
        2600 Cordova Street, Suite 110
        Anchorage, AK 99503
        Phone: (907) 562-6474
        Fax: (907) 562-6044
        E-Mail: devined@groheggers.com

        Raymond L. Mariani, NY Bar No. RM2077
        NIXON PEABODY LLP
        50 Jericho Quadrangle, Suite 300
        Jericho, N.Y. 11753
        Phone:  (516) 832-7520
        Fax:    (516) 832-7555
        E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine