Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>    Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>    Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Order (Doc. 413), plaintiff Era Helicopters, LLC, respectfully submits the following proposed voir dire questions:

1. Have you or any members of your family ever worked in the aviation industry?

2. Have you or any of your family members ever flown in a helicopter?

3. Do you or any of your family members have any background or training as a pilot?

4. Do you or any of your family members have any background or training as an airplane or helicopter mechanic?

5. If you find that the defendants' conduct in this case was outrageous or evidenced reckless indifference to the interests of another person, do you have any personal beliefs or convictions which might prevent you from awarding damages that are designed to punish the defendants and deter the defendants and others from repeating similar acts?

6. If you are asked in this case to award damages that are designed to punish the defendants and deter the defendants and others from repeating similar acts, do you have any personal beliefs or convictions which might prevent you from awarding such damages if one-half of those damages will be paid to the State of Alaska?

Plaintiff respectfully reserves the right to submit additional proposed voir dire questions prior to trial.

Respectfully Submitted,

Dated: February __20__, 2007          **LAW OFFICES OF JON A. KODANI**

                                                    s/  Jeffrey J. Williams

By:   Jon A. Kodani, Esq.
       Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762
EMail *lojak@kodanilaw.com*

Attorneys for Plaintiff
Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**February 20, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc. | For Defendant Pratt & Whitney Canada Corp. |
|---|---|
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*