Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>**UNC AIRWORK CORPORATION** a/k/a  )<br>DAI Airwork Corporation, a Delaware corporation;  )<br>**DALLAS AIRMOTIVE, INC.** d/b/a  )<br>UNC Airwork Corporation and DAI Airwork Corporation,  )<br>a Delaware corporation;  )<br>**PRATT & WHITNEY CANADA, INC.**,  )<br>a Canadian corporation; and  )<br>**DOES 1 through 500**, Inclusive,  )<br>)<br>Defendants.  )<br>) | Civil Case No.<br>**A02-0131 CV (JKS)** |

### PLAINTIFF'S PROPOSED SPECIAL VERDICT FORMS
### (Phases I and II)

Pursuant to the Court's order (Doc. 413), plaintiff Era Helicopters, LLC, respectfully submits the following proposed special verdict forms (Phases I and II), based on Alaska Civil Pattern Jury Instruction Special Verdict 07.09 (modified):

## PHASE I

We, the jury in the above entitled action, find the following Special Verdict on the questions submitted to us:

**Question No. 1:**

Was the product(s) defective?

          Yes  _____          No  _____

If you answer "yes" to Question No. 1, then please answer Question No. 2.

However, if you answer "no" to Question No. 1, then please skip Question Nos. 2 and 3, and answer Question No. 4.

**Question No. 2:**

Did the defects exist when the product(s) left the possession of the defendants?

          Yes  _____          No  _____

If you answer "yes" to Question No. 2, then please answer Question No. 3.

However, if you answer "no" to Question No. 2, then please skip Question No. 3, and answer Question No. 4.

**Question No. 3:**

Were the defects in the product(s) a legal cause of damage to the Helicopter?

          Yes  _____          No  _____

Please answer Question No. 4.

**Question No. 4:**

Were the defendants negligent?

      Yes  _____    No  _____

If you answer "yes" to Question No. 4, then please answer Question No. 5.

If you answer "no" to Question No. 4, but you answered "yes" to Question Nos. 1, 2 *and* 3, then please skip Question No. 5 and answer Question Nos. 6 and 7.

If you answer "no" to Question No. 4, and you also answered "no" to Question Nos. 1, 2 *or* 3, then do not answer any further questions. Your foreperson should date and sign this verdict.

**Question No. 5:**

Was the negligent conduct of the defendants a legal cause of damage to the Helicopter?

      Yes  _____    No  _____

If you answer "yes" to Question No. 5, then please answer Question Nos. 6 and 7.

If you answer "no" to Question No. 5, but you answered "yes" to Question Nos. 1, 2 *and* 3, then please answer Question Nos. 6 and 7.

If you answer "no" to Question No. 5, and you also answered "no" to Question Nos. 1, 2 *or* 3, then do not answer any further questions. Your foreperson should date and sign this verdict.

**Question No. 6:**

What do you find to be the total amount of damages suffered by plaintiff Era Helicopters, LLC?

$ _____

**Question No. 7:**

Do you find by clear and convincing evidence that the defendants' conduct demonstrated reckless indifference to the interests of others, or was outrageous?

Yes _____        No _____

DATED: _____, 2007, at Anchorage, Alaska.

_____
Foreperson of the Jury

**PHASE II**

We, the jury in the above entitled action, find the following Special Verdict on the questions submitted to us:

**Question No. 1:**

What amount of money will fairly accomplish the purposes of punishing the defendants and deterring the defendants and others from repeating similar acts?

$_____

DATED: _____, 2007, at Anchorage, Alaska.

_____
Foreperson of the Jury

Respectfully Submitted,

Dated: February  20 , 2007    **LAW OFFICES OF JON A. KODANI**

       s/  Jeffrey J. Williams

By:   Jon A. Kodani, Esq.
      Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762
EMail *lojak@kodanilaw.com*

Attorneys for Plaintiff
Era Helicopters, LLC

- 5 -

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]  I hereby certify that on  **February 20, 2007**  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

　　　　　　　　　　　　　　　s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*