Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **UNC AIRWORK CORPORATION** a/k/a ) <br> DAI Airwork Corporation, a Delaware corporation; ) <br> **DALLAS AIRMOTIVE, INC.** d/b/a ) <br> UNC Airwork Corporation and DAI Airwork Corporation, ) <br> a Delaware corporation; ) <br> **PRATT & WHITNEY CANADA, INC.**, ) <br> a Canadian corporation; and ) <br> **DOES 1 through 500**, Inclusive, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. <br> **A02-0131 CV (JKS)** |

### PLAINTIFF'S LIST OF PROPOSED JURY INSTRUCTIONS

Pursuant to the Court's Order (Doc. 413), plaintiff Era Helicopters, LLC respectfully submits the following list of proposed jury instructions:

**Ninth Circuit Model Civil Jury Instructions**

| | |
|---|---|
| **1.1** | **DUTY OF JURY** |
| **1.2** | **CLAIMS AND DEFENSES** |
| **1.3** | **WHAT IS EVIDENCE** |
| **1.4** | **WHAT IS NOT EVIDENCE** |
| **1.5** | **EVIDENCE FOR LIMITED PURPOSE** |
| **1.6** | **DIRECT AND CIRCUMSTANTIAL EVIDENCE** |
| **1.7** | **RULING ON OBJECTIONS** |
| **1.8** | **CREDIBILITY OF WITNESSES** |
| **1.9** | **CONDUCT OF THE JURY** |
| **1.10** | **NO TRANSCRIPT AVAILABLE TO JURY** |
| **1.11** | **TAKING NOTES** |
| **1.12** | **OUTLINE OF TRIAL** |
| **1.13** | **BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE** |
| **2.4** | **STIPULATIONS OF FACT** |
| **2.6** | **DEPOSITION AS SUBSTANTIVE EVIDENCE** |
| **2.13** | **USE OF INTERROGATORIES OF A PARTY** |
| **3.1** | **DUTIES OF JURY TO FIND FACTS AND FOLLOW LAW** |
| **3.2** | **WHAT IS EVIDENCE** |
| **3.3** | **WHAT IS NOT EVIDENCE** |
| **3.5** | **DIRECT AND CIRCUMSTANTIAL EVIDENCE** |
| **3.6** | **CREDIBILITY OF WITNESSES** |
| **3.7** | **OPINION EVIDENCE, EXPERT WITNESSES** |
| **3.9** | **CHARTS AND SUMMARIES NOT RECEIVED IN EVIDENCE** |
| **3.10** | **CHARTS AND SUMMARIES IN EVIDENCE** |
| **4.1** | **DUTY TO DELIBERATE** |
| **4.2** | **USE OF NOTES** |
| **4.3** | **COMMUNICATION WITH COURT** |
| **4.4** | **RETURN OF VERDICT** |
| **5.1** | **BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE** |
| **6.2** | **LIABILITY OF CORPORATIONS** |
| **7.1** | **DAMAGES—PROOF** |
| **7.2** | **MEASURES OF TYPES OF DAMAGES** |

**Alaska Civil Pattern Jury Instructions**

| | |
|---|---|
| **1.08** | **CREDIBILITY OF EXPERT WITNESSES** |
| **2.14** | **CLOSING INSTRUCTIONS — VIDEOTAPE DEPOSITIONS** |
| **3.01** | **NEGLIGENCE – PLAINTIFF ENTITLED TO RECOVER** |
| **3.03A** | **NEGLIGENCE DEFINED** |
| **3.04A** | **VIOLATION OF STATUTE – NEGLIGENCE PER SE** |
| **3.06** | **LEGAL CAUSE** |
| **3.09** | **INTRODUCTION TO SPECIAL VERDICT FORM** |
| **7.01** | **PRODUCTS LIABILITY – PLAINTIFF'S CLAIM** |
| **7.02** | **LIABILITY FOR DEFECT IN PRODUCT** |
| **7.03** | **DEFECTIVENESS DEFINED** |
| **7.07** | **STRICT LIABILITY IN TORT – LEGAL CAUSE** |
| **20.14** | **CONVERSION, LOSS, OR DESTRUCTION OF PROPERTY** |
| **20.16** | **LOSS OF USE OF PROPERTY** |
| **20.17A** | **FAIR MARKET VALUE DEFINED** |
| **20.17B** | **VALUE OF LOSS OF THE USE OF PROPERTY DEFINED** |
| **20.17C** | **FAIR RENTAL VALUE** |
| **20.20A** | **LIABILITY FOR PUNITIVE DAMAGES** |
| **20.20B** | **AMOUNT OF PUNITIVE DAMAGES AWARD** |

Respectfully Submitted,

Dated: February __20__, 2007        **LAW OFFICES OF JON A. KODANI**

                                                   s/ Jeffrey J. Williams

                                    By:   Jon A. Kodani, Esq.
                                           Jeffrey J. Williams, Esq.

                                    2200 Michigan Avenue
                                    Santa Monica, CA  90404
                                    Tel. (310) 453-6762
                                    EMail *lojak@kodanilaw.com*

                                    Attorneys for Plaintiff
                                    Era Helicopters, LLC

**CERTIFICATE OF SERVICE**
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**February 20, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
|---|---|
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*