Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **UNC AIRWORK CORPORATION** a/k/a ) <br> DAI Airwork Corporation, a Delaware corporation; ) <br> **DALLAS AIRMOTIVE, INC.** d/b/a ) <br> UNC Airwork Corporation and DAI Airwork Corporation, ) <br> a Delaware corporation; ) <br> **PRATT & WHITNEY CANADA, INC.**, ) <br> a Canadian corporation; and ) <br> **DOES 1 through 500**, Inclusive, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. <br> **A02-0131 CV (JKS)** |

## PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to the Court's Order (Doc. 413), plaintiff Era Helicopters, LLC, respectfully submits the following exhibit list:

/ / /

**Plaintiff's Exhibit List**

| ExhNo | Description | Status |
|---|---|---|
| P001 | CT Disk Ass'y, exemplar, stand mounted | ID |
| P002 | 1997 Repair Docs | ADM |
| P003A | Engine Log Book Records | ADM |
| P003B | Demers Report ME 11937FS (final) | ADM |
| P003C | Statement, HanbergL | ADM |
| P004A | UNC Work Instructions F09113 items 1-8 | ADM |
| P004B | Statement, HanbergL | ADM |
| P005A | UNC Disassembly Inspection Record | ADM |
| P005B | Drawing, HanbergL | ADM |
| P006A | UNC Rework Original | ADM |
| P006B | CT Disc, Diameter K measurements | ADM |
| P006C | Photo, N174EH w/ bucket | ADM |
| P007A | Coltec Industries Certificate of Conformance | ADM |
| P007B | Photo, N174EH w/ bucket | ADM |
| P008A | PWC Invoice | ADM |
| P008B | Photo, N174EH w/ bucket | ADM |
| P009A | PWC Service Bulletin 5406 | ID |
| P009B | Photo, N174EH w/ bucket | ID |
| P010A | UNC Overhaul Inspection Record (redacted) | ADM |
| P010B | Demers Report ME 11940FS (final) | ADM |
| P011 | UNC Inspection Parts Life Summary | ADM |
| P012A | UNC Overhaul Inspection Record | ADM |
| P012B | Berthe Factual Notes | ADM |
| P013 | UNC M.R.B. Approval Form | ADM |
| P014 | UNC Rejected Parts Inventory (redacted) | ADM |
| P015 | UNC Rework Original | ADM |
| P016 | UNC Process Instruction Record PI 002/384/1 | ADM |
| P017A | UNC-Millville Detail Inspection Record | ID |
| P017B | Berthe/Ortuso Report No. TL-1603 (redacted) | ID |
| P018A | UNC Rejected (Red) Tags | ID |
| P018B | PWC Fig. 5, Gearbox Sub Ass'y | ADM |
| P019A | UNC Work Authorization/Estimate, w/ attachments | ADM |
| P019B | PWC Fig. 7, Gearbox Ass'y | ADM |
| P020 | PWC Invoice (2 pages) | ADM |
| P021 | UNC Stock Request | ID |
| P022 | UNC Repair/Ticket | ADM |

- 3 -

| | | |
|---|---|---|
| **P023** | UNC Compressor Disc Assembly Record | **ADM** |
| **P024** | UNC engine Records | **ADM** |
| **P025** | PWC Critical and Rotating Components Manual | **ADM** |
| **P026** | Era P.O. G131444 | **ADM** |
| **P027** | PWC Invoice | **ADM** |
| **P028** | UNC Bench & Parts Issue Sheet (redacted) | **ADM** |
| **P029** | UNC P.O. MF-011399 | **ADM** |
| **P030** | UNC-Millville Receiving & Inspection Report | **ADM** |
| **P031** | Cost Estimate Approval | **ADM** |
| **P032** | UNC-Millville Job Record | **ADM** |
| **P033** | UNC Assembly Inspection Record (3 pages) | **ADM** |
| **P034** | UNC Job Record | **ADM** |
| **P035** | UNC Repair Ticket | **ADM** |
| **P036** | UNC Shipping Record | **ADM** |
| **P037** | UNC Invoice (2 pages) | **ADM** |
| **P038** | Era Engine Log Book Record | **ADM** |
| **P039** | Era Accounts Payable Batch Report | **ADM** |
| **P040** | Bell 412 Drawings (3) | **ADM** |
| **P041** | Bell 412 Drawings (3) | **ADM** |
| **P042** | Bell 412 Drawings (3) | **ADM** |
| **P043** | Photos, cockpit, exemplar | **ID** |
| **P044** | Photos, cockpit, exemplar | **ID** |
| **P045** | Photos, cockpit, exemplar | **ID** |
| **P046** | Photos | **ADM** |
| **P047** | Photos | **ADM** |
| **P048** | Photos | **ADM** |
| **P049** | Photos | **ADM** |
| **P050** | Photos | **ADM** |
| **P051** | Photos | **ADM** |
| **P052** | Photos | **ADM** |
| **P053** | Photos | **ADM** |
| **P054** | Photos | **ADM** |
| **P055** | Photos | **ADM** |
| **P056** | Photos | **ADM** |
| **P057** | Photos | **ADM** |
| **P058** | Photos | **ADM** |
| **P059** | Photos | **ADM** |
| **P060** | Photos | **ADM** |
| **P061** | Photos | **ADM** |
| **P062** | Photos | **ADM** |

| | | |
|---|---|---|
| **P063** | Photos | **ADM** |
| **P064** | Photos | **ADM** |
| **P065** | PWC Photos (engine and disass'y) | **ADM** |
| **P066** | PWC Photos (engine and disass'y) | **ADM** |
| **P067** | PWC Photos (engine and disass'y) | **ADM** |
| **P068** | PWC Photos (engine and disass'y) | **ADM** |
| **P069** | PWC Photos (engine and disass'y) | **ADM** |
| **P070** | PWC Photos (engine and disass'y) | **ADM** |
| **P071** | PWC Photos (engine and disass'y) | **ADM** |
| **P072** | PWC Photos (engine and disass'y) | **ADM** |
| **P073** | PWC Photos (engine and disass'y) | **ADM** |
| **P074** | PWC Photos (engine and disass'y) | **ADM** |
| **P075** | PWC Photos (engine and disass'y) | **ADM** |
| **P076** | PWC Photos (engine and disass'y) | **ADM** |
| **P077** | PWC Photos (engine and disass'y) | **ADM** |
| **P078** | PWC Photos (engine and disass'y) | **ADM** |
| **P079** | CT Disk (l/h) and blades (including segments) (actual) | **ADM** |
| **P080** | Exemplar CT Disk Assembly | **ADM** |
| **P081** | #2 RH CT Disk, actual | **ADM** |
| **P082** | Bambi Bucket and control cables (actual) | **ADM** |
| **P083** | Exemplar Engine Housing | **ADM** |
| **P084** | PWC Release Note (Engine CP-PS 62224) | **ADM** |
| **P085A** | PWC Lab Report ME 9053CS | **ADM** |
| **P085B** | PWC Lab Report ME 10245CS | **ADM** |
| **P085C** | PWC Lab Report ME 10307FS | **ADM** |
| **P086** | Memo, UNC is recognized distributor for PWC | **ADM** |
| **P087** | Era P.O. G114283 | **ADM** |
| **P088** | UNC Cost Estimate Approval | **ADM** |
| **P089** | *intentionally blank* | – |
| **P090** | PWC Invoice P4803003 | **ADM** |
| **P091** | UNC Work Instructions F07705, items 15-21 | **ADM** |
| **P092** | UNC Log Book Sign-Off Record | **ADM** |
| **P093** | UNC Inspection & Modification Certificate | **ADM** |
| **P094** | UNC Engine Test Certificate | **ADM** |
| **P095** | UNC Inspection Parts Life Summary | **ADM** |
| **P096** | FAA Form 337 (2 pages) | **ADM** |
| **P097** | UNC Shipping Record 130064 (2 pages) | **ADM** |
| **P098** | UNC Invoice | **ADM** |
| **P099** | Era Accounts Payable Batch Report | **ADM** |

| | | |
|---|---|---|
| P100 | Era Check 213658 | **ADM** |
| P101 | *intentionally blank* | – |
| P102 | Shadrick USDA Helo Pilot Qualification Card | **ID** |
| P103 | *intentionally blank* | – |
| P104 | Shadrick FAA Certificate (front and back) | **ID** |
| P105 | Shadrick OAS Approval Record | **ID** |
| P106 | *intentionally blank* | – |
| P107 | Shadrick Helo Pilot Qualifications and Approval Record | **ID** |
| P108 | Shadrick Certificate of Completion, Annual Recurrent Training | **ID** |
| P109 | Corr, FAA Authorization as Check Pilot | **ID** |
| P110 | Corr, ERA Request for Check Pilot Authorization | **ID** |
| P111 | Corr, FAA Authorization as Check Pilot | **ID** |
| P112 | Shadrick Certificate of Completion, BH412 Ground School | **ID** |
| P113 | Shadrick Flight Safety Record of Training, BH412 | **ID** |
| P114 | Shadrick FAR 135 Competency/Proficiency Record | **ID** |
| P115 | Era Pilot Information Sheet | **ID** |
| P116 | N174EH Weight Report (2 pages) | **ID** |
| P117 | N174EH Master Equipment List (6 pages) | **ID** |
| P118 | Bell 412 Flight Manual | **ADM** |
| P119 | Bell 412 Flight Manual Supplement FMS-19.1 | **ADM** |
| P120 | Bell 412 Flight Manual Supplement FMS-35.2 | **ADM** |
| P121 | Bell 412 Flight Manual Supplement FMS-52.1 | **ADM** |
| P122 | Bell 412 Checklists | **ADM** |
| P123 | Helicopter Control Panel, drawing | **ID** |
| P124 | N174EH Power Check Forms | **ADM** |
| P125 | *intentionally blank* | – |
| P126 | Pilot Duty and Flight Hours Log | **ADM** |
| P127 | Helibase Flight Time Tracking Records | **ADM** |
| P128 | Helibase Mission Request Logs | **ADM** |
| P129 | Helibase Flight Following Logs | **ADM** |
| P130 | Interagency Helicopter Passenger/Cargo Manifests | **ID** |
| P131 | Helicopter Daily Use and Cost Summaries | **ADM** |
| P132 | DOI Helicopter Load Calculation Book, Shadrick | **ADM** |
| P133 | Load Calculations, N174EH | **ADM** |
| P134 | Load Calculations, N174EH | **ADM** |
| P135 | Load Calculation, N174EH (5,500 +30) | **ADM** |
| P136 | Aircraft Contract Daily Diaries | **ADM** |
| P137 | Aircraft Contract Daily Diaries | **ADM** |
| P138 | Aircraft Contract Daily Diaries | **ADM** |

| | | |
|---|---|---|
| **P139** | Aircraft Contract Daily Diaries | **ADM** |
| **P140** | Aircraft Contract Daily Diaries | **ADM** |
| **P141** | Aircraft Contract Daily Diaries | **ADM** |
| **P142** | Aircraft Contract Daily Diaries | **ADM** |
| **P143** | Aircraft Contract Daily Diaries | **ADM** |
| **P144** | Aircraft Contract Daily Diaries | **ADM** |
| **P145** | Aircraft Contract Daily Diaries | **ADM** |
| **P146** | Aircraft Contract Daily Diaries | **ADM** |
| **P147** | Aircraft Contract Daily Diaries | **ADM** |
| **P148** | Aircraft Contract Daily Diaries | **ADM** |
| **P149** | Aircraft Contract Daily Diaries | **ADM** |
| **P150** | Aircraft Contract Daily Diaries | **ADM** |
| **P151** | Aircraft Contract Daily Diaries | **ADM** |
| **P152** | Aircraft Contract Daily Diaries | **ADM** |
| **P153** | Aircraft Contract Daily Diaries | **ADM** |
| **P154** | USDA Forest Service Ops and Safety Procedures Guide | **ADM** |
| **P155** | Shadrick Pilot Certification (USFS) signed by Shadrick | **ADM** |
| **P156** | SAFECOM Aviation Safety Communique | **ADM** |
| **P157** | Bambi Bucket Manual | **ADM** |
| **P158** | *intentionally blank* | – |
| **P159** | PWC Overhaul Manual 3017043 | **ID** |
| **P160** | Drive Shaft (fractured) and components (actual) | **ADM** |
| **P161** | Larew exhibit, BlueBook | **ID** |
| **P162** | Larew exhibit, component time status | **ID** |
| **P163** | Larew exhibit, sales contract (AirLogistics) | **ID** |
| **P164** | Larew exhibit, sales contract (FAASA) | **ID** |
| **P165** | Larew exhibit, chart, fleet hours and revenue | **ID** |
| **P166** | Larew exhibit, shipping costs and employee expenses | **ID** |
| **P167** | Larew exhibit, summary of damages | **ID** |
| **P168** | Chart, Scanlan, Summary of facts and data | **ID** |
| **P169** | Chart, Scanlan, Flight path data | **ID** |
| **P170** | Chart, Scanlan, Terrain elevation | **ID** |
| **P171** | Chart, Scanlan, Analysis tasks | **ID** |
| **P172** | Chart, Scanlan, Height-velocity curve | **ID** |
| **P173** | Photos, Scanlan, Crash site | **ADM** |
| **P174** | Chart, Scanlan, Chronology of events | **ID** |
| **P175** | Chart, Scanlan, Summary of conclusions | **ID** |
| **P176** | Rupert resume | **ID** |
| **P177** | Rupert, chart, assignments | **ID** |
| **P178** | Rupert, metallurgical mount (actual) | **ID** |

| | | |
|---|---|---|
| P179 | Rupert, SEM photos | ID |
| P180 | Rupert, engine diagram line drawing | ADM |
| P181 | Rupert, diagram, sprag clutch | ADM |
| P182 | Rupert, diagram, engine cross-section | ADM |
| P183 | Rupert, diagram, CGB cross-section | ADM |
| P184 | Rupert, chart, opinions re Ct disk | ID |
| P185 | Rupert, photos of disk < Demers report | ADM |
| P186 | Rupert, photos, hot corrosion damage | ADM |
| P187 | Rupert, photos, hot corrosion damage | ADM |
| P188 | Rupert, photos, hot corrosion damage | ADM |
| P189 | Rupert, chart, maintenance history | ID |
| P190 | Rupert, chart, opinions re drive shaft | ID |
| P191 | Photos of disk, pitting | ADM |
| P192 | Photos of disk, sulfur contamination | ADM |
| P193 | Spectrograph analysis docs | ID |
| P194 | CGB cross-section diagram | ADM |
| P195 | Diagram, engine/component parts | ADM |
| P196 | Diagram, engine/component parts | ADM |
| P197 | Diagram, engine/component parts | ADM |
| P198 | Diagram, engine/component parts | ADM |
| P199 | Diagram, engine/component parts | ADM |
| P200 | *intentionally blank* | – |
| P201 | Diagram, engine/component parts | ADM |
| P202 | Diagram, engine/component parts | ADM |
| P203 | Diagram, engine/component parts | ADM |
| P204 | Diagram, engine/component parts | ADM |
| P205 | Diagram, engine/component parts | ADM |
| P206 | Diagram, engine/component parts | ADM |
| P207 | Diagram, engine/component parts | ADM |
| P208 | Diagram, engine/component parts | ADM |
| P209 | Diagram, engine/component parts | ADM |
| P210 | Diagram, engine/component parts | ADM |
| P211 | Chart, Stimpson, conclusions | ID |
| P212 | Photo, fractured CT disk | ID |
| P213 | FAR 14 CFR § 145.57 (1998) | ID |
| P214 | CGB Log Book Records | ADM |
| P215 | Sprag clutch, right | ADM |
| P216 | PWC Training Manual, p. 4.5 | ADM |
| P217 | Transcript, Deposition, Berthe, *excerpted* | – |
| P218 | Transcript, Deposition, Demers *excerpted* | – |

| | | |
|---|---|---|
| **P219** | Transcript, Deposition, Hanberg *excerpted* | – |
| **P220** | Transcript, Deposition, Neufeld *excerpted* | – |
| **P221** | Transcript, Deposition, Ortuso *excerpted* | – |
| **P222** | Transcript, Deposition, Walshe *excerpted* | – |
| **P223** | Transcript, Deposition, Manning, 040128 | – |
| **P224** | Transcript, Deposition, Manning, 050202 | – |
| **P225** | Transcript, Deposition, Morin | – |
| **P226** | Transcript, Deposition, Orloff | – |
| **P227** | Transcript, Deposition, Cheyne | – |
| **P228** | Transcript, Deposition, Albert | – |
| **P229** | Model, Bell 412 helicopter | **ADM** |

Respectfully Submitted,


Dated:  February   20  , 2007            **LAW OFFICES OF JON A. KODANI**


            s/  Jeffrey J. Williams

By:    Jon A. Kodani, Esq.
       Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762
EMail *lojak@kodanilaw.com*

Attorneys for Plaintiff
Era Helicopters, LLC

**CERTIFICATE OF SERVICE**
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on   **February 20, 2007**  ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

      s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*