David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:     (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:     (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company,  )<br>Plaintiff,  )<br>vs.  )<br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive,  )<br>Defendants.  )<br>_____ ) | Case No. A02-0131 CV  (JKS)<br><br>**DAI'S PROPOSED JURY INSTRUCTIONS AND SPECIAL VERDICT FORM** |

Defendants Dallas Airmotive, Inc. and UNC Airwork (hereinafter collectively

"DAI") hereby propose the following jury instructions in addition to those jury instructions

previously identified by the Court.

The proposed jury instructions regarding product liability issues (Alaska Pattern Instructions 7.01, 7.02, 7.03, 7.03a, 7.06, 7.07, 7.08 and 7.08a) and punitive damages (Alaska Pattern Civil Jury Instructions 20.20A, 20.20B and 20.20C) are submitted at this time without waiving DAI's right to later object or withdraw same, because plaintiff will not be able to prove at trial that a claim of product liability or a claim for punitive damages lies against these defendants.

**NINTH CIRCUIT PATTERN JURY INSTRUCTIONS**

| | |
|---|---|
| 2.2 | Bench Conferences and Recesses |
| 2.6 | Deposition as Substantive Evidence |
| 3.7 | Opinion Evidence, Expert Witnesses |
| 3.11 | Two or More Parties - Different Legal Rights |
| 4.5 | Additional Instructions of Law |

**ALASKA CIVIL PATTERN JURY INSTRUCTIONS**

| | |
|---|---|
| 3.01 | Negligence - When Plaintiff Entitled to Recover |
| 3.02A | Comparative Negligence |
| 3.03A | Negligence Defined |
| 3.04A | Violation of Statute - Negligence per se |
| 3.04B | Violation of Statute - Evidence of Negligence |
| 3.04C | Compliance with Statute |
| 3.06 | Legal Cause |
| 3.07 | Multiple Causes/Superseding Cause |
| 3.09 | Introduction to Special Verdict Form |
| | |
| 7.01 | Products Liability – Plaintiff's Claims |
| 07.02 | Liability for Defect in Product |
| 07.03 | Defectiveness Defined |
| 07.03a | Scientific Unknowability |
| 07.06 | Strict Liability in Tort - Comparative Negligence |
| 07.07 | Strict Liability in Tort - Legal Cause |

| | |
|---|---|
| 07.08 | Strict Liability in Tort - Multiple Causes |
| 07.08a | Strict Liability in Tort - Superseding Cause |
| | |
| 20.14 | Conversion, Loss, or Destruction of Property |
| 20.16 | Loss of Use of Property |
| 20.17A | Fair Market Value Defined |
| 20.17B | Value of Loss of the Use of Property Defined |
| 20.18A | Avoidable Consequences |
| | |
| 20.20A | Liability for Punitive Damages |
| 20.20B | Amount of Punitive Damages |
| 20.20C | Punitive Damages Special Verdict Form |

Additionally, DAI proposes the special jury instructions attached hereto as Exhibits A through E and the special verdict form attached hereto as Exhibit F.

Respectfully submitted this 20th day of February, 2007.

                                  Defendants Dallas Airmotive, Inc. and
                                  UNC Airwork Corporation

                                  By:   s/ David A. Devine
                                        David A. Devine (AK Bar No. 7906015)
                                        GROH EGGERS, LLC
                                        2600 Cordova Street, Suite 110
                                        Anchorage, AK 99503
                                        Phone: (907) 562-6474
                                        Fax: (907) 562-6044
                                        E-Mail: devined@groheggers.com

                                        Raymond L. Mariani, NY Bar No. RM2077
                                        NIXON PEABODY LLP
                                        50 Jericho Quadrangle, Suite 300
                                        Jericho, N.Y. 11753
                                        Phone:  (516) 832-7520
                                        Fax:    (516) 832-7555
                                        E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine