Instruction No. \_\_\_\_\_

    ERA Helicopters, LLC has already received insurance payments for certain losses resulting from the damage to its helicopter.  Losses that were compensated by insurance are not recoverable by ERA in this lawsuit.  Instead, ERA may only claim damages for a loss to the extent that it was not compensated by insurance.  You may not award ERA anything for losses to the extent that those losses have already been compensated by insurance.

Authorities for this instruction: *Ruggles v. Grow*, 984 P.2d 509 (Alaska 1999); *Thomann v. Fouse*, 93 P.3d 1048, 1051 n 10 (Alaska 2004);  *Brinkerhoff v. Swearingen Aviation Corp.*, 663 P.2d 937 (Alaska 1983).

Exhibit A