Jury Instruction No. \_\_\_\_\_

The first item of claimed loss is damage to Era Aviation's helicopter, but only to the extent that loss was not covered by insurance.  If you find that defendants legally caused such a loss, then the amount that will reasonably compensate plaintiff for this loss is the difference in the fair market value of the helicopter immediately before and immediately after the accident, minus the amount that Era Aviation has already received from insurance for the damage to the helicopter.

I will now explain the term "fair market value."

Imagine that the owner of property puts it up for sale and is allowed a reasonable time to sell it.  The fair market value is the amount a fully informed seller would receive from a fully informed buyer in a normal, open market sale.  In arriving at this figure, you must assume that the owner would be free to sell or not to sell and that the buyer would be free to buy or not to buy.

Authority for this instruction:  Alaska Pattern Civil Jury Instruction 20.15 and 20.17A; *Ruggles v. Grow*, 984 P.2d 509 (Alaska 1999); *Thomann v. Fouse*, 93 P.3d 1048, 1051 n 10 (Alaska 2004); *Brinkerhoff v. Swearingen Aviation Corp.*, 663 P.2d 937 (Alaska 1983).

Exhibit B