Jury Instruction No. \_\_\_\_\_

The second item of claimed loss is the loss of use of the helicopter, but only to the extent the loss was not covered by insurance. If you find that defendants legally caused such a loss, then the plaintiff is entitled to be compensated for the fair value of the use of the helicopter during the period reasonably necessary to replace it.

The value of the use of the helicopter is to be measured by the earnings that were reasonably anticipated for the period of loss of use, but were lost because the helicopter was not available. You must fix the net earnings after expenses. You must then deduct any amount the plaintiff has already received from insurance for the loss of use of the helicopter.

[Or an alternative second paragraph]:

The value of the use of the helicopter is to be measured by the cost of obtaining a substitute for the helicopter during the period of loss of use. You must then deduct any amount the plaintiff has already received from insurance for the loss of use of the helicopter or to obtain a substitute for the helicopter during the period of loss of use.

Authority for this instruction: Alaska Pattern Civil Jury Instruction 20.16 and 20.17B; *Ruggles v. Grow*, 984 P.2d 509 (Alaska 1999); *Thomann v. Fouse*, 93 P.3d 1048, 1051 n 10 (Alaska 2004); *Brinkerhoff v. Swearingen Aviation Corp.*, 663 P.2d 937 (Alaska 1983).

Exhibit C