Instruction No. \_\_\_\_\_

As the plaintiff, Era Aviation bears the burden of proving the amount of its alleged damages with reasonable certainty. A plaintiff is not required to show its damages with mathematical certainty, but you must have a reasonable basis for fixing damages in this case. A mere guess is not enough. You are not permitted to award speculative damages, which means compensation for loss which, although possible, is conjectural or not reasonably probable.

Authority for this instruction: *City of Whittier v. Whittier Fuel & Marine Corp.*, 577 P.2d 216, 225 (Alaska 1978); *Reeves v. Alyeska Pipeline Service Co.*, 926 P.2d 1130 (Alaska 1996).

Exhibit D