Jury Instruction No. \_\_\_\_\_

The plaintiff claims that a product manufactured or sold by the defendants damaged the plaintiff.

A product is defective if:

(1) The product differed from the manufacturer's intended result; or the product differed from other units of the same product line; or

(2) The product failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner; or

(3) If the use of the product in a manner that is reasonably foreseeable by the defendants involves a substantial danger that would not be readily recognized by the ordinary consumer of the product and the manufacturer fails to give adequate warning of such danger; or

(4) (A) The plaintiff proves that the products design legally caused injury, and

  (B) The defendants failed to prove, in light of the relevant factors, that on balance, the benefits of the design outweigh the risk of danger inherent is such design.

In determining (B), you may consider, among other things:

(a) The gravity of the danger posed by the challenged design;

(b) The likelihood that such danger would occur;

(c) The adverse consequences to the product and to the consumer that would result from an alternative design;

(d) The mechanical feasibility of a safer alternative design; and

(e) The financial cost of an improved design.

In considering the mechanical feasibility and financial cost of other designs, you may consider how other manufacturers manufacture similar products.

A defective condition in a product is a legal cause of harm if it is a substantial factor in bringing about the harm. A defective condition in a product is a substantial factor in bringing about the harm if it is more likely true than not true that:

1. the defective condition in the product was so important in bringing about the harm that a reasonable person would regard it as a cause and attach responsibility to it; and

2. the harm would not have occurred but for the defective condition of the product.

Authority for this instruction: Alaska Pattern Civil Jury Instruction 7.03 (defect) and 7.07 (legal cause).