IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, <br> a Delaware Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, <br><br> Defendants. | Case No. A02-0131 CV (JKS) |

## SPECIAL VERDICT

We, the jury in the above-entitled case, find the following special verdict submitted to us in the above-captioned case:

Claims Against Defendant UNC Airwork / DAI Airwork

(1)     Was the defendant UNC Airwork / DAI Airwork negligent?

Answer "yes" or "no"  Answer: _____

If you answered question 1 "no", do not answer question 2 and move directly to question 3.  However, if you answered "yes" to question 1, then continue.

(2)     Was the negligence of the defendant UNC Airwork / DAI Airwork a legal cause of injury to the plaintiff?

Answer "yes" or "no"  Answer: _____

Exhibit F
Page 1 of 5

(3) Was a product sold by the defendant UNC Airwork / DAI Airwork defective?[1]

Answer "yes" or "no."  Answer: _____

If you answered question 3 "no", do not answer questions 4 and 5 and instead proceed directly to question 6.  However, if you answered "yes" to question 3, then continue.

(4) Was the product defective when it left the possession of defendant UNC Airwork / DAI Airwork?

Answer "yes" or "no."  Answer: _____

If you answered question 4 "no", do not answer question 5 and instead proceed directly to question 6.  However, if you answered "yes" to question 4, then continue.

(5) Was a defect in the product a legal cause of harm to the plaintiff?

Answer "yes" or "no."  Answer: _____

(6) Do not answer this question unless you answered "yes" to both questions 1 and 2 or unless you answered "yes" to questions 3, 4 and 5.  Has the plaintiff proven by clear and convincing evidence that defendant UNC Airwork / DAI Airwork acted with reckless indifference toward plaintiff or outrageously such as acts done with malice or bad motives and that therefore punitive damages should be awarded to the plaintiff in this case?[2]

Answer "yes" or "no."  Answer: _____

---

[1] DAI specifically reserves its right to later amend this proposed Special Verdict, as it believes that Plaintiff will not be able to prove at trial that a product liability action lies against DAI.  All references in this Special Verdict form to plaintiff's product liability cause of action are subject to this caveat.

[2] DAI specifically reserves its right to later amend this proposed Special Verdict, as it believes that Plaintiff will not be able to prove at trial that a punitive damages claim lies against DAI.  All references in this Special Verdict form to plaintiff's punitive damages claim are subject to this caveat.

## Claims Against Defendant Pratt & Whitney

(7)    Was the defendant Pratt & Whitney negligent?

Answer "yes" or "no."  Answer: _____

If you answered question 7 "no", do not answer question 8 and instead proceed directly to question 9.  However, if you answered "yes" to question 7, then continue.

(8)    Was the negligence of the defendant Pratt & Whitney a legal cause of injury to the plaintiff?

Answer "yes" or "no."  Answer: _____

(9)    Was a product made or sold by the defendant Pratt & Whitney defective?

Answer "yes" or "no."  Answer: _____

If you answered question 9 "no", do not answer questions 10 and 11 and instead proceed directly to question 12.  However, if you answered "yes" to question 9, then continue.

(10)   Was the product defective when it left the possession of defendant Pratt & Whitney?

Answer "yes" or "no."  Answer: _____

If you answered question 10 "no", do not answer question 11 and instead proceed directly to question 12.  However, if you answered "yes" to question 10, then continue.

(11)   Was a defect in the product a legal cause of harm to the plaintiff?

Answer "yes" or "no."  Answer: _____

## Damages

(12) What are the damages, if any, sustained by the plaintiff as a legal result of the accident? Do not include any amounts for which plaintiff has already received insurance.

    Loss of use of the helicopter          $_____

If you have awarded the plaintiff any sum of money in answer to question 12, then continue.

(13) Was the plaintiff ERA Helicopters or its employee pilot negligent?

    Answer "yes" or "no." Answer: _____

If you answered question 13 "no", do not answer question 14 and instead proceed directly to question 15. However, if you answered "yes" to question 13, then continue.

(14) Was the negligence of plaintiff ERA Helicopters or its employee pilot a legal cause of its injury?

    Answer "yes" or "no." Answer: _____

(15) Assuming the combined responsibility of plaintiff and both defendants to be 100%, what percentage of responsibility is attributable to:

    The plaintiff and its pilot:          _____ %

    Defendant UNC / DAI:            _____ %

    Defendant Pratt & Whitney:        _____ %

    TOTAL:                       100 %

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
Foreperson of the Jury