IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ERA HELICOPTERS., LLC )
a Delaware Corporation, )
 )
        Plaintiff, )
 )
vs. )   Case No. A02-0131 CV (JKS)
 )
UNC AIRWORK CORPORATION a/k/a DAI )
Airwork Corporation, a Delaware corporation; )
DALLAS AIRMOTIVE, INC., d/b/a UNC )
Airwork Corporation and DAI Airwork, a )
Delaware corporation; PRATT & WHITNEY )
CANADA, INC., a Canadian corporation; and )
DOES 1 THROUGH 500, Inclusive, )
 )
        Defendants. )
_____ )

## EXHIBIT LIST OF DEFENDANT PWC

| Exhibit No. | Brief Description of Document | Admitted | Identified | Offer of Proof |
|---|---|---|---|---|
| | **PWC TRIAL EXHIBITS** | | | |
| D-200 | Crash site | X | | |
| D-201 | PWC Illustration Combining Gear Box | X | | |
| D-202 | PWC Illustration Internal Technical Configuration of the Engine | X | | |
| D-203 | PWC Illustration Sprag Clutch Inside View | X | | |
| D-204 | Sprag Clutch – 37742-03A | X | | |
| D-205 | Sprag Clutch – 33742-10A | X | | |
| D-206 | Sprag Clutch – 37742-08A | X | | |
| D-207 | Sprag Clutch – 37742-12A | X | | |
| D-208 | Sprag Clutch – 37741-07A | X | | |
| D-209 | Sprag Clutch – 37741-16A | X | | |
| D-210 | Sprag Clutch - 37741-17A | X | | |
| D-211 | Intermediate Drive Shaft – 37741-31A | X | | |
| D-212 | Intermediate Drive Shaft – 37741-32A | X | | |
| D-213 | Intermediate Drive Shaft – 37741-33A | X | | |
| D-214 | Intermediate Drive Shaft – 37741-35A | X | | |
| D-215 | Intermediate Drive Shaft – 37741-19A | X | | |
| D-216 | Intermediate Drive Shaft – 37741-20A | X | | |
| D-217 | Outer Race of Clutch - 37742-13A | X | | |

Exhibit List PWC
Page 1 of 4

USA UI et al. v UNC et. al.
Case No. A02-0131 CV (JKS)

| Exhibit No. | Brief Description of Document | Admitted | Identified | Offer of Proof |
|---|---|---|---|---|
| D-218 | Outer Race of Clutch - 37742-32A | X | | |
| D-219 | Outer Race of Clutch - DSCO 3761 | X | | |
| D-220 | Outer Race of Clutch – 33742-26A | X | | |
| D-221 | Outer Race of Clutch – 33742-16A | X | | |
| D-222 | Outer Race of Clutch – 33743-34A | X | | |
| D-223 | Outer Race of Clutch – DSCO 3770 | X | | |
| D-224 | Shanks of the bolt - 37742-24A | X | | |
| D-225 | Retainer Plate holes - 37743-07A | X | | |
| D-226 | Retainer Plate holes - 37743-13A | X | | |
| D-227 | Wear and fretting between the shim plate - 37743-15A | X | | |
| D-228 | Chip Detector – 337742-34A | X | | |
| D-229 | Chip Detector – 37742-35A | X | | |
| D-230 | Chip Detector – 37741-23A | X | | |
| D-231 | Chip Detector – 33741-24A | X | | |
| D-232 | Chip Detector – 33741-27A | X | | |
| D-233 | Chip Detector – 33741-28A | X | | |
| D-234 | Clutch Gear – Cad Overlay.jpg | X | | |
| D-235 | TPC-3324 PWC Rocky Mountain Report | X | | |
| D-236 | TPC-3585: PWC Sri Lanka Report | X | | |
| D-237 | LP 38/97 PWC TSB Canada Report | X | | |
| D-238 | ERA (M. Jones) Power Point Presentation (ERA 4550-4555) | | X | |
| | **TRIAL DEPOSITIONS COUNTER DESIGNATED BY PWC** | | | |
| P-217 | Transcript, Berthe Deposition, Counter Designated | | X | |
| P-218 | Transcript, Demer Deposition, Counter Designated | | X | |
| P-219 | Transcript, Hanberg Deposition, Counter Designated | | X | |
| P-220 | Transcript, Neufeld Deposition, Counter Designated | | X | |
| P-221 | Transcript, Ortuso Deposition, Counter Designated | | X | |
| | **TRIAL DEPOSITION DESIGNATED BY DAM AND ADOPTED BY PWC** | | X | |
| D-97 | *Transcript, T. Cole Deposition Designated* | | X | |
| D-98 | *Transcript, G. Lapthorne* | | X | |
| D-99 | *Transcript, R. Oeder Deposition Designated* | | X | |
| D-100 | *Transcript, R. Young Deposition Designated* | | X | |
| D-101 | *Transcript, Rauch Deposition Designated* | | X | |
| D-103 | *Transcript, Baker Deposition Designated* | | | |
| D-102 | *Transcript, Cornejo Deposition Designated* | | | |
| | **TRIAL DEPOSITIONS DESIGNATED BY PWC** | | | |
| D-250 | Transcript, Tony Davis, Designated | | X | |
| D-251 | Transcript, Larew Deposition, Designated | | X | |
| D-252 | Transcript, T. Bennett (9.30.2003) Designated | | X | |
| D-253 | Transcript, T. Bennett I & II (8.12-13.2004) Designated | | X | |
| D-254 | Transcript, ERA 30 B 6 (Terry Bennett) Designated | | X | |
| D-255 | Transcript, ERA 30 B 6 (Mark Jones) Designated | | X | |
| D-256 | Transcript, Cliff Mitchell (Designated | | X | |

Exhibit List PWC
Page 2 of 4

USA UI et al. v UNC et. al.
Case No. A02-0131 CV (JKS)

| Exhibit No. | Brief Description of Document | Admitted | Identified | Offer of Proof |
|---|---|---|---|---|
| | **DEPOSITION TRANSCRIPTS & EXHIBITS LODGED BY PWC FOR APPEAL PURPOSES AND OFFER OF PROOF** | | | |
| D-260 | Transcript, Scott Ellis, Offer Of Proof, Issue Preservation | | X | X |
| D-261 | Transcript, B. Juechester, Offer Of Proof, Issue Preservation | | X | X |
| D-262 | NTSB Blue Ribbon Report | | X | X |
| | | | X | X |
| | **DEPOSITION TRANSCRIPTS LODGED FOR POSSIBLE USE AT TRIAL** | | | |
| | All depositions lodged by other parties. | | X | |

Respectfully submitted this 20th day of February 2007.

BAKER BRATTAIN LLC

By: _____
William F. Brattain
Alaska Bar Association 7305007
Attorney for PWC

I HEREBY CERTIFY that on this 20TH day of February 2007, a true and accurate copy of the foregoing document was mailed, first class, postage prepaid, to the following:

Exhibit List PWC
Page 3 of 4

USA UI et al. v UNC et. al.
Case No. A02-0131 CV (JKS)

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI
2200 Michigan Avenue
Santa Monica, CA 90404


David Devine
Groh Eggers, LLC 3201 C St., Suite 400
Anchorage, AK  99503-3967

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK  99513-7564
A02-0131 CV (JKS)

By: _____
William F. Brattain

Exhibit List PWC
Page 4 of 4

USA UI et al. v UNC et. al.
Case No. A02-0131 CV (JKS)