William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) Case No. A02-0131 CV (JKS) ) |
| vs. | ) ) PWC'S PROPOSED |
| PRATT & WHITNEY CANADA, INC., et. al. | ) JURY INSTRUCTIONS ) ) |
| Defendants. | ) ) |

COMES NOW the defendant, Pratt Whitney Canada, Inc., by and through its attorney of record, William F. Brattain II, Baker Brattain LLC, and submits its proposed jury instructions, in addition to those jury instructions identified by the Court in its Order of November 7, 2006 [Docket 413] as follows:

The proposed jury instructions regarding product liability issues (Alaska Pattern Instructions 7.01, 7.02, 7.03, 7.03a, 7.06, 7.07, 7.08 and 7.08a) are submitted at this time

without waiving PWC's right to later object or withdraw same, because plaintiff will not be able to prove at trial that a claim of product liability lies against these defendants.

## NINTH CIRCUIT PATTERN JURY INSTRUCTIONS

| | |
|---|---|
| 2.2 | Bench Conferences and Recesses |
| 2.6 | Deposition as Substantive Evidence |
| 3.7 | Opinion Evidence, Expert Witnesses |
| 3.11 | Two or More Parties - Different Legal Rights |
| 4.5 | Additional Instructions of Law |

## ALASKA CIVIL PATTERN JURY INSTRUCTIONS

| | |
|---|---|
| 3.01 | Negligence - When Plaintiff Entitled to Recover |
| 3.02A | Comparative Negligence |
| 3.03A | Negligence Defined |
| 3.06 | Legal Cause |
| 3.07 | Multiple Causes/Superseding Cause |
| 3.09 | Introduction to Special Verdict Form |
| 7.01 | Products Liability - Plaintiff's Claims |
| 07.02 | Liability for Defect in Product |
| 07.03 | Defectiveness Defined |
| 07.03a | Scientific Unknowability |
| 07.06 | Strict Liability in Tort - Comparative Negligence |
| 07.07 | Strict Liability in Tort - Legal Cause |
| 07.08 | Strict Liability in Tort - Multiple Causes |
| 07.08a | Strict Liability in Tort - Superseding Cause |
| 20.14 | Conversion, Loss, or Destruction of Property |
| 20.16 | Loss of Use of Property |
| 20.17A | Fair Market Value Defined |
| 20.17B | Value of Loss of the Use of Property Defined |
| 20.18A | Avoidable Consequences |

Date: 2/20/2007

BAKER BRATTAIN LLC

By: [signature]

William F. Brattain
Alaska Bar Association 7305007
Attorney for PWC

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.3232 Facsimile: 907.279.2323

# CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing pleading and any supporting exhibits were mailed, first postage prepaid, on February 20, 2007 to:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404

David A. Devine
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK 99513-7564
A02-0131 CV (JKS)

William F. Brattain II