David A. Devine, AK Bar No.: 7906015
GROH EGGERS, LLC
2600 Cordova Street – Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle
Jericho, New York  11753
(516) 832-7520
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a ) <br> DAI Airwork Corporation, a Delaware corporation; ) <br> DALLAS AIRMOTIVE, INC., d/b/a ) <br> UNC Airwork Corporation and DAI Airwork, ) <br> a Delaware corporation; ) <br> PRATT & WHITNEY CANADA, INC. ) <br> a Canadian corporation; and ) <br> DOES 1 THROUGH 500, Inclusive, ) <br> ) <br> Defendants. ) <br> _____/ | Case No. A02 - 0131 CV (JKS) |

**DEFENDAT DAI'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Defendants, UNC Airwork Corporation and Dallas Airmotive, Inc. (collectively "DAI"), by their attorneys, hereby interpose the following objections to Plaintiff's list of exhibits. DAI specifically reserves the right to further objection at the time of trial should items be irrelevant

10309907.1

based upon the nature of the testimony and evidence admitted, and the Court's rulings on related motions.

    P-1    Lacks foundation, request testimony of accuracy, scale.  Rule 403 objection.

    P-9A    Irrelevant – not version in effect on date of accident.  Confusing.

    P-9B    Irrelevant – markings not related to facts at issue.  No foundation.  Confusing.

    P-17A    Violates Court order requiring exclusion of red tag and all related evidence.

    P-17B    Irrelevant information.

    P-21    Violates Court order requiring exclusion of red tag and all related evidence.

    P-43    Irrelevant.  No foundation as cockpit at issue.

    P-44    Irrelevant.  No foundation as cockpit at issue.

    P-45    Irrelevant.  No foundation as cockpit at issue.

    P-102    Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

    P-108    Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

    P-109    Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

    P-110    Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-111  Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-112  Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-113  Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-114  Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-115  Irrelevant under court order excluding Shadrick qualifications.  Rule 403 – unfairly prejudicial given court exclusion of evidence critical of Shadrick's qualifications.  Hearsay.

P-123  Lack of foundation as same as helicopter N174EH.  Irrelevant.

P-130  No foundation.  Confusing – weight unrelated to accident flight.  Hearsay.

P-159  Irrelevant.  No foundation.

P-161  Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P162 - P179   Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P183 - P184   Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P189 - P190   Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P-193   Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P-211   Lack foundation.  Hearsay without exception.  Redundant of testimony by an expert witness.

P-212   Lacks foundation.

P-213   Not facts.  Law falls outside the jury's preview to determine.  Irrelevant.

Dated this 20th day of February, 2007.

        Defendants Dallas Airmotive, Inc. and
        UNC Airwork Corporation

        By:   s/ David A. Devine                              .
            David A. Devine (AK Bar No. 7906015)
            GROH EGGERS, LLC
            2600 Cordova Street, Suite 110
            Anchorage, AK 99503
            Phone: (907) 562-6474
            Fax: (907) 562-6044
            E-Mail: devined@groheggers.com

            Raymond L. Mariani, NY Bar No. RM2077
            NIXON PEABODY LLP
            50 Jericho Quadrangle, Suite 300
            Jericho, N.Y. 11753
            Phone:  (516) 832-7520
            Fax:     (516) 832-7555
            E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine         .