David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, ) <br> a Delaware Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a DAI ) <br> Airwork Corporation, a Delaware corporation; ) <br> DALLAS AIRMOTIVE, INC., d/b/a UNC ) <br> Airwork Corporation and DAI Airwork, a ) <br> Delaware corporation; PRATT & WHITNEY ) <br> CANADA, INC., a Canadian corporation; and ) <br> DOES 1 THROUGH 500, Inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A02-0131 CV  (JKS) <br><br><br> **DAI'S EMERGENCY MOTION FOR 1-DAY EXTENSION OF TIME TO LODGE JUDGE'S COPY OF EXHIBITS** |

COME NOW the Defendants Dallas Airmotive, Inc. and UNC Airwork Corporation

(hereinafter jointly "DAI"), by and through counsel, and file this emergency motion for a 1-

day extension of time until Wednesday, February 21, 2007 to lodge the Judge's copy of exhibits in this case. Last week, DAI obtained a two-day extension of time to February 20 in which to file the Pretrial Documents in this case because of the severe winter storm that crippled New York last week. That storm resulted in the early closure of counsel's offices and also interfered with counsel's ability to get documents and exhibits to and from the copy vendor. The storm is also adversely impacted services like Federal Express pickups.

When DAI sought and obtained the 2-day extension of time to February 20, 2007, the undersigned did not remember that Monday, February 19 was a legal holiday. DAI's exhibits were Federal Expressed from New York on Friday, February 16 with delivery in Anchorage scheduled for the morning of February 20, 2007. However, because the Federal Express package was addressed to the undersigned's former address no delivery was made. When the undersigned learned of the delivery problem on the afternoon of February 20, he drove to the Federal Express hub at the Anchorage International Airport and picked up the documents. However, the exhibits cannot be put into final form and lodged until February 21, 2007.

DAI electronically filed all the required Pretrial Documents on February 20, 2007. Because the original 2-day extension of time should have been until Wednesday, February 21, 2007 due to the President's Day holiday, and because of the delivery difficulties with Federal Express, DAI requests that it be given until Wednesday, February 21, 2007 to lodge with the Court the Judge's copy of its trial exhibits.

Respectfully submitted this 20th day of February, 2007.

        Defendants Dallas Airmotive, Inc. and
        UNC Airwork Corporation

By:   s/ David A. Devine
      David A. Devine (AK Bar No. 7906015)
      GROH EGGERS, LLC
      2600 Cordova Street, Suite 110
      Anchorage, AK 99503
      Phone: (907) 562-6474
      Fax: (907) 562-6044
      E-Mail: devined@groheggers.com

      Raymond L. Mariani, NY Bar No. RM2077
      NIXON PEABODY LLP
      50 Jericho Quadrangle, Suite 300
      Jericho, N.Y. 11753
      Phone:  (516) 832-7520
      Fax:     (516) 832-7555
      E-Mail:  rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine