David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, Plaintiff, vs. UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, Defendants. | Case No. A02-0131 CV  (JKS)<br><br>**PROPOSED ORDER FOR 1-DAY EXTENSION OF TIME TO LODGE COPY OF EXHIBITS** |

Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. having filed an emergency motion for a 1-day extension of time in which to lodge with the Court the

Judge's copies of its trial exhibits, and good cause appearing therefor,

IT IS ORDERED that said Defendants shall have a 1-day extension of time until **Wednesday, February 21, 2007** in which to lodge the Judge's copies of its trial exhibits in this case.

DATED at Anchorage, Alaska this _____ day of February, 2007.

_____
James K. Singleton, Jr.
United States District Judge


I HEREBY CERTIFY that on February 20, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine