| a_Plaintiff_Exhibit_No | dDescription | | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|---|
| | Plaintiffs' Exhibit List | RECEIVED FEB 16 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K. | | | |
| ExhNo | Description | | Status | Date | Notes |
| P001 | CT Disk Ass'y, exemplar, stand mounted | | ID | | |
| P002 | 1997 Repair Docs | | Adm | | Walshe Ex. 2 |
| P003A | Engine Log Book Records | | Adm | 11/15/1997 | Walshe Ex. 3 |
| P003B | Demers Report ME 11937FS (final) | | Adm | | Demers Ex. 3 |
| P003C | Statement, HanbergL | | Adm | | Hanberg Ex. 3 |
| P004A | UNC Work Instructions F09113 items 1-8 | | Adm | 11/25/1997 | Walshe Ex. 4 |
| P004B | Statement, HanbergL | | Adm | | Hanberg Ex. 4 |
| P005A | UNC Disassembly Inspection Record | | Adm | 12/3/1997 | Walshe Ex. 5 |
| P005B | Drawing, HanbergL | | Adm | | Hanberg Ex. 5 |
| P006A | UNC Rework Original | | Adm | 12/5/1997 | Walshe Ex. 6 |
| P006B | CT Disc, Diameter K measurements | | Adm | | Demers Ex. 6 |
| P006C | Photo, N174EH w/ bucket | | Adm | | Hanberg Ex. 6 |
| P007A | Coltec Industries Certificate of Conformance | | Adm | 12/11/1997 | Walshe Ex. 7 |
| P007B | Photo, N174EH w/ bucket | | Adm | | Hanberg Ex. 7 |
| P008A | PWC Invoice | | Adm | 12/23/1997 | Walshe Ex. 8 |
| P008B | Photo, N174EH w/ bucket | | Adm | | Hanberg Ex. 8 |
| P009A | PWC Service Bulletin 5406 | | ID | | Walshe Ex. 9 |
| P009B | Photo, N174EH w/ bucket | | ID | | Hanberg Ex. 9 |
| P010A | UNC Overhaul Inspection Record (Redacted) | | Adm | 1/7/1998 | Walshe Ex. 10 |
| P010B | Demers Report ME 11940FS (final) | | Adm | | Demers Ex. 10 |
| P011 | UNC Inspection Parts Life Summary | | Adm | 1/7/1998 | Walshe Ex. 11 |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| | Plaintiffs' Exhibit List | | | |
| ExhNo | Description | Status | Date | Notes |
| P001 | CT Disk Ass'y, exemplar, stand mounted | ID | | |
| P002 | 1997 Repair Docs | Adm | | Walshe Ex. 2 |
| P003A | Engine Log Book Records | Adm | 11/15/1997 | Walshe Ex. 3 |
| P003B | Demers Report ME 11937FS (final) | Adm | | Demers Ex. 3 |
| P003C | Statement, HanbergL | Adm | | Hanberg Ex. 3 |
| P004A | UNC Work Instructions F09113 items 1-8 | Adm | 11/25/1997 | Walshe Ex. 4 |
| P004B | Statement, HanbergL | Adm | | Hanberg Ex. 4 |
| P005A | UNC Disassembly Inspection Record | Adm | 12/3/1997 | Walshe Ex. 5 |
| P005B | Drawing, HanbergL | Adm | | Hanberg Ex. 5 |
| P006A | UNC Rework Original | Adm | 12/5/1997 | Walshe Ex. 6 |
| P006B | CT Disc, Diameter K measurements | Adm | | Demers Ex. 6 |
| P006C | Photo, N174EH w/ bucket | Adm | | Hanberg Ex. 6 |
| P007A | Coltec Industries Certificate of Conformance | Adm | 12/11/1997 | Walshe Ex. 7 |
| P007B | Photo, N174EH w/ bucket | Adm | | Hanberg Ex. 7 |
| P008A | PWC Invoice | Adm | 12/23/1997 | Walshe Ex. 8 |
| P008B | Photo, N174EH w/ bucket | Adm | | Hanberg Ex. 8 |
| P009A | PWC Service Bulletin 5406 | ID | | Walshe Ex. 9 |
| P009B | Photo, N174EH w/ bucket | ID | | Hanberg Ex. 9 |
| P010A | UNC Overhaul Inspection Record (Redacted) | Adm | 1/7/1998 | Walshe Ex. 10 |
| P010B | Demers Report ME 11940FS (final) | Adm | | Demers Ex. 10 |
| P011 | UNC Inspection Parts Life Summary | Adm | 1/7/1998 | Walshe Ex. 11 |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P012A | UNC Overhaul Inspection Record | Adm | 1/7/1998 | Walshe Ex. 12 |
| P012B | Berthe Factual Notes | Adm | 1/12/2001 | Berthe Ex. 12 |
| P013 | UNC M.R.B. Approval Form | Adm | 1/8/1998 | Walshe Ex. 13 |
| P014 | UNC Rejected Parts Inventory (Redacted) | Adm | 1/8/1998 | Walshe Ex. 14 |
| P015 | UNC Rework Original | Adm | 1/9/1998 | Walshe Ex. 15 |
| P016 | UNC Process Instruction Record PI 002/384/1 | Adm | 4/16/1997 | Walshe Ex. 16 |
| P017A | UNC-Millville Detail Inspection Record | ID | 1/13/1998 | Walshe Ex. 17 |
| P017B | Berthe/Ortuso Report No. TL-1603 (Redacted) | ID | 5/29/2001 | Berthe Ex. 17 |
| P018A | UNC Rejected (Red) Tags | ID | 1/13/1998 | Walshe Ex. 18 |
| P018B | PWC Fig. 5, Gearbox Sub Ass'y | Adm | | Berthe Ex. 18 |
| P019A | UNC Work Authorization/Estimate, w/ attachments | Adm | 1/12/1998 | Walshe Ex. 19 |
| P019B | PWC Fig. 7, Gearbox Ass'y | Adm | | Berthe Ex. 19 |
| P020 | PWC Invoice (2 pages) | Adm | 1/13/1998 | Walshe Ex. 20 |
| P021 | UNC Stock Request | ID | 1/22/1998 | Walshe Ex. 21 |
| P022 | UNC Repair/Ticket | Adm | 1/22/1998 | Walshe Ex. 22 |
| P023 | UNC Compressor Disc Assembly Record | Adm | 1/29/1998 | Walshe Ex. 23 |
| P024 | UNC engine Records | Adm | 2/3/1998 | Walshe Ex. 24 |
| P025 | PWC Critical and Rotating Components Blend Repair Specs Manual No. 3040886 | Adm | 9/1/1995 | Walshe Ex. 25 |
| P026 | Era P.O. G131444 | Adm | 11/20/1997 | |
| P027 | PWC Invoice | Adm | 1/5/1998 | |
| P028 | UNC Bench & Parts Issue Sheet (Redacted) | Adm | 1/8/1998 | |
| P029 | UNC P.O. MF-011399 | Adm | 1/9/1998 | |
| P030 | UNC-Millville Receiving & Inspection Report | Adm | 1/12/1998 | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P031 | Cost Estimate Approval | Adm | 1/13/1998 | |
| P032 | UNC-Millville Job Record | Adm | 1/13/1998 | |
| P033 | UNC Assembly Inspection Record (3 pages) | Adm | 1/26/1998 | |
| P034 | Job Record | Adm | 1/29/1998 | |
| P035 | Repair Ticket | Adm | 2/3/1998 | |
| P036 | UNC Shipping Record | Adm | 2/3/1998 | |
| P037 | UNC Invoice (2 pages) | Adm | 2/25/1998 | |
| P038 | Era Engine Log Book Record | Adm | 3/18/1998 | |
| P039 | Era Accounts Payable Batch Report | Adm | 3/23/1998 | |
| P040 | Bell 412 Drawings (3) | Adm | | |
| P041 | Bell 412 Drawings (3) | Adm | | |
| P042 | Bell 412 Drawings (3) | Adm | | |
| P043 | Photos, Cockpit, Exemplar | ID | | |
| P044 | Photos, Cockpit, Exemplar | ID | | |
| P045 | Photos, Cockpit, Exemplar | ID | | |
| P046 | Photos | Adm | | |
| P047 | Photos | Adm | | |
| P048 | Photos | Adm | | |
| P049 | Photos | Adm | | |
| P050 | Photos | Adm | | |
| P051 | Photos | Adm | | |
| P052 | Photos | Adm | | |
| P053 | Photos | Adm | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P054 | Photos | Adm | | |
| P055 | Photos | Adm | | |
| P056 | Photos | Adm | | |
| P057 | Photos | Adm | | |
| P058 | Photos | Adm | | |
| P059 | Photos | Adm | | |
| P060 | Photos | Adm | | |
| P061 | Photos | Adm | | |
| P062 | Photos | Adm | | |
| P063 | Photos | Adm | | |
| P064 | Photos | Adm | | |
| P065 | PWC Photos (engine and disass'y) | Adm | | |
| P066 | PWC Photos (engine and disass'y) | Adm | | |
| P067 | PWC Photos (engine and disass'y) | Adm | | |
| P068 | PWC Photos (engine and disass'y) | Adm | | |
| P069 | PWC Photos (engine and disass'y) | Adm | | |
| P070 | PWC Photos (engine and disass'y) | Adm | | |
| P071 | PWC Photos (engine and disass'y) | Adm | | |
| P072 | PWC Photos (engine and disass'y) | Adm | | |
| P073 | PWC Photos (engine and disass'y) | Adm | | |
| P074 | PWC Photos (engine and disass'y) | Adm | | |
| P075 | PWC Photos (engine and disass'y) | Adm | | |
| P076 | PWC Photos (engine and disass'y) | Adm | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P077 | PWC Photos (engine and disass'y) | Adm | | |
| P078 | PWC Photos (engine and disass'y) | Adm | | |
| P079 | LH CT Disk and blades (including segments) (Actual all Recover Blades) | Adm | | |
| P080 | Exemplar CT Disk Assembly | Adm | | |
| P081 | #2 RH CT Disk, actual | Adm | | |
| P082 | Bambi Bucket and control cables, Actual | Adm | | |
| P083 | Exemplar Engine Housing | Adm | | |
| P084 | PWC Release Note (Engine CP-PS 62224) | Adm | 2/27/1981 | |
| P085A | PWC Lab Report ME 9053CS | Adm | 3/9/1994 | |
| P085B | PWC Lab Report ME 10245CS | Adm | 7/25/1996 | |
| P085C | PWC Lab Report ME 10307FS | Adm | 8/29/1996 | |
| P086 | Memo, UNC is recognized distributor for PWC | Adm | 12/2/1994 | |
| P087 | Era P.O. G114283 | Adm | 5/23/1996 | |
| P088 | UNC Cost Estimate Approval | Adm | 7/3/1996 | |
| P089 | | | | |
| P090 | PWC Invoice P4803003 | Adm | 3/14/1996 | |
| P091 | UNC Work Instructions F07705, items 15-21 | Adm | 6/7/1996 | |
| P092 | UNC Log Book Sign-Off Record | Adm | 7/30/1996 | |
| P093 | UNC Inspection & Modification Certificate | Adm | 7/30/1996 | |
| P094 | UNC Engine Test Certificate | Adm | 7/30/1996 | |
| P095 | UNC Inspection Parts Life Summary | Adm | 7/30/1996 | |
| P096 | FAA Form 337 (2 pages) | Adm | 7/30/1996 | |
| P097 | UNC Shipping Record 130064 (2 pages) | Adm | 8/5/1996 | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P098 | UNC Invoice | Adm | 8/8/1996 | |
| P099 | Era Accounts Payable Batch Report | Adm | 8/22/1996 | |
| P100 | Era Check 213658 | Adm | 8/22/1996 | |
| P101 | | | | |
| P102 | Shadrick USDA Helo Pilot Qualification Card | ID | 4/23/1999 | |
| P103 | | | | |
| P104 | Shadrick FAA Certificate (front and back) | ID | 10/30/1995 | |
| P105 | Shadrick OAS Approval Record | ID | 4/6/2000 | |
| P106 | | | | |
| P107 | Shadrick Helo Pilot Qualifications and Approval Record | ID | 4/24/1997 | |
| P108 | Shadrick Certificate of Completion, Annual Recurrent Training | ID | 1/20/2000 | |
| P109 | Corr, FAA Authorization as Check Pilot | ID | 5/25/1995 | |
| P110 | Corr, ERA Request for Check Pilot Authorization | ID | 11/5/1996 | |
| P111 | Corr, FAA Authorization as Check Pilot | ID | 11/25/1996 | |
| P112 | Shadrick Certificate of Completion, BH412 Ground School | ID | 1/24/2000 | |
| P113 | Shadrick Flight Safety Record of Training, BH412 | ID | 9/13/1997 | |
| P114 | Shadrick FAR 135 Competency/Proficiency Record | ID | 3/30/2000 | |
| P115 | Era Pilot Information Sheet | ID | 1/1/2000 | |
| P116 | N174EH Weight Report (2 pages) | ID | 3/17/2000 | |
| P117 | N174EH Master Equipment List (6 pages) | ID | 3/17/2000 | |
| P118 | Bell 412 Flight Manual | Adm | | |
| P119 | Bell 412 Flight Manual Supplement FMS-19.1 | Adm | 10/2/1984 | |
| P120 | Bell 412 Flight Manual Supplement FMS-35.2 | Adm | 4/10/1991 | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P121 | Bell 412 Flight Manual Supplement FMS-52.1 | Adm | 8/3/1995 | |
| P122 | Bell 412 Checklists | Adm | | |
| P123 | Helicopter Control Panel, drawing | ID | | |
| P124 | N174EH Power Check Forms | Adm | 7/27/2000 | |
| P125 | | | | |
| P126 | Pilot Duty and Flight Hours Log | Adm | 7/24/2000 | |
| P127 | Helibase Flight Time Tracking Records | Adm | 8/12/2000 | |
| P128 | Helibase Mission Request Logs | Adm | 8/12/2000 | |
| P129 | Helibase Flight Following Logs | Adm | 8/12/2000 | |
| P130 | Interagency Helicopter Passenger/Cargo Manifests | ID | 8/12/2000 | |
| P131 | Helicopter Daily Use and Cost Summaries | Adm | 7/31/2000 | |
| P132 | DOI Helicopter Load Calculation Book, Shadrick | Adm | | |
| P133 | Load Calculations, N174EH | Adm | 8/12/2000 | |
| P134 | Load Calculations, N174EH | Adm | 8/13/2000 | |
| P135 | Load Calculation, N174EH (5,500 +30) | Adm | 8/13/2000 | |
| P136 | Aircraft Contract Daily Diaries | Adm | 7/25/2000 | |
| P137 | Aircraft Contract Daily Diaries | Adm | | |
| P138 | Aircraft Contract Daily Diaries | Adm | | |
| P139 | Aircraft Contract Daily Diaries | Adm | | |
| P140 | Aircraft Contract Daily Diaries | Adm | | |
| P141 | Aircraft Contract Daily Diaries | Adm | | |
| P142 | Aircraft Contract Daily Diaries | Adm | | |
| P143 | Aircraft Contract Daily Diaries | Adm | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P144 | Aircraft Contract Daily Diaries | Adm | | |
| P145 | Aircraft Contract Daily Diaries | Adm | | |
| P146 | Aircraft Contract Daily Diaries | Adm | | |
| P147 | Aircraft Contract Daily Diaries | Adm | | |
| P148 | Aircraft Contract Daily Diaries | Adm | | |
| P149 | Aircraft Contract Daily Diaries | Adm | | |
| P150 | Aircraft Contract Daily Diaries | Adm | | |
| P151 | Aircraft Contract Daily Diaries | Adm | | |
| P152 | Aircraft Contract Daily Diaries | Adm | | |
| P153 | Aircraft Contract Daily Diaries | Adm | | |
| P154 | USDA Forest Service Ops and Safety Procedures Guide | Adm | 4/7/1998 | |
| P155 | Shadrick Pilot Certification (USFS) signed by Shadrick | Adm | 3/2/1999 | |
| P156 | SAFECOM Aviation Safety Communique | Adm | 8/13/2000 | |
| P157 | Bambi Bucket Manual | Adm | 7/1/1997 | |
| P158 | | | | |
| P159 | PWC Overhaul Manual 3017043 | ID | 1/18/1980 | |
| P160 | Drive Shaft (fractured) and related gear box components (Actual) | Adm | | |
| P161 | Larew exhibit, BlueBook | ID | | |
| P162 | Larew exhibit, component time status | ID | | |
| P163 | Larew exhibit, sales contract (AirLogistics) | ID | | |
| P164 | Larew exhibit, sales contract (FAASA) | ID | | |
| P165 | Larew exhibit, chart, fleet hours and revenue | ID | | |
| P166 | Larew exhibit, shipping costs and employee expenses | ID | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P167 | Larew exhibit, summary of damages | ID | | |
| P168 | Chart, Scanlan, Summary of facts and data | ID | | |
| P169 | Chart, Scanlan, Flight path data | ID | | |
| P170 | Chart, Scanlan, Terrain elevation | ID | | |
| P171 | Chart, Scanlan, Analysis tasks | ID | | |
| P172 | Chart, Scanlan, Height-velocity curve | ID | | |
| P173 | Scanlan, Crash site, Photos | Adm | | |
| P174 | Chart, Scanlan, Chronology of events | ID | | |
| P175 | Chart, Scanlan, Summary of conclusions | ID | | |
| P176 | Rupert resume | ID | | |
| P177 | Rupert, chart, assignments | ID | | |
| P178 | Rupert, metallurgical mount, (Actual) | ID | | |
| P179 | Rupert, SEM photos | ID | | |
| P180 | Rupert, engine diagram line drawing | Adm | | |
| P181 | Rupert, diagram, sprag clutch | Adm | | |
| P182 | Rupert, diagram, engine cross-section | Adm | | |
| P183 | Rupert, diagram, CGB cross-section | Adm | | |
| P184 | Rupert, chart, opinions re Ct disk | ID | | |
| P185 | Rupert, photos of disk < Demers report | Adm | | |
| P186 | Rupert, photos, hot corrosion damage | Adm | | |
| P187 | Rupert, photos, hot corrosion damage | Adm | | |
| P188 | Rupert, photos, hot corrosion damage | Adm | | |
| P189 | Rupert, chart, maintenance history | ID | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P190 | Rupert, chart, opinions re drive shaft | ID | | |
| P191 | Photos of disk, pitting | Adm | | |
| P192 | Photos of disk, sulfur contamination | Adm | | |
| P193 | Spectrograph | ID | | |
| P194 | CGB cross-section diagram | Adm | | |
| P195 | Diagram, engine/component parrts | Adm | | |
| P196 | Diagram, engine/component parrts | Adm | | |
| P197 | Diagram, engine/component parrts | Adm | | |
| P198 | Diagram, engine/component parrts | Adm | | |
| P199 | Diagram, engine/component parrts | Adm | | |
| P200 | | | | |
| P201 | Diagram, engine/component parrts | Adm | | |
| P202 | Diagram, engine/component parrts | Adm | | |
| P203 | Diagram, engine/component parrts | Adm | | |
| P204 | Diagram, engine/component parrts | Adm | | |
| P205 | Diagram, engine/component parrts | Adm | | |
| P206 | Diagram, engine/component parrts | Adm | | |
| P207 | Diagram, engine/component parrts | Adm | | |
| P208 | Diagram, engine/component parrts | Adm | | |
| P209 | Diagram, engine/component parrts | Adm | | |
| P210 | Diagram, engine/component parrts | Adm | | |
| P211 | Chart, Stimpson, conclusions | ID | | |
| P212 | Photo, fractured CT disk | ID | | |

| a_Plaintiff_Exhibit_No | dDescription | eStatusAdId | fDate | gnotes |
|---|---|---|---|---|
| P213 | FAR 14 CFR § 145.57 (1998) | ID | | |
| P214 | CGB Log Book Records | Adm | | |
| P215 | Sprag clutch, right, Actual | Adm | | |
| P216 | PWC Training Manual, p. 4.5 | Adm | | |
| P217 | Transcript, deposition, Berthe, excerpted | | | |
| P218 | Transcript, deposition, Demers excerpted | | | |
| P219 | Transcript, deposition, Hanberg excerpted | | | |
| P220 | Transcript, deposition, Neufeld excerpted | | | |
| P221 | Transcript, deposition, Ortuso excerpted | | | |
| P222 | Transcript, deposition, Walshe excerpted | | | |
| P223 | Transcript, Deposition, Manning, 040128 | | | |
| P224 | Transcript, Deposition, Manning, 050202 | | | |
| P225 | Transcript, Deposition, Morin | | | |
| P226 | Transcript, Deposition, Orloff | | | |
| P227 | Transcript, Deposition, Cheyne | | | |
| P228 | Transcript, Deposition, Albert | | | |
| P229 | 412 Model | Adm | | |