IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, )<br>a Delaware Company, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>UNC AIRWORK CORPORATION a/k/a DAI )<br>Airwork Corporation, a Delaware corporation; )<br>DALLAS AIRMOTIVE, INC., d/b/a UNC )<br>Airwork Corporation and DAI Airwork, a )<br>Delaware corporation; PRATT & WHITNEY )<br>CANADA, INC., a Canadian corporation; and )<br>DOES 1 THROUGH 500, Inclusive, )<br>)<br>        Defendants. )<br>_____ ) | Case No. 3:02-cv-00131 (JKS)<br><br><br>**ORDER<br>FOR 1-DAY EXTENSION OF TIME<br>TO LODGE COPY OF EXHIBITS** |

    Defendants UNC Airwork Corporation and Dallas Airmotive, Inc. having filed an emergency motion for a 1-day extension of time in which to lodge with the Court the Judge's copies of its trial exhibits, and good cause appearing therefor,

    IT IS ORDERED that said Defendants shall have a 1-day extension of time until **Wednesday, February 21, 2007** in which to lodge the Judge's copies of its trial exhibits in this case.

    DATED at Anchorage, Alaska this 21st day of February, 2007.

                                       /s/ James K. Singleton, Jr.
                                       James K. Singleton, Jr.
                                       United States District Judge