MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*ERA Helicopters, LLC v. UNC Airwork Corp., et al.*
Case No. 3:02-cv-00131-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Robin Carter, Case Management: 677-6127*

PROCEEDINGS:       ORDER FROM CHAMBERS


      This Court has reviewed the file in this case with care in connection with its review of the parties' objections to expert testimony.  The Court recognizes that the helicopter crash that generated this lawsuit also generated wrongful death litigation, which was filed in Florida and settled there.  In addition, the subrogation claims that originally formed a part of this litigation have settled.  Only ERA's claims for uninsured losses remain.  This Court does not wish to become personally involved in settlement negotiations since there are many discretionary decisions yet to be made; however, it is clear that this is litigation that should settle.  All parties have much to fear from a jury verdict.  The Court is, therefore, inquiring to determine whether the parties would be interested in a further settlement conference before incurring additional pre-trial expenses.  Of course, the parties remain free to choose private mediation over a judicial settlement conference.

      The parties are requested to meet, confer, and file a status report regarding whether a settlement conference should be scheduled before another judge.  The report, which should be filed by counsel for ERA after consultation with the other parties, should be filed on or before **Wednesday, March 7, 2007** at 4:30 p.m., Alaska Time.


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: February 21, 2007

F:\HOME\JUDGES\DOCS\SHARED\CV.D.AK 2002\A02-0131.031.wpd