David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, Plaintiff, vs. UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, Defendants. | Case No. A02-0131 CV (JKS)  **DAI'S NOTICE REGARDING ITS 1st SUPPLEMENTAL TRIAL BRIEF** |

The Court's Scheduling Order provides the parties with the option to file a First Supplemental Trial Brief on or before today. Defendants Dallas Airmotive, Inc. and UNC

Airwork Corporation (jointly "DAI") are mindful of the Court's recent order at Docket 439 that requires the parties to discuss the option of a settlement conference or mediation, either judicial or private, before incurring additional pretrial expenses in this case. DAI would prefer to devote its resources to that process and therefore declines at this time to submit the optional First Supplemental Trial Brief. DAI notes that it is not in any way conceding any objection by plaintiff in its Trial Brief to DAI's exhibits. To the extent that the Court prefers that DAI file written responses to each objection, in the event that a settlement conference or mediation does not resolve the case, DAI will file such a brief at that time.

Respectfully submitted this 23rd day of February, 2007.

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By:   s/ David A. Devine  .
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

    Raymond L. Mariani, NY Bar No. RM2077
    NIXON PEABODY LLP
    50 Jericho Quadrangle, Suite 300
    Jericho, N.Y. 11753
    Phone: (516) 832-7520
    Fax:   (516) 832-7555
    E-Mail: rmariani@nixonpeabody.com

I HEREBY CERTIFY that on February 23, 2007,
a copy of the foregoing was served **electronically** on:

Jon A. Kodani, Esq.
Jeffrey J. Williams, Esq.
LAW OFFICE OF JON A. KODANI

Attorney for Plaintiff Era Helicopters, LLC

William F. Brattain II, Esq.
BAKER BRATTAIN, LLC

Attorney for Defendant Pratt & Whitney

  s/ David A. Devine