Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,   )<br>                                                                                       )<br>     Plaintiffs,                                                                   )<br>                                                                                       )   Civil Case No.<br>vs.                                                                                  )   **A02-0131 CV (JKS)**<br>                                                                                       )<br>**UNC AIRWORK CORPORATION** a/k/a                      )<br>DAI Airwork Corporation, a Delaware corporation;    )<br>**DALLAS AIRMOTIVE, INC.** d/b/a                              )<br>UNC Airwork Corporation and DAI Airwork Corporation, )<br>a Delaware corporation;                                                  )<br>**PRATT & WHITNEY CANADA, INC.**,                        )<br>a Canadian corporation; and                                         )<br>**DOES 1 through 500**, Inclusive,                                 )<br>                                                                                       )<br>     Defendants.                                                               )<br>_____)| |

## STATUS REPORT
## (Doc. 439)

/ / /

/ / /

/ / /

- 2 -

Pursuant to this Court's minute order dated February 21, 2007 (Doc. 439), plaintiff Era Helicopters, LLC, respectfully submits the following status report after conferring with opposing counsel:

1. All parties are interested in a *judicial* settlement conference before a judge.

2. Plaintiff Era Helicopters, LLC, believes that the chances of a settlement will be greater if: (1) the present trial schedule and dates are *not* vacated or continued, and (2) representatives with full and final settlement authority are required to be present during the judicial settlement conference.

3. At this time, the parties do *not* wish to engage in further *private* mediation.

Respectfully Submitted,

Dated: February  27 , 2007             **LAW OFFICES OF JON A. KODANI**

                                           s/  Jeffrey J. Williams

                                       By:   Jon A. Kodani, Esq.
                                             Jeffrey J. Williams, Esq.

                                       2200 Michigan Avenue
                                       Santa Monica, CA  90404
                                       Tel. (310) 453-6762
                                       EMail *lojak@kodanilaw.com*

                                       Attorneys for Plaintiff
                                       Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on __**February 27, 2007**__,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
|---|---|
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

    s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*