David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, ) <br> a Delaware Company, ) <br> ) <br>            Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> UNC AIRWORK CORPORATION a/k/a DAI ) <br> Airwork Corporation, a Delaware corporation; ) <br> DALLAS AIRMOTIVE, INC., d/b/a UNC ) <br> Airwork Corporation and DAI Airwork, a ) <br> Delaware corporation; PRATT & WHITNEY ) <br> CANADA, INC., a Canadian corporation; and ) <br> DOES 1 THROUGH 500, Inclusive, ) <br> ) <br>            Defendants. ) <br> _____ ) | Case No. A02-0131 CV  (JKS) <br><br><br><br> **JOINT STATUS REPORT** <br> **RE SETTLEMENT CONFERENCE** |

COME NOW the parties to this action, by and through their respective counsel, and

advise the Court as follows regarding the suitability of this case for a settlement conference:

1.   On March 1, 2007, counsel for the parties conferred at the offices of Baker & Brattain in Anchorage, Alaska regarding the preparation of the joint proposed pretrial order for this case, which is due March 16, 2007.

2.   During the course of that conference, it became evident that the parties have fundamental disagreements regarding the effect of this court's previous orders regarding what damages may be recoverable in this case. Those differences make it unlikely that settlement discussions would be productive at this time.

3.   The parties will seek clarification from the court regarding what damages may or may not be recoverable in this case. Following such clarification, the parties believe that a judicial settlement conference would be productive.

Dated this 1st day of March, 2007.

Plaintiff Era Helicopters, LLC

By:   s/ Jeffrey J. Williams   [by consent]           .
       Jeffrey J. Williams
       LAW OFFICE OF JON A. KODANI
       2200 Michigan Avenue
       Santa Monica, CA  90404
       Tel. (310) 453-6762
       EMail *lojak@kodanilaw.com*

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By:   s/ David A. Devine                              .
       David A. Devine (AK Bar No. 7906015)
       GROH EGGERS, LLC
       2600 Cordova Street, Suite 110
       Anchorage, AK 99503
       Phone: (907) 562-6474
       Fax: (907) 562-6044
       E-Mail: *devined@groheggers.com*

        Raymond L. Mariani, NY Bar No. RM2077
        NIXON PEABODY LLP
        50 Jericho Quadrangle, Suite 300
        Jericho, N.Y. 11753
        Phone:  (516) 832-7520
        Fax:     (516) 832-7555
        E-Mail:  rmariani@nixonpeabody.com

        Defendant Pratt & Whitney Canada, Inc.

By:   s/ William F. Brattain II   [by consent]
        William F. Brattain II  (ABN 7305007)
        BAKER BRATTAIN, LLC
        821 N Street, Suite 101
        Anchorage, AK 99501
        Phone: (907) 277-3232
        E-mail:  brattain@bakerbrattain.com