IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC,  )<br>a Delaware Company,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>　vs.  )<br>  )<br>UNC AIRWORK CORPORATION a/k/a DAI  )<br>Airwork Corporation, a Delaware corporation;  )<br>DALLAS AIRMOTIVE, INC., d/b/a UNC  )<br>Airwork Corporation and DAI Airwork, a  )<br>Delaware corporation; PRATT & WHITNEY  )<br>CANADA, INC., a Canadian corporation; and  )<br>DOES 1 THROUGH 500, Inclusive,  )<br>  )<br>　　　　Defendants.  )<br>_____ ) | Case No. A02-0131 CV  (JKS)<br><br><br><br><br>**[PROPOSED]**<br>**RULINGS OF LAW RE:**<br>**RECOVERABLE DAMAGES** |

　　　　Having reviewed the Motion for Rulings of Law Re: Recoverable Damages filed by Defendants UNC Airwork Corporation and Dallas Airmotive, Inc., as well as any opposition thereto, the Court makes the following Rulings of Law re Recoverable Damages in this case:

　　　　1.　　In this lawsuit, plaintiff shall not be allowed to recover a property damage judgment for destruction of the at issue helicopter in excess of the insurance deductible of $52,500.

　　　　2.　　In order to recover anything in this lawsuit, Era Helicopters, LLC must first prove that it has a valid assignment of claims from Era Aviation, Inc.  If, in fact, Era Helicopters, LLC has an assignment of claims from Era Aviation, Inc. that predates the abandonment of the claims in Era Aviation's bankruptcy proceeding, the only property

2

damage claim for destruction of the helicopter that could actually be assigned to Era Helicopters, LLC was a claim for no more than $52,500.

3.  Although plaintiff may try to prove liability for and damages resulting from loss of use of the helicopter for the period of time reasonably required for Era Aviation to obtain a suitable replacement or from the date of the crash to the date Era Aviation received the $2,047,500 payment from USAU, whichever first occurred, if Era is successful in obtaining such damages it may not also receive an award of prejudgment interest.

Dated at Anchorage, Alaska this ____ day of _____, 2007.

_____
James K. Singleton, Jr.
United States District Judge