```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

 ERA HELICOPTERS, LLC     vs.    UNC AIRWORK CORPORATION, et al

BEFORE THE HONORABLE JAMES K. SINGLETON CASE NO 3:02-cv-00131-JKS

DEPUTY CLERK/RECORDER:   LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF: JEFFREY J. WILLIAMS (*)

                DEFENDANT: DAVID A. DEVINE
                           RAYMOND L. MARIANI (*)
                           WILLIAM F. BRATTAIN, II

(*)Participated telephonically

PROCEEDINGS:    STATUS CONFERENCE Held 3/7/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:27 p.m. court convened.

Court and counsel heard.

Pratt Whitney Canada, Inc. joined in UNC Airwork Corporation and Dallas Airmotive, Inc.'s motion in limine at docket number 448.

Court heard re: clarification of orders at docket numbers 196 and 333.

At 2:21 p.m. court adjourned.

DATE:   MARCH 7, 2007         DEPUTY CLERK'S INITIALS:    lc