Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

## STATUS REPORT
### (Doc. 446)

/ / /

/ / /

/ / /

- 2 -

Pursuant to Judge Holland's order dated March 2, 2007 (Doc. 446), plaintiff Era Helicopters, LLC, respectfully submits the following status report:

1. Plaintiff Era Helicopters, LLC, has been advised that the defendants have not objected to the possible designation of Judge Holland as a settlement judge in this case. Plaintiff Era Helicopters, LLC, also has no objections to Judge Holland's designation.

2. The present beneficial owner of the remaining claims is plaintiff Era Helicopters, LLC. The defendants' dispute the identity of the present beneficial owner of these claims. Additional details regarding the transfer of these claims from Era Aviation, Inc. to Era Helicopters, LLC, is set forth in Doc. 392, 393, 395 and 402.

3. The following former employees of Era Aviation, Inc. were (or are) involved in this case:

   a. Lester Shadrick
   b. Mark Jones
   c. Gus Lapthorne
   d. Richard (Lash) Larew
   e. Terry Bennett
   f. Brian Blixhavn
   g. Terry Cole

    h.  Cliff Mitchell

    i.  Rick Oeder

    j.  Lynn Pierson

    k.  Marcia Davis

Respectfully Submitted,

Dated:  March  13 , 2007        **LAW OFFICES OF JON A. KODANI**

                                           s/  Jeffrey J. Williams

                                     By:    Jon A. Kodani, Esq.
                                                     Jeffrey J. Williams, Esq.

                                     2200 Michigan Avenue
                                   Santa Monica, CA  90404
                                   Tel. (310) 453-6762
                                   EMail *lojak@kodanilaw.com*

                                   Attorneys for Plaintiff
                                   Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**March 13, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

         s/ Jeffrey J. Williams

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*