IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company,<br><br>                  Plaintiff,<br><br>    vs.<br><br>UNC AIRWORK CORPORATION, a/k/a DAI Airwork Corporation, a Delaware corporation, et al.,<br><br>                  Defendants. | No. 3:02-cv-00131-JKS |

NOTICE TO PARTIES

      Counsel for ERA Helicopters, LLC, has filed a status report indicating that neither ERA nor any of the defendants objects to Judge Holland being designated as a settlement judge in this case. Although it is not entirely clear from the status report, I infer that Rowan Companies, Inc., has no conceivable interest or role in this case. Although I believe I recognize the name of one of the ERA Aviation, Inc., employees involved in this case (Mr. Larew), I do not believe that I ever had any personal or business contact with any of those employees during the times that I represented ERA Aviation, Inc., or its predecessors. Accordingly, I do not believe there is any impediment to my sitting

- 1 -

as a settlement judge in connection with this case if the parties and Judge Singleton so desire.

   DATED at Anchorage, Alaska, this <u>14th</u> day of March, 2007.


               <u>/s/ H. Russel Holland</u>
               United States District Judge