David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:    (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC,<br>a Delaware Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. A02-0131 CV (JKS)<br>) |
| UNC AIRWORK CORPORATION a/k/a DAI<br>Airwork Corporation, a Delaware corporation;<br>DALLAS AIRMOTIVE, INC., d/b/a UNC<br>Airwork Corporation and DAI Airwork, a<br>Delaware corporation; PRATT & WHITNEY<br>CANADA, INC., a Canadian corporation; and<br>DOES 1 THROUGH 500, Inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants.<br>_____ | )<br>) **JOINT MOTION TO EXTEND TIME**<br>) **FOR PRETRIAL DOCUMENTS**<br>) |

COME NOW the parties to this action, by and through their respective counsel, and

jointly move this Court for a one-week extension of time in which to file the proposed joint

pretrial order and the parties' second supplemental trial briefs.

On March 1, 2007, counsel for the parties conferred at the offices of Baker & Brattain in Anchorage, Alaska regarding the preparation of the joint proposed pretrial order for this case, which is presently due March 16, 2007. As the Court knows from the status conference held on March 6, 2007, the parties are attempting to work through certain difference of opinion regarding the scope of recoverable damages in this case. The parties are making progress toward developing the joint pretrial order but require additional time to complete the job. The parties therefore ask for a one-week extension of time to March 23, 2007 in which to file the joint proposed pretrial order. The parties also request a similar one-week extension of time to March 30, 2007 in which to file their second supplemental trial briefs.

Dated this 15th day of March, 2007.

Plaintiff Era Helicopters, LLC

By: s/ Jeffrey J. Williams   [by consent]              .
    Jeffrey J. Williams
    LAW OFFICE OF JON A. KODANI
    2200 Michigan Avenue
    Santa Monica, CA  90404
    Tel. (310) 453-6762
    EMail *lojak@kodanilaw.com*

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

    Raymond L. Mariani, NY Bar No. RM2077
    NIXON PEABODY LLP
    50 Jericho Quadrangle, Suite 300
    Jericho, N.Y. 11753
    Phone: (516) 832-7520
    Fax:   (516) 832-7555
    E-Mail: rmariani@nixonpeabody.com


Defendant Pratt & Whitney Canada, Inc.

By: s/ William F. Brattain II   [by consent]
    William F. Brattain II  (ABN 7305007)
    BAKER BRATTAIN, LLC
    821 N Street, Suite 101
    Anchorage, AK 99501
    Phone: (907) 277-3232
    E-mail: brattain@bakerbrattain.com