IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, </br></br>       Plaintiff, </br></br>  vs. </br></br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, </br></br>       Defendants. | Case No. A02-0131 CV  (JKS) </br></br></br></br>**[Proposed]** </br>**ORDER EXTENDING TIME** </br>**FOR PRETRIAL DOCUMENTS** |

The parties having jointly moved for a 1-week extension of time in which to file the joint proposed pretrial order and the parties' second supplemental trial briefs,

IT IS ORDERED that said motion is GRANTED.  The joint proposed pretrial order is now due March 23, 2007.  The parties' second supplemental trial briefs are now due March 30, 2007.

DATED at Anchorage, Alaska this _____ day of March, 2007.

_____
James K. Singleton, Jr.
United States District Judge