- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ERA HELICOPTERS, LLC             v.   UNC AIRWORK CORP. et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  3:02-cv-00131-JKS

   Deputy Clerk                          Official Recorder

_____               _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    Counsel have informally requested a brief scheduling conference for purposes of arranging a date for the proposed settlement conference in this case, and the court concurs that a scheduling conference would be useful.

    Accordingly, and upon representations that counsel for all parties will be available, a telephonic conference is hereby scheduled for 11:30 a.m. Alaska Daylight Time, on Tuesday, March 20, 2007.