# Exhibit "2"

**UNITED STATES AVIATION UNDERWRITERS**
INCORPORATED
One Seaport Plaza, 199 Water Street
New York, NY 10038

N° 21503
1-2/210

Claim No. VF-77744

December 5, 2000

Pay to the order of  ERA Aviation, Inc. and Rowan Companies, Inc.

$ 204,750.00

The sum of 204,750 dol 00 cts

in full satisfaction, settlement, compromise and discharge of all claims and demands for loss and damage which occurred on or about August 13, 2000 to property covered under Policy Number STHL1-9700 of the United States Aircraft Insurance Group

UNITED STATES AVIATION UNDERWRITERS, INC.

THE CHASE MANHATTAN BANK
16 WALL STREET
NEW YORK, NY 10005

—Authorized Signature—                —Authorized Signature—

⑊"021503"⑊ ⑊:021000021⑊: 001⑊029290⑊"

EA00010