# Exhibit "3"

Era 7461

## Claim Payment Status

**Incident Date:** 8/13/00

**Location:** E. Fallon, Nevada

**Amount of Claim:** $2,047,500. ᵒᵒ (2,100,000. - 52,500. = 2,047,500)

**N Number:** N174EH

**Description of Inicdent:** Aircraft Crash during Firefighting Efforts

* Hull Claim Only

| Date | Payee | Amount | Notes |
|------|-------|--------|-------|
| 12/5 | ✓ USAU | 204,750.ᵒᵒ | |
| 12/12 | ✓ Assoc Aviation Underwriters | 204,750.ᵒᵒ | |
| 12/18 | ✓ ACE | 102,375.ᵒᵒ | |
| 12/24 | ✓ AIG | 204,750.ᵒᵒ | Total to Date 710,625.ᵒᵒ |
| 2/12 | AON | 1,228,480.ᵒᵒ | 1,945,105 |
| 12/27/00 | Brockman | 102,375 | |
| | | $2,047,480 | |
| | $20.ᵒᵒ Owed - Probably cost of wire transfers | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CLAIMSPYMTSTATUS.DOC 11/2/00