IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC,  )<br>a Delaware Company,  )<br> )<br>      Plaintiff,  )<br> )<br>  vs.  )<br> )<br>UNC AIRWORK CORPORATION a/k/a DAI  )<br>Airwork Corporation, a Delaware corporation;  )<br>DALLAS AIRMOTIVE, INC., d/b/a UNC  )<br>Airwork Corporation and DAI Airwork, a  )<br>Delaware corporation; PRATT & WHITNEY  )<br>CANADA, INC., a Canadian corporation; and  )<br>DOES 1 THROUGH 500, Inclusive,  )<br> )<br>      Defendants.  )<br>_____  ) | Case No. A02-0131 CV  (JKS)<br><br><br><br>**ORDER EXTENDING TIME<br>FOR PRETRIAL DOCUMENTS** |

The parties having jointly moved for a 1-week extension of time in which to file the joint proposed pretrial order and the parties' second supplemental trial briefs,

IT IS ORDERED that said motion at **Docket No. 452** is **GRANTED**.  The joint proposed pretrial order is now due March 23, 2007.  The parties' second supplemental trial briefs are now due March 30, 2007.

DATED at Anchorage, Alaska this 22nd day of March, 2007.

/s/ James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Judge