- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ERA HELICOPTERS, LLC          v.    UNC AIRWORK CORP. et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  3:02-cv-00131-JKS

    Deputy Clerk                          Official Recorder

    _____          _____

APPEARANCES:   for PLAINTIFF:  ----

                 for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    Counsel for plaintiff has informally advised the court that the parties have conferred and have agreed to a date when all participants for a settlement conference will be available. (See Order re settlement conference, Mar. 20., 2007, Docket No. 455.)

    Accordingly, a settlement conference is scheduled for 9:00 a.m. Alaska Daylight Time, on Thursday, April 5, 2007, in chambers at Anchorage, Alaska.