Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company, <br><br>     Plaintiffs, <br><br> vs. <br><br> **UNC AIRWORK CORPORATION** a/k/a <br> DAI Airwork Corporation, a Delaware corporation; <br> **DALLAS AIRMOTIVE, INC.** d/b/a <br> UNC Airwork Corporation and DAI Airwork Corporation, <br> a Delaware corporation; <br> **PRATT & WHITNEY CANADA, INC.**, <br> a Canadian corporation; and <br> **DOES 1 through 500**, Inclusive, <br><br>     Defendants. | Civil Case No. <br> **A02-0131 CV (JKS)** |

## NOTICE OF FILING

Pursuant to the Scheduling Order entered on November 8, 2006 (Doc. 413), the parties are

filing the attached joint Proposed Pretrial Order to be discussed and considered at the Final

Pretrial Conference set for May 16, 2007.

Respectfully Submitted,

Dated:  March __26__, 2007          **LAW OFFICES OF JON A. KODANI**


s/  Jeffrey J. Williams_____

By:     Jon A. Kodani, Esq.
        Jeffrey J. Williams, Esq.

2200 Michigan Avenue
Santa Monica, CA  90404
Tel. (310) 453-6762
EMail *lojak@kodanilaw.com*

Attorneys for Plaintiff
Era Helicopters, LLC

- 2 -

## CERTIFICATE OF SERVICE

*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]    I hereby certify that on _____**March  26, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.**
David A. Devine, Esq.
Ken Eggers, Esq.
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK  99503
Tel. (907) 562-6474
Fax (907) 562-6044
EMail *devined@groheggers.com*
    *wardm@groheggers.com*

**For Defendant Pratt & Whitney Canada Corp.**
William F. Brattain II
BAKER BRATTAIN, L.L.C.
N Street Plaza
821 N Street Suite 101
Anchorage, AK  99501
Tel. (907) 277-3232
Fax (907) 272-4850
EMail *brattain@bakerbrattain.com*
    *williamfbrattain@hotmail.com*

_____ s/ Jeffrey J. Williams _____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff**
**Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email: *lojak@kodanilaw.com***