William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br> PRATT WHITNEY CANADA, INC. *et. al.* <br> Defendants. | Case No. A02-0131 CV (JKS) |

Supplemental Trial Brief

COMES NOW the defendant, Pratt Whitney Canada, Inc., by and through its attorney of record, William F. Brattain II, Baker Brattain LLC, and submits it Supplemental Trial Brief:

I.   STATEMENT OF UNRESOLVED ISSUES

a.   **Collateral Source/Subrogation Claim:**

This issue has been exhaustively brief. Pratt Whitney has nothing to add to the previous briefing.

b.   **Assignment:** Having now proffered a form of an assignment that is inconsistent with previous averments, Era has given failed to say why this evidence, such

as it is, should now be given the dignity of trial presentation. Era's failure to disclose this document and provide defendants an opportunity for discovery simply cannot be overlooked at this late date. The court has no meaningful recourse but to preclude its presentation at trial.

**Conclusion:** Pratt Whitney has nothing further to offer the court by way of trial briefing. The parties respective positions have been fully articulated and the issues have fully briefed.

Date: March 31, 2007

BAKER BRATTAIN LLC

By: _____
William F. Brattain
Alaska Bar Association 7305007
Attorney for PWC

## CERTIFICATE OF SERVICE

I, William F. Brattain, hereby certify that a copy of the foregoing Supplemental Trial Brief was, on March 31, 2007, served electronically on:

Jon A. Kodani, Esq.
Jeffrey J. William
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica CA 90404

David A. Devine
GROH EGGERS, LLC
3201 C St., Suite 400
Anchorage, AK 99503-3967

Michael D. Hall
Office of the Clerk
Federal Building, United States Courthouse
222 W. 7th Avenue, Box 4 Room 229
Anchorage, AK 99513-7564
A02-0131 CV (JKS)

William F. Brattain II

Baker Brattain
821 N Street, Suite 101
Anchorage, AK 99501
Telephone: 907-277-3232 Facsimile: 907-279-2323