- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| ERA HELICOPTERS, LLC | v. | UNC AIRWORK CORP. et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.  3:02-cv-00131-JKS |

Deputy Clerk                              Official Recorder

_____        _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

    A settlement conference was conducted on April 5, 2007.  The case was settled as to all claims and all parties.

    Counsel will please present their closing papers on or before May 7, 2007.

---

- 1 -