- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

ERA HELICOPTERS, LLC           v.   UNC AIRWORK CORP. et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  3:02-cv-00131-JKS

    Deputy Clerk                          Official Recorder

    _____          _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS**

A settlement conference was conducted on April 5, 2007.  The case was settled as to all claims and all parties.

Counsel will please present their closing papers on or before **May 23**, 2007.

- 1 -