Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>　　Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>　　Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

## STATUS REPORT

Pursuant to this Court's minute order (Doc. 469), the parties are required to submit closing papers on or before May 23, 2007. Plaintiff respectfully submits this report to inform the Court of the status of the settlement.

Era Helicopters v. UNC Airwork et al.　　　　　　　　　　　　　　　　　　　Status Report
ERA Av/PO/WO Lg24356/20070523

1. The terms of the settlement agreement (release) have been negotiated, and plaintiff expects a final agreement will be circulated for signature by all parties within the next 24-48 hours.

2. Plaintiff's counsel understands that the settlement sums are in the possession of counsel for defendant Dallas Airmotive (Mr. Mariani), and those sums will be wire transferred to plaintiff upon execution of the settlement agreement.

3. Based on the foregoing, plaintiff believes that a request for dismissal of this case can be provided to the Court within the next 2-4 court days.

4. Plaintiff respectfully requests that the Court retain jurisdiction over this matter pending the anticipated filing of a request for dismissal within the next 2-4 court days, so that the Court may assist the parties in resolving any unexpected problems that might arise.

Respectfully Submitted,

Dated: May __23__, 2007                **LAW OFFICES OF JON A. KODANI**

                                         _____s/ Jeffrey J. Williams_____

                                         By:   Jon A. Kodani, Esq.
                                               Jeffrey J. Williams, Esq.

                                         2200 Michigan Avenue
                                         Santa Monica, CA 90404
                                         Tel. (310) 453-6762
                                         EMail *lojak@kodanilaw.com*

                                         Attorneys for Plaintiff
                                         Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**May 23, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK  99503 | Anchorage, AK  99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*