David A. Devine, AK Bar No. 7906015
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:     (907) 562-6044
devined@groheggers.com

Raymond L. Mariani, NY Bar No. RM2077
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Phone: (516) 832-7520
Fax:     (516) 832-7555
rmariani@nixonpeabody.com

Attorneys for Defendants
Dallas Airmotive, Inc. and
UNC Airwork Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. A02-0131 CV  (JKS) |
| UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this action, by and through their respective counsel, and

stipulate that all claims asserted, or that could have been asserted, in the above captioned

case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs

and attorney's fees.

Dated this 14th day of June, 2007.

Plaintiff Era Helicopters, LLC

By:   s/ Jeffrey J. Williams   [by consent]            .
       Jeffrey J. Williams
       LAW OFFICE OF JON A. KODANI
       2200 Michigan Avenue
       Santa Monica, CA  90404
       Tel. (310) 453-6762
       EMail *lojak@kodanilaw.com*

Defendants Dallas Airmotive, Inc. and
UNC Airwork Corporation

By:    s/ David A. Devine                          .
       David A. Devine (AK Bar No. 7906015)
       GROH EGGERS, LLC
       2600 Cordova Street, Suite 110
       Anchorage, AK 99503
       Phone: (907) 562-6474
       Fax: (907) 562-6044
       E-Mail: devined@groheggers.com

       Raymond L. Mariani, NY Bar No. RM2077
       NIXON PEABODY LLP
       50 Jericho Quadrangle, Suite 300
       Jericho, N.Y. 11753
       Phone:  (516) 832-7520
       Fax:     (516) 832-7555
       E-Mail:  rmariani@nixonpeabody.com

Defendant Pratt & Whitney Canada, Inc.

By:    s/ William F. Brattain II    [by consent]      .
        William F. Brattain II (ABN 7305007)
        BAKER BRATTAIN, LLC
        821 N Street, Suite 101
        Anchorage, AK 99501
        Phone: (907) 277-3232
        E-mail: brattain@bakerbrattain.com