IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive, <br><br> Defendants. | Case No. A02-0131 CV (JKS) <br><br><br><br> [Proposed] <br> **ORDER FOR DISMISSAL** <br> **WITH PREJUDICE** |

Pursuant to stipulation of the parties **IT IS ORDERED** that all claims that were asserted, or that could have been asserted, in the above captioned case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

Dated at Anchorage, Alaska this ____ day of June, 2007.

_____
James K. Singleton, Jr.
United States District Judge