IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA HELICOPTERS, LLC, a Delaware Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNC AIRWORK CORPORATION a/k/a DAI Airwork Corporation, a Delaware corporation; DALLAS AIRMOTIVE, INC., d/b/a UNC Airwork Corporation and DAI Airwork, a Delaware corporation; PRATT & WHITNEY CANADA, INC., a Canadian corporation; and DOES 1 THROUGH 500, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:02-cv-00131-JKS<br><br><br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties **IT IS ORDERED** that all claims that were asserted, or that could have been asserted, in the above captioned case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

Dated this 15th day of June, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge