UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERA Helicopters, LLC, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>UNC AIRWORK CORPORATION, )<br> et al, )<br>Defendant(s). )<br>_____) | Case No. 3:02-cv-00131-JKS<br><br>**EXHIBIT INVENTORY AND<br>DISPOSITION NOTICE** |

      Plaintiff: <u>ERA HELICOPTERS, LLC</u>

      Defendant:

exhibits listed below:

      <u>SEE ATTACHED LIST</u>

      Returned to Jeffrey J. Williams via pick-up.

      DATED this <u>9th</u> day of <u>July</u>, 2007 at Anchorage, Alaska.

                      IDA ROMACK
                      Clerk of Court

                      by: _[signature]_____
                           Deputy Clerk

___ Certifed Mail Receipt Attached

**X**  Picked up by _____[signature]_____ 7/16/07
                       (Signature and Date)
                         (FedEx)

(Rev 7/07)

Jon A. Kodani, Esq. (*pro hac vice*)
Jeffrey J. Williams, Esq. (*pro hac vice*)
**LAW OFFICES OF JON A. KODANI**
2200 Michigan Avenue
Santa Monica, CA 90404
Tel. (310) 453-6762

**Attorneys for Plaintiff**
Era Helicopters, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ERA HELICOPTERS, LLC**, a Delaware company,<br><br>　　Plaintiffs,<br><br>vs.<br><br>**UNC AIRWORK CORPORATION** a/k/a<br>DAI Airwork Corporation, a Delaware corporation;<br>**DALLAS AIRMOTIVE, INC.** d/b/a<br>UNC Airwork Corporation and DAI Airwork Corporation,<br>a Delaware corporation;<br>**PRATT & WHITNEY CANADA, INC.**,<br>a Canadian corporation; and<br>**DOES 1 through 500**, Inclusive,<br><br>　　Defendants. | Civil Case No.<br>**A02-0131 CV (JKS)** |

### PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to the Court's Order (Doc. 413), plaintiff Era Helicopters, LLC, respectfully submits the following exhibit list:

/ / /

---

Era Helicopters v. UNC Airwork et al.　　　　　　　　　Plaintiff's Exhibit List
　　　　　　　　　　　　　　　　　　　　　　　　Era Av 4EH/PO/WO Lg24175/20070220

## Plaintiff's Exhibit List

| ExhNo | Description | Status |
|---|---|---|
| P001 | CT Disk Ass'y, exemplar, stand mounted | ID |
| P002 | 1997 Repair Docs | ADM |
| P003A | Engine Log Book Records | ADM |
| P003B | Demers Report ME 11937FS (final) | ADM |
| P003C | Statement, HanbergL | ADM |
| P004A | UNC Work Instructions F09113 items 1-8 | ADM |
| P004B | Statement, HanbergL | ADM |
| P005A | UNC Disassembly Inspection Record | ADM |
| P005B | Drawing, HanbergL | ADM |
| P006A | UNC Rework Original | ADM |
| P006B | CT Disc, Diameter K measurements | ADM |
| P006C | Photo, N174EH w/ bucket | ADM |
| P007A | Coltec Industries Certificate of Conformance | ADM |
| P007B | Photo, N174EH w/ bucket | ADM |
| P008A | PWC Invoice | ADM |
| P008B | Photo, N174EH w/ bucket | ADM |
| P009A | PWC Service Bulletin 5406 | ID |
| P009B | Photo, N174EH w/ bucket | ID |
| P010A | UNC Overhaul Inspection Record (redacted) | ADM |
| P010B | Demers Report ME 11940FS (final) | ADM |
| P011 | UNC Inspection Parts Life Summary | ADM |
| P012A | UNC Overhaul Inspection Record | ADM |
| P012B | Berthe Factual Notes | ADM |
| P013 | UNC M.R.B. Approval Form | ADM |
| P014 | UNC Rejected Parts Inventory (redacted) | ADM |
| P015 | UNC Rework Original | ADM |
| P016 | UNC Process Instruction Record PI 002/384/1 | ADM |
| P017A | UNC-Millville Detail Inspection Record | ID |
| P017B | Berthe/Ortuso Report No. TL-1603 (redacted) | ID |
| P018A | UNC Rejected (Red) Tags | ID |
| P018B | PWC Fig. 5, Gearbox Sub Ass'y | ADM |
| P019A | UNC Work Authorization/Estimate, w/ attachments | ADM |
| P019B | PWC Fig. 7, Gearbox Ass'y | ADM |
| P020 | PWC Invoice (2 pages) | ADM |
| P021 | UNC Stock Request | ID |
| P022 | UNC Repair/Ticket | ADM |

| | | |
|---|---|---|
| P023 | UNC Compressor Disc Assembly Record | ADM |
| P024 | UNC engine Records | ADM |
| P025 | PWC Critical and Rotating Components Manual | ADM |
| P026 | Era P.O. G131444 | ADM |
| P027 | PWC Invoice | ADM |
| P028 | UNC Bench & Parts Issue Sheet (redacted) | ADM |
| P029 | UNC P.O. MF-011399 | ADM |
| P030 | UNC-Millville Receiving & Inspection Report | ADM |
| P031 | Cost Estimate Approval | ADM |
| P032 | UNC-Millville Job Record | ADM |
| P033 | UNC Assembly Inspection Record (3 pages) | ADM |
| P034 | UNC Job Record | ADM |
| P035 | UNC Repair Ticket | ADM |
| P036 | UNC Shipping Record | ADM |
| P037 | UNC Invoice (2 pages) | ADM |
| P038 | Era Engine Log Book Record | ADM |
| P039 | Era Accounts Payable Batch Report | ADM |
| P040 | Bell 412 Drawings (3) | ADM |
| P041 | Bell 412 Drawings (3) | ADM |
| P042 | Bell 412 Drawings (3) | ADM |
| P043 | Photos, cockpit, exemplar | ID |
| P044 | Photos, cockpit, exemplar | ID |
| P045 | Photos, cockpit, exemplar | ID |
| P046 | Photos | ADM |
| P047 | Photos | ADM |
| P048 | Photos | ADM |
| P049 | Photos | ADM |
| P050 | Photos | ADM |
| P051 | Photos | ADM |
| P052 | Photos | ADM |
| P053 | Photos | ADM |
| P054 | Photos | ADM |
| P055 | Photos | ADM |
| P056 | Photos | ADM |
| P057 | Photos | ADM |
| P058 | Photos | ADM |
| P059 | Photos | ADM |
| P060 | Photos | ADM |
| P061 | Photos | ADM |
| P062 | Photos | ADM |

| | | |
|---|---|---|
| P063 | Photos | ADM |
| P064 | Photos | ADM |
| P065 | PWC Photos (engine and disass'y) | ADM |
| P066 | PWC Photos (engine and disass'y) | ADM |
| P067 | PWC Photos (engine and disass'y) | ADM |
| P068 | PWC Photos (engine and disass'y) | ADM |
| P069 | PWC Photos (engine and disass'y) | ADM |
| P070 | PWC Photos (engine and disass'y) | ADM |
| P071 | PWC Photos (engine and disass'y) | ADM |
| P072 | PWC Photos (engine and disass'y) | ADM |
| P073 | PWC Photos (engine and disass'y) | ADM |
| P074 | PWC Photos (engine and disass'y) | ADM |
| P075 | PWC Photos (engine and disass'y) | ADM |
| P076 | PWC Photos (engine and disass'y) | ADM |
| P077 | PWC Photos (engine and disass'y) | ADM |
| P078 | PWC Photos (engine and disass'y) | ADM |
| P079 | CT Disk (l/h) and blades (including segments) (actual) | ADM |
| P080 | Exemplar CT Disk Assembly | ADM |
| P081 | #2 RH CT Disk, actual | ADM |
| P082 | Bambi Bucket and control cables (actual) | ADM |
| P083 | Exemplar Engine Housing | ADM |
| P084 | PWC Release Note (Engine CP-PS 62224) | ADM |
| P085A | PWC Lab Report ME 9053CS | ADM |
| P085B | PWC Lab Report ME 10245CS | ADM |
| P085C | PWC Lab Report ME 10307FS | ADM |
| P086 | Memo, UNC is recognized distributor for PWC | ADM |
| P087 | Era P.O. G114283 | ADM |
| P088 | UNC Cost Estimate Approval | ADM |
| P089 | *intentionally blank* | – |
| P090 | PWC Invoice P4803003 | ADM |
| P091 | UNC Work Instructions F07705, items 15-21 | ADM |
| P092 | UNC Log Book Sign-Off Record | ADM |
| P093 | UNC Inspection & Modification Certificate | ADM |
| P094 | UNC Engine Test Certificate | ADM |
| P095 | UNC Inspection Parts Life Summary | ADM |
| P096 | FAA Form 337 (2 pages) | ADM |
| P097 | UNC Shipping Record 130064 (2 pages) | ADM |
| P098 | UNC Invoice | ADM |
| P099 | Era Accounts Payable Batch Report | ADM |

| | | |
|---|---|---|
| P100 | Era Check 213658 | ADM |
| P101 | *intentionally blank* | – |
| P102 | Shadrick USDA Helo Pilot Qualification Card | ID |
| P103 | *intentionally blank* | – |
| P104 | Shadrick FAA Certificate (front and back) | ID |
| P105 | Shadrick OAS Approval Record | ID |
| P106 | *intentionally blank* | – |
| P107 | Shadrick Helo Pilot Qualifications and Approval Record | ID |
| P108 | Shadrick Certificate of Completion, Annual Recurrent Training | ID |
| P109 | Corr, FAA Authorization as Check Pilot | ID |
| P110 | Corr, ERA Request for Check Pilot Authorization | ID |
| P111 | Corr, FAA Authorization as Check Pilot | ID |
| P112 | Shadrick Certificate of Completion, BH412 Ground School | ID |
| P113 | Shadrick Flight Safety Record of Training, BH412 | ID |
| P114 | Shadrick FAR 135 Competency/Proficiency Record | ID |
| P115 | Era Pilot Information Sheet | ID |
| P116 | N174EH Weight Report (2 pages) | ID |
| P117 | N174EH Master Equipment List (6 pages) | ID |
| P118 | Bell 412 Flight Manual | ADM |
| P119 | Bell 412 Flight Manual Supplement FMS-19.1 | ADM |
| P120 | Bell 412 Flight Manual Supplement FMS-35.2 | ADM |
| P121 | Bell 412 Flight Manual Supplement FMS-52.1 | ADM |
| P122 | Bell 412 Checklists | ADM |
| P123 | Helicopter Control Panel, drawing | ID |
| P124 | N174EH Power Check Forms | ADM |
| P125 | *intentionally blank* | – |
| P126 | Pilot Duty and Flight Hours Log | ADM |
| P127 | Helibase Flight Time Tracking Records | ADM |
| P128 | Helibase Mission Request Logs | ADM |
| P129 | Helibase Flight Following Logs | ADM |
| P130 | Interagency Helicopter Passenger/Cargo Manifests | ID |
| P131 | Helicopter Daily Use and Cost Summaries | ADM |
| P132 | DOI Helicopter Load Calculation Book, Shadrick | ADM |
| P133 | Load Calculations, N174EH | ADM |
| P134 | Load Calculations, N174EH | ADM |
| P135 | Load Calculation, N174EH (5,500 +30) | ADM |
| P136 | Aircraft Contract Daily Diaries | ADM |
| P137 | Aircraft Contract Daily Diaries | ADM |
| P138 | Aircraft Contract Daily Diaries | ADM |

| | | |
|---|---|---|
| P139 | Aircraft Contract Daily Diaries | ADM |
| P140 | Aircraft Contract Daily Diaries | ADM |
| P141 | Aircraft Contract Daily Diaries | ADM |
| P142 | Aircraft Contract Daily Diaries | ADM |
| P143 | Aircraft Contract Daily Diaries | ADM |
| P144 | Aircraft Contract Daily Diaries | ADM |
| P145 | Aircraft Contract Daily Diaries | ADM |
| P146 | Aircraft Contract Daily Diaries | ADM |
| P147 | Aircraft Contract Daily Diaries | ADM |
| P148 | Aircraft Contract Daily Diaries | ADM |
| P149 | Aircraft Contract Daily Diaries | ADM |
| P150 | Aircraft Contract Daily Diaries | ADM |
| P151 | Aircraft Contract Daily Diaries | ADM |
| P152 | Aircraft Contract Daily Diaries | ADM |
| P153 | Aircraft Contract Daily Diaries | ADM |
| P154 | USDA Forest Service Ops and Safety Procedures Guide | ADM |
| P155 | Shadrick Pilot Certification (USFS) signed by Shadrick | ADM |
| P156 | SAFECOM Aviation Safety Communique | ADM |
| P157 | Bambi Bucket Manual | ADM |
| P158 | *intentionally blank* | – |
| P159 | PWC Overhaul Manual 3017043 | ID |
| P160 | Drive Shaft (fractured) and components (actual) | ADM |
| P161 | Larew exhibit, BlueBook | ID |
| P162 | Larew exhibit, component time status | ID |
| P163 | Larew exhibit, sales contract (AirLogistics) | ID |
| P164 | Larew exhibit, sales contract (FAASA) | ID |
| P165 | Larew exhibit, chart, fleet hours and revenue | ID |
| P166 | Larew exhibit, shipping costs and employee expenses | ID |
| P167 | Larew exhibit, summary of damages | ID |
| P168 | Chart, Scanlan, Summary of facts and data | ID |
| P169 | Chart, Scanlan, Flight path data | ID |
| P170 | Chart, Scanlan, Terrain elevation | ID |
| P171 | Chart, Scanlan, Analysis tasks | ID |
| P172 | Chart, Scanlan, Height-velocity curve | ID |
| P173 | Photos, Scanlan, Crash site | ADM |
| P174 | Chart, Scanlan, Chronology of events | ID |
| P175 | Chart, Scanlan, Summary of conclusions | ID |
| P176 | Rupert resume | ID |
| P177 | Rupert, chart, assignments | ID |
| P178 | Rupert, metallurgical mount (actual) | ID |

| | | |
|---|---|---|
| P179 | Rupert, SEM photos | ID |
| P180 | Rupert, engine diagram line drawing | ADM |
| P181 | Rupert, diagram, sprag clutch | ADM |
| P182 | Rupert, diagram, engine cross-section | ADM |
| P183 | Rupert, diagram, CGB cross-section | ADM |
| P184 | Rupert, chart, opinions re Ct disk | ID |
| P185 | Rupert, photos of disk < Demers report | ADM |
| P186 | Rupert, photos, hot corrosion damage | ADM |
| P187 | Rupert, photos, hot corrosion damage | ADM |
| P188 | Rupert, photos, hot corrosion damage | ADM |
| P189 | Rupert, chart, maintenance history | ID |
| P190 | Rupert, chart, opinions re drive shaft | ID |
| P191 | Photos of disk, pitting | ADM |
| P192 | Photos of disk, sulfur contamination | ADM |
| P193 | Spectrograph analysis docs | ID |
| P194 | CGB cross-section diagram | ADM |
| P195 | Diagram, engine/component parts | ADM |
| P196 | Diagram, engine/component parts | ADM |
| P197 | Diagram, engine/component parts | ADM |
| P198 | Diagram, engine/component parts | ADM |
| P199 | Diagram, engine/component parts | ADM |
| P200 | *intentionally blank* | – |
| P201 | Diagram, engine/component parts | ADM |
| P202 | Diagram, engine/component parts | ADM |
| P203 | Diagram, engine/component parts | ADM |
| P204 | Diagram, engine/component parts | ADM |
| P205 | Diagram, engine/component parts | ADM |
| P206 | Diagram, engine/component parts | ADM |
| P207 | Diagram, engine/component parts | ADM |
| P208 | Diagram, engine/component parts | ADM |
| P209 | Diagram, engine/component parts | ADM |
| P210 | Diagram, engine/component parts | ADM |
| P211 | Chart, Stimpson, conclusions | ID |
| P212 | Photo, fractured CT disk | ID |
| P213 | FAR 14 CFR § 145.57 (1998) | ID |
| P214 | CGB Log Book Records | ADM |
| P215 | Sprag clutch, right | ADM |
| P216 | PWC Training Manual, p. 4.5 | ADM |
| P217 | Transcript, Deposition, Berthe, *excerpted* | – |
| P218 | Transcript, Deposition, Demers *excerpted* | – |

| | | |
|---|---|---|
| P219 | Transcript, Deposition, Hanberg *excerpted* | – |
| P220 | Transcript, Deposition, Neufeld *excerpted* | – |
| P221 | Transcript, Deposition, Ortuso *excerpted* | – |
| P222 | Transcript, Deposition, Walshe *excerpted* | – |
| P223 | Transcript, Deposition, Manning, 040128 | – |
| P224 | Transcript, Deposition, Manning, 050202 | – |
| P225 | Transcript, Deposition, Morin | – |
| P226 | Transcript, Deposition, Orloff | – |
| P227 | Transcript, Deposition, Cheyne | – |
| P228 | Transcript, Deposition, Albert | – |
| P229 | Model, Bell 412 helicopter | ADM |

Respectfully Submitted,

Dated: February  20 , 2007        **LAW OFFICES OF JON A. KODANI**

                                  s/ Jeffrey J. Williams

                                  By:   Jon A. Kodani, Esq.
                                        Jeffrey J. Williams, Esq.

                                  2200 Michigan Avenue
                                  Santa Monica, CA  90404
                                  Tel. (310) 453-6762
                                  EMail *lojak@kodanilaw.com*

                                  Attorneys for Plaintiff
                                  Era Helicopters, LLC

## CERTIFICATE OF SERVICE
*Era Helicopters, LLC v. UNC Airwork Corp. et al.*
D.Alaska Case No. A02-0131 CV (JKS)

[XXXX]   I hereby certify that on _____**February 20, 2007**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| **For Defendants UNC Airwork Corp. and Dallas Airmotive, Inc.** | **For Defendant Pratt & Whitney Canada Corp.** |
|---|---|
| David A. Devine, Esq. | William F. Brattain II |
| Ken Eggers, Esq. | BAKER BRATTAIN, L.L.C. |
| GROH EGGERS, LLC | N Street Plaza |
| 3201 C Street, Suite 400 | 821 N Street Suite 101 |
| Anchorage, AK 99503 | Anchorage, AK 99501 |
| Tel. (907) 562-6474 | Tel. (907) 277-3232 |
| Fax (907) 562-6044 | Fax (907) 272-4850 |
| EMail *devined@groheggers.com* | EMail *brattain@bakerbrattain.com* |
| *wardm@groheggers.com* | *williamfbrattain@hotmail.com* |

_____s/ Jeffrey J. Williams_____

Jeffrey J. Williams, Esq.
LAW OFFICES OF JON A. KODANI

**Attorneys for Plaintiff
Era Aviation, Inc.**

2200 Michigan Avenue
Santa Monica, CA 90404-3906
Tel: (310) 453-6762
Fax: (310) 829-3340
**Email:** *lojak@kodanilaw.com*